**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
DICK ANTHONY HELLER, et al.        )
                                   )
        Plaintiffs                 )
                                   )
   v.                              )   No. 1:08-cv-01289
                                   )   Hon. Ricardo M. Urbina
THE DISTRICT OF COLUMBIA, et al.   )
                                   )
        Defendants                 )
```

**JOINT MOTION TO CONTINUE INITIAL STATUS CONFERENCE**

Plaintiffs, by counsel, and Defendants, by counsel, hereby jointly move the court to extend until Monday, February 9, 2009, or a later date if necessitated by the court's schedule, the initial status conference currently scheduled for January 8, 2009.

The parties make this joint motion as the Council of the District of Columbia approved Bill 17-843, the "Firearms Registration Amendment Act of 2008," on December 16, 2008, the permanent firearms legislation, but the bill has not been acted upon by the Mayor. Moreover, if approved by the Mayor, the bill must be transmitted by the Chairman of the Council to the Speaker of the House of Representatives, and the President of the Senate, as the act does not take effect:

> until the end of the 30-day period (excluding Saturdays, Sundays, and holidays, and any day on which either House is not in session) beginning on the day such act is transmitted by the Chairman to the Speaker of the House of Representatives and the President of the Senate and then only if during such 30-day period both Houses of Congress do not adopt a concurrent resolution disapproving such act.

Section 602(c)(1), District of Columbia Home Rule Act.

Accordingly, it will not be known for at least 30 days (and probably longer) whether (and, if so, when) the permanent firearms legislation will be effective. The existing temporary legislation, enacted on December 16, 2008 is effective for 90 days, *i.e.*, until March 16, 2009. Thus, an initial status conference on January 8, 2009 will be premature.

>Respectfully submitted,
>
>Dick Anthony Heller
>Absalom F. Jordan, Jr.
>
>By Counsel
>
>
>/S/ Stephen P. Halbrook
>Stephen P. Halbrook
>D.C. Bar No. 379799
>protell@aol.com
>
>/S/ Richard E. Gardiner
>Richard E. Gardiner
>D.C. Bar No. 386915
>regardiner@cox.net
>
>Suite 403
>3925 Chain Bridge Road
>Fairfax, VA 22030
>(703) 352-7276
>
>Attorneys for Plaintiffs
>
>
>District of Columbia
>Adrian Fenty
>
>By Counsel

        /S/ Andrew J. Saindon
        Andrew J. Saindon
        D.C. Bar No. 456987
        Assistant Attorney General
        Equity I Section
        441 Fourth Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        (202) 724-6643
        (202) 727-0431 (fax)
        andy.saindon@dc.gov

        Attorneys for Defendants