UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DICK ANTHONY HELLER, *et al.*       )
                                    )
           Plaintiffs,              )
                                    )
     v.                             )   Civil Action No.08-01289 (RMU)
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
           Defendants.              )
_____)

## JOINT STATUS REPORT

Pursuant to the Minute Order of January 6, 2009, the parties hereby submit the following joint status report.

On or about March 10, 2009, the District of Columbia was served with a complaint in *Hanson v. District of Columbia*, No. 09-cv-00454 (RMU), challenging various provisions of District law regulating firearms as violating the Second Amendment and the holding in *District of Columbia v. Heller*, ___ U.S. ___, 128 S. Ct. 2783 (2008).

On March 25, 2009, the Court granted the instant plaintiffs' motion for leave to file their Second Amended Complaint. On March 30, 2009, the District filed its Motion to Consolidate the *Hanson* case with the instant matter.

Neither the *Hanson* complaint nor the instant Second Amended Complaint appear to challenge any provision of the Inoperable Pistol Amendment Act of 2008, Act 17-690. The Firearms Control Amendment Act of 2008, Act 17-708 became effective on April 1, 2009. *See http://www.dccouncil.washington.dc.us/lims/searchbylegislation.aspx* (as of April 7, 2009).

The instant parties continue to agree that the matter is likely to be resolved through dispositive motions.

The District believes that consolidating the two cases "would increase efficiency . . . by achieving judicial economy in the adjudication of potentially dispositive motions involving similar material facts . . . and common questions of law." *Chang v. United States*, 217 F.R.D. 262, 266–67 (D.D.C. 2003). Consequently, the District respectfully suggests that a consolidated dispositive briefing schedule would be in the best interests of the parties and the Court.

The Plaintiffs believe that this case concerns exclusively questions of law and suggest that the Court, upon resolution of the District's Motion to Consolidate, issue a scheduling order for the filing of motions for summary judgment within 60 days of the issuance of the scheduling order. Plaintiffs take no position on the District's Motion to Consolidate.

DATE: April 8, 2009                                             Respectfully submitted,

                                                             Dick Anthony Heller
                                                             Absalom F. Jordan, Jr.
                                                             William Carter
                                                             Mark Snyder
                                                             By Counsel

                                                             /s/ Richard E. Gardiner
                                                             Richard E. Gardiner
                                                             D.C. Bar No. 386915
                                                             Suite 403
                                                             3925 Chain Bridge Road
                                                             Fairfax, VA 22030
                                                             (703) 352-7276
                                                             regardiner@cox.net

                                                            /s/ Stephen P. Halbrook
                                                             Stephen P. Halbrook
                                                            D.C. Bar No. 379799
                                                            Suite 404
                                                            10560 Main Street
                                                            Fairfax, VA 22030
                                                            (703) 352-7276
                                                            protell@aol.com

                                                            *Attorneys for Plaintiffs*

District of Columbia
Adrian Fenty
By Counsel

PETER J. NICKLES
Attorney General, District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886

/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

*Attorneys for Defendants*