UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| | ) |
| DICK ANTHONY HELLER, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No.08-01289 (RMU) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____) | |

JOINT STATUS REPORT

Pursuant to the Minute Order of April 8, 2009, the parties hereby submit the following joint status report.

The instant parties continue to agree that the material facts are not in dispute and the issues are primarily legal, and thus the case is ripe for summary judgment motions.

The Plaintiffs suggest the following schedule:

Cross-motions for summary judgment        June 15, 2009

Oppositions                               July 15, 2009

Replies                                   July 30, 20009

The District generally agrees with plaintiffs' proposed schedule, notwithstanding its pending Motion to Consolidate. In light of that motion, the District respectfully suggests the following alternative: Cross-motions for summary judgment due 60 days from the date of a scheduling order or the date of a decision on the Motion to Consolidate, whichever is later; Oppositions and Replies due 30 days and 15 days thereafter, respectively.

DATE: April 13, 2009                        Respectfully submitted,

Dick Anthony Heller
Absalom F. Jordan, Jr.
William Carter
Mark Snyder
By Counsel

/s/ Richard E. Gardiner
Richard E. Gardiner
D.C. Bar No. 386915
Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
regardiner@cox.net

/s/ Stephen P. Halbrook
Stephen P. Halbrook
D.C. Bar No. 379799
Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
(703) 352-7276
protell@aol.com

*Attorneys for Plaintiffs*

District of Columbia
Adrian Fenty
By Counsel

PETER J. NICKLES
Attorney General, District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886

/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

*Attorneys for Defendants*