UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 08-01289 (RMU) |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| Defendants. ) | |
| TRACEY AMBEAU HANSON, *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 09-00454 (RMU) |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| Defendants. ) | |

JOINT STATUS REPORT
===

Pursuant to the Minute Order of June 19, 2009, the parties hereby submit the following joint status report proposing a revised briefing schedule. In light of the Emergency Regulations adopted by the District on June 17 and June 25, 2009, the parties believe that several current claims will soon be moot. The affected plaintiffs may re-apply under the new regulations, and the District will undertake to quickly act on those applications.

The parties suggest the following schedule:

Cross-motions for summary judgment              August 5, 2009

Cross-Oppositions                                                September 15, 2009

Replies                                                                  September 24, 20009

-1-

| | |
|---|---|
| DATE: June 26, 2009 | Respectfully submitted, |
| /s/ Richard E. Gardiner | /s/ Alan Gura |
| Richard E. Gardiner | Alan Gura |
| D.C. Bar No. 386915 | D.C. Bar No. 453449 |
| Suite 403 | Gura & Possessky, PLLC |
| 3925 Chain Bridge Road | 101 N. Columbus Street, Suite 405 |
| Fairfax, VA 22030 | Alexandria, VA 22314 |
| (703) 352-7276 | (703) 835-9085 |
| regardiner@cox.net | (703) 997-7665 (f) |
| | alan@gurapossessky.com |
| /s/ Stephen P. Halbrook | |
| Stephen P. Halbrook | *Attorney for Plaintiffs Hanson, the Lawrences, & the Second Amendment Foundation, Inc.* |
| D.C. Bar No. 379799 | |
| Suite 403 | |
| 3925 Chain Bridge Road | |
| Fairfax, VA 22030 | |
| (703) 352-7276 | |
| protell@aol.com | |
| *Attorneys for Plaintiffs Heller, Jordan, Carter & Snyder* | |
| | PETER J. NICKLES |
| | Attorney General, District of Columbia |
| | |
| | GEORGE C. VALENTINE |
| | Deputy Attorney General, Civil Litigation Division |
| | |
| | /s/ Ellen A. Efros |
| | ELLEN A. EFROS, D.C. Bar No. 250746 |
| | Chief, Equity Section I |
| | 441 Fourth Street, N.W., 6th Floor South |
| | Washington, D.C. 20001 |
| | Telephone: (202) 442-9886 |
| | |
| | /s/ Andrew J. Saindon |
| | ANDREW J. SAINDON, D.C. Bar No. 456987 |
| | Assistant Attorney General |
| | 441 Fourth Street, N.W., 6th Floor South |
| | Washington, D.C. 20001 |
| | Telephone: (202) 724-6643 |
| | Facsimile: (202) 727-0431 |
| | andy.saindon@dc.gov |
| | |
| | *Attorneys for Defendants* |