IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DICK ANTHONY HELLER, *et al.* | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-01289 |
| | ) | Hon. Ricardo M. Urbina |
| THE DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Dick Anthony Heller, Absalom Jordan, William Carter, and Mark Snyder, by

counsel, pursuant to F.R.Civ.P. 56, hereby move the Court for summary judgment.  A

memorandum of points and authorities, exhibits, statement of undisputed material facts, and a

proposed order are attached herewith.  An oral hearing is requested.

Date: July 31, 2009

Respectfully Submitted,


/s/ Stephen P. Halbrook_____
STEPHEN P. HALBROOK, D.C. Bar No. 379799


/s/ Richard E. Gardiner_____
RICHARD E. GARDINER, D.C. Bar No. 386915
3925 Chain Bridge Road, Suite 403
Fairfax, VA  22030
(703) 352-7276


Counsel for Plaintiffs