**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE: 1:08-cv-01289 |
| ) | Hon. Ricardo M. Urbina |
| THE DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| ) | |
| Defendants ) | |

**DECLARATION OF MARK SNYDER**

I, Mark Snyder, do hereby swear or affirm:

1. My name is Mark Snyder, and am a resident of the District of Columbia and a citizen of the United States.

2. I am eligible under the laws of the United States and of the District of Columbia to receive and possess firearms.

3. In connection with my desire to purchase a Savage BTVS .22 Mag. rimfire caliber bolt action target rifle, on January 20, 2009, I contacted the District of Columbia Metropolitan Police Department (MPD) and was advised of the registration requirements. The next day I ordered and paid for the rifle from a federally licensed firearms dealer.

4. On February 2, 2009, I received the registration paperwork from the MPD, filled it out, and sent it to the dealer, who returned it on February 11.

5. On February 17, I attempted to deliver the registration paperwork, photographs, and mental health form to the MPD, which for the first time informed me that I would first have to take a firearms course with four hours of classroom and one hour of range training. On information and belief, no public shooting range exists in the District of Columbia where such

range training could take place. I then placed telephone calls to persons on the District's certified instructors roster and left messages.

6. On February 19, at the MPD, I took the required written test, submitted fingerprints, completed the mental health form, and paid the registration fees.

7. On February 21, I paid $125 to a firm in Virginia and took the D.C.-approved course consisting of four hours of class and one hour of range time. Even though I was only attempting to register a bolt action rifle, the D.C.-approved course consisted of handgun training.

8. On February 25, I called the MPD to learn that my registration was approved and proceeded to the MPD to pick up the registration papers.

9. I subsequently returned to the federally licensed firearm dealer, which conducted a records check on me for criminal convictions, mental disability, or other prohibited category under the National Instant Criminal Background Check System (NICS), and then transferred the rifle to me.

I declare under penalty of perjury that the foregoing is true and correct.

_____   _____
                                   MARK SNYDER
Date: May 10, 2009