Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE: 1:08-cv-01289 |
| ) | Hon. Ricardo M. Urbina |
| THE DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| ) | |
| Defendants ) | |

**DECLARATION OF DICK ANTHONY HELLER**

I, Dick Anthony Heller, do hereby swear or affirm:

1. My name is Dick Anthony Heller, and I was the Respondent in *District of Columbia v. Heller*, 128 S. Ct. 2783 (2008).

2. I am a resident of the District of Columbia and a citizen of the United States, and am eligible under the laws of the United States and of the District of Columbia to receive and possess firearms.

3. After the Supreme Court decision in *District of Columbia v. Heller*, I registered a revolver with the District of Columbia Metropolitan Police Department (MPD). To do so, I was required to submit a photograph and fingerprints, to pay fees for the registration and for a ballistics test, to take a written test, and to make several personal appearances at the MPD to complete the registration process.

4. On or about March 19, 2009, I submitted to the MPD an Application for Firearms Registration Certificate for a Bushmaster XM-15-E2S, .223 caliber, rifle, "For use in the Civilian Marksmanship Program, kept in my home." By letter dated March 19, 2009, the MPD notified me

1

that the rifle is unregisterable because: "The listed weapon is defined as an 'assault weapon' and prohibited from being registered in the District of Columbia per the Firearms Registration Act of 2009, amendment 12-22-08, D.C. Code 7-2501.01." True copies of the Application and the MPD letter are attached herewith.

5. On information and belief, the MPD considers the above rifle to be an "assault weapon" because the MPD deems it to be or resemble a "Colt AR-15 series" rifle or "variation, with minor differences" thereof, and also because it has "a pistol grip that protrudes conspicuously beneath the action of the weapon." See D.C. Code § 7-2501.01(3A)(A)(I)(ee), (VIII), & (IV)(aa).

6. Rifles of this type are eligible for use in, and are widely used in, the Civilian Marksmanship Program (CMP). I have received training by the CMP and have been issued a certificate of completion.

7. On or about March 19, 2009, I submitted to the MPD an Application for Firearms Registration Certificate for a Sig Sauer P226 9mm pistol. On the form under "No. of Shots" is written the number "15," which means that the magazine has a capacity of 15 rounds of ammunition. The intended use of the firearm is specified as "self-defense in the home." By letter dated March 19, 2009, the MPD disapproved the application for the following reason: "Unregisterable firearm (15 round ammunition capacity is defined as a 'large capacity ammunition feeding device' and exceeds 10 rounds as required by D.C. Code 7-2506.01(b))." True copies of the Application and the MPD letter are attached herewith.

8. I am employed as a Special Police Officer in the District of Columbia, which has licensed me to carry a pistol while on duty. I have provided security for United States judges at the Thurgood Marshall Federal Judicial Center and for various federal officials at other buildings in the District

2

of Columbia.

9. Many pistols and rifles are sold with magazines that hold more than 10 rounds, and such firearms are in wide use for self defense, target shooting, and other lawful purposes.

10. I have observed that officers of the MPD carry Glock 19 pistols. Magazines for these pistols hold 15 rounds.

I declare under penalty of perjury that the foregoing is true and correct.

_____
DICK ANTHONY HELLER

Date: July 18, 2009

# METROPOLITAN POLICE DEPARTMENT | WASHINGTON, DC

## APPLICATION FOR FIREARMS REGISTRATION CERTIFICATE
$13 FEE REQUIRED WITH THIS APPLICATION. PLEASE PRINT ALL INFORMATION.

REGISTRATION NUMBER: _____
DATE REGISTERED: _____
DEALER'S LICENSE NO.: 4-55-003-07-1E-01546

This application for a Firearms Registration Certificate must be hand-carried to the Metropolitan Police Department, Firearms Registration Registration Section, 300 Indiana Avenue, NW, Washington, D.C. 20001 by the purchaser. The purchaser **MUST**:
1. Be fingerprinted by the Metropolitan Police Department. However, if the purchaser has been fingerprinted by this department within five (5) years prior to submitting this application, he or she need not be fingerprinted again if he or she offers other satisfactory proof of identity.
2. Submit with this application two full-face photographs of himself/herself, 1¾ x 1⅞ inches, taken within 30 days of filing this application.
3. Have vision better than or equal to that required to obtain a valid driver's license in the District of Columbia (a current driver's license will be prima facie evidence that the applicant's vision is sufficient).
4. Demonstrate satisfactory knowledge of the laws in the District of Columbia pertaining to firearms and the safe and responsible use of same.

**No transfer of a firearm between the seller and the purchaser may be made until a reply from the Chief of Police has been received by both parties involved.**

SELLER'S NAME: Michael Meador
STREET ADDRESS: 113 Hawick Rd    APT. NO:
CITY: Inwood, WV    ZIP CODE: 25428

PURCHASER/OWNER'S NAME: DICK HELLER
STREET ADDRESS: 263 Kentucky Ave.    APT. NO:
CITY: Wash DC    ZIP CODE: 20003-2317

### DESCRIPTION OF FIREARM
☐ NEW  ☒ USED
MAKE OF WEAPON: Bushmaster
MODEL: XM-15-E2S
SERIAL NUMBER: L236077
MANUFACTURER'S ID NO.:
NO. OF SHOTS: 5/10/20/30
CALIBER: .223/5.56
NO. OF BARRELS/LENGTH: 1 / 20"
FINISH: Black
TYPE OF ACTION: Rifle / SemiAuto
IDENTIFYING MARKS: See Serial Number

### DESCRIPTION OF PURCHASER/OWNER
DATE OF BIRTH: 12/10/1941
PLACE OF BIRTH: San Diego, Cal USA
OPERATOR'S PERMIT NUMBER:
RACE: C    SEX: M
OCCUPATION: Special Police Officer Armed Security
BUSINESS NAME: WATKINS
BUSINESS ADDRESS: 5325 E. CAP. SE DC 20019
HOME PHONE NUMBER: 202/544-0632
BUSINESS PHONE NUMBER: 202/581-2871

PURCHASER/OWNER'S ADDRESSES FOR THE PAST FIVE (5) YEARS, WITH DATES OF RESIDENCE:
263 Kentucky Ave SE DC 20003

PURCHASER/OWNER'S OCCUPATION, BUSINESS NAME AND ADDRESSES FOR THE PAST FIVE (5) YEARS, WITH DATES OF EMPLOYMENT:
Watkins Sec. AG. 5325 E. Capitol   Feb 07 - Curr   22019
Vance Sec. AG. 10,467 White Granite Drive, Oakton, VA 22124   Oct 02 - 12/07

HAVE YOU PREVIOUSLY BEEN DENIED IN THE DISTRICT OF COLUMBIA OR ELSEWHERE ANY PISTOL, RIFLE, OR SHOTGUN LICENSE OR REGISTRATION CERTIFICATE? ☒ NO  ☐ YES
IF YES, PLEASE EXPLAIN WHY AND BY WHOM.

HAVE YOU EVER BEEN INVOLVED IN ANY MISHAP INVOLVING A PISTOL, RIFLE, OR SHOTGUN? ☒ NO  ☐ YES
IF YES, EXPLAIN CIRCUMSTANCES, INCLUDING DATES, PLACES, AND NAMES OF ANY PERSONS INJURED OR KILLED.

GIVE A BRIEF STATEMENT OF YOUR INTENDED USE OF THE FIREARM AND WHERE THE FIREARM WILL BE KEPT.
For use in the Civilian Marksmanship Program, Kept in My Home.

I HEREBY CERTIFY THAT I AM NOT FORBIDDEN BY EXISTING LAWS AND REGULATIONS FROM PURCHASING OR POSSESSING A FIREARM AND THAT THE INFORMATION GIVEN BY ME ON THIS APPLICATION IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND DOES NOT KNOWINGLY CONTAIN ANY MATERIAL MISREPRESENTATION OF FACT.

SIGNATURE OF SELLER: [signed]    DATE: 3/5/09
SIGNATURE OF PURCHASER/OWNER: [Dick Heller]    DATE: 3/5/09

**The Seller and the Purchaser MUST SIGN IN THE PRESENCE OF EACH OTHER.**

## NOTICE
This application is VALID as a FIREARMS REGISTRATION CERTIFICATE only when stamped "APPROVED" by the Chief of Police and a REGISTRATION NUMBER is affixed thereto.

# THIS IS NOT A LICENSE TO CARRY A CONCEALED FIREARM.

PD-219 Rev. 07/06

  

**Gun Control and Firearms Registration**

300 Indiana Ave. N.W. Room 3077, Washington D.C., 20001   (202) 727-4275   FAX (202) 442-4247

March 19, 2009

Mr. Dick Heller
263 Kentucky Ave.
Washington, D.C. 20003

Dear Mr. Heller

☑ This is to advise you that your Firearms Registration Application for a Bushmaster, XM-15-25, .223/5.56 caliber semi-automatic rifle has been **disapproved** for the following reason(s):
- **1. Unregisterable Firearm**
- **(The listed weapon is defined as an "assault weapon" and prohibited from being registered in the District of Columbia per the Firearms Registration Act of 2008, amendment 12-22-08, D.C. Code 7-2501.01 )**

You have 15 days from the date this notice is received to appeal this decision. A copy of the regulations governing such appeals is attached for your information. Appeals should be sent to the Director, Identification and Records Division, Metropolitan Police Department, 300 Indiana Avenue, N.W., Washington, D.C. 20001.

If you do not file your appeal within the time allowed, you shall be deemed to have conceded the validity of the reason or reasons stated in this notice, and the **denial** shall become final.

In the event you do not submit further evidence, you must do one of the following within 7 days after the decision becomes final: (1) peaceably surrender to the police the firearm for which registration was revoked or disapproved; (2) lawfully remove such firearm from the District of Columbia for so long as you have an interest in such firearm; or, (3) otherwise lawfully dispose of your interest in such firearm.

☐ Your application has not been acted upon within the 60 day period because
_____
_____

You will be notified as soon as the missing information is received and the application review process is completed.

FOR APPEALS INSTRUCTIONS SEE REVERSE SIDE

FL-63 REV 7/08

**Page 1 of 2**
**REGULATIONS GOVERNING APPEALS**

## Denial and Revocation Procedures

(a) Whenever the Firearms Registration Section has reason to believe that an applicant is not eligible to receive a certificate, or a holder has become ineligible to retain his certificate, the Supervisor shall issue a notice of proposed denial or revocation to the applicant or holder. The notice shall set forth the facts and law relied upon in determining that the application should be denied or revoked. The applicant or holder shall have 15 days from the date of receipt (excluding the date of receipt, Saturdays, Sundays and legal holidays), to submit further evidence in support of the application or his qualifications to retain his certificate. Such further evidence shall be submitted to the Director, and may include a request for a hearing. The reason why a hearing is necessary shall be stated in the request. If no further evidence is received by the Director within such time, the applicant or holder shall be deemed to have conceded the validity of the reason stated in the notice and the denial or revocation shall become final. A copy of the application or certificate, so marked, shall be returned to the applicant or holder.

(b) If the applicant or holder shall make a submission within the time specified in paragraph (a), the Director shall within 10 days of its receipt (excluding the date of receipt, Saturdays, Sundays and legal holidays), issue a notice of his final decision. The Director's notice of final decision shall become effective immediately unless a stay is granted either by the Director or the District of Columbia Court of Appeals.

(c) A request for a hearing shall be granted unless the request for a hearing tends to show that the only disputed matter concerns a question of policy. If a hearing is granted the Director shall notify the applicant or holder of the date, time, location, and the name of the person before whom the hearing will be held within the time limit established in paragraph (b). Such notification shall be made not less than 7 calendar days in advance of the date set for the hearing. On conclusion of the hearing and consideration of all relevant facts and circumstances presented in writing or orally, the Director shall render his decision affirming or reversing the denial of the application or revocation of the certificate. If the decision is that the denial or revocation should be affirmed, a copy of the Director's findings of fact and conclusions of law based on the evidence of record shall be sent to the applicant or holder within 10 days (excluding Saturdays, Sundays and legal holidays) of the conclusion of the hearing, together with a copy of the application or certificate marked "denied" or "revoked", as the case may be. If the decision is that the denial or revocation should be reversed, the Director shall issue a certificate to the applicant, or notify the holder of his decision within such time.

(d) All hearings conducted under this section shall be recorded. The Director may designate someone other than himself to conduct the hearing provided for under this section provided such person took no part in the investigation and decision-making process prior to the issuance of the proposed notice to deny or revoke and is senior in rank or position to the Supervisor issuing such proposed notice.

(e) Within 7 days (excluding Saturdays, Sundays and legal holidays), after an unfavorable decision becomes effective, an applicant or holder in possession of a firearm for which a certificate has been denied or revoked shall (A) surrender such weapon to the Firearms Registration Section; (B) lawfully remove such firearm from the District for so long as he has a legal interest in such firearm; or (C) lawfully dispose of such firearm. In the event option (B) or (C) is elected by the applicant or holder, he shall certify in writing, under oath, the action taken. A holder who has been revoked shall also surrender his certificate to the Firearms Registration Section within such time.

Page 2 of 2

## METROPOLITAN POLICE DEPARTMENT | WASHINGTON, DC

### APPLICATION FOR FIREARMS REGISTRATION CERTIFICATE
$13 FEE REQUIRED WITH THIS APPLICATION. PLEASE PRINT ALL INFORMATION.

REGISTRATION NUMBER

DATE REGISTERED

This application for a Firearms Registration Certificate must be hand-carried to the Metropolitan Police Department, Firearms Registration Registration Section, 300 Indiana Avenue, NW, Washington, D.C. 20001 by the purchaser. The purchaser **MUST**:
1. Be fingerprinted by the Metropolitan Police Department. However, if the purchaser has been fingerprinted by this department within five (5) years prior to submitting this application, he or she need not be fingerprinted again if he or she offers other satisfactory proof of identity.
2. Submit with this application two full-face photographs of himself/herself, 1¾ x 1⅞ inches, taken within 30 days of filing this application.
3. Have vision better than or equal to that required to obtain a valid driver's license in the District of Columbia (a current driver's license will be prima facie evidence that the applicant's vision is sufficient).
4. Demonstrate satisfactory knowledge of the laws in the District of Columbia pertaining to firearms and the safe and responsible use of same.

DEALER'S LICENSE NO.

**No transfer of a firearm between the seller and the purchaser may be made until a reply from the Chief of Police has been received by both parties involved.**

SELLER'S NAME: Michael Menter (?)
STREET ADDRESS: 113 Hunt Rd (?)
APT. NO:
CITY: Inwood, WV
ZIP CODE: 25428 (?)

PURCHASER/OWNER'S NAME: DICK HELLER
STREET ADDRESS: 263 Kentucky Ave.
APT. NO:
CITY: Wash DC
ZIP CODE: 20003

**DESCRIPTION OF FIREARM**

☐ NEW   ☐ USED
MAKE OF WEAPON: Bushmaster
MODEL: XM-15-E2S
SERIAL NUMBER: L236077
MANUFACTURER'S ID NO:
NO. OF SHOTS: 5/10/20/30
CALIBER: .223/5.56
NO. OF BARRELS/LENGTH: 1/16"
FINISH: Black
TYPE OF ACTION: R.F. / S.A.
IDENTIFYING MARKS: Ser Serial Number

**DESCRIPTION OF PURCHASER/OWNER**

DATE OF BIRTH: 12/2/1941
PLACE OF BIRTH: So. Dakota, USA
OPERATOR'S PERMIT NUMBER:
RACE: C
SEX: M
OCCUPATION: Special Police Officer / Armed Security
BUSINESS NAME: Watkins
BUSINESS ADDRESS: 5325 E. Cap. SE DC 20019
HOME PHONE NUMBER: 202/544-0632
BUSINESS PHONE NUMBER: 202/581-__71

PURCHASER/OWNER'S ADDRESSES FOR THE PAST FIVE (5) YEARS, WITH DATES OF RESIDENCE
263 Kentucky Ave SE DC 20003

PURCHASER/OWNER'S OCCUPATION, BUSINESS NAME AND ADDRESSES FOR THE PAST FIVE (5) YEARS, WITH DATES OF EMPLOYMENT
WATKINS SEC. AG. 5325 E. Cap St SE DC - CURR 2/2019
VANCE SEC. AG. 10167 White Granite Drive, Oakton, VA 22124   OCT 02 - 12/07

HAVE YOU PREVIOUSLY BEEN DENIED IN THE DISTRICT OF COLUMBIA OR ELSEWHERE ANY PISTOL, RIFLE, OR SHOTGUN LICENSE OR REGISTRATION CERTIFICATE? ☐ NO ☐ YES
IF YES, PLEASE EXPLAIN WHY AND BY WHOM

HAVE YOU EVER BEEN INVOLVED IN ANY MISHAP INVOLVING A PISTOL, RIFLE, OR SHOTGUN? ☐ NO ☐ YES
IF YES, EXPLAIN CIRCUMSTANCES, INCLUDING DATES, PLACES, AND NAMES OF ANY PERSONS INJURED OR KILLED.

**DISAPPROVED**

GIVE A BRIEF STATEMENT OF YOUR INTENDED USE OF THE FIREARM AND WHERE THE FIREARM WILL BE KEPT.
For use with the Civilian Marksmanship Program, Kept in My Home.

I HEREBY CERTIFY THAT I AM NOT FORBIDDEN BY EXISTING LAWS AND REGULATIONS FROM PURCHASING OR POSSESSING A FIREARM AND THAT THE INFORMATION GIVEN BY ME ON THIS APPLICATION IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND DOES NOT KNOWINGLY CONTAIN ANY MATERIAL MISREPRESENTATION OF FACT.

SIGNATURE OF SELLER: [signature]   DATE: 3/3/09 (?)
SIGNATURE OF PURCHASER/OWNER: Dick Heller   DATE: 3/3/09

**The Seller and the Purchaser MUST SIGN IN THE PRESENCE OF EACH OTHER.**

## NOTICE
This application is VALID as a FIREARMS REGISTRATION CERTIFICATE only when stamped "APPROVED" by the Chief of Police and a REGISTRATION NUMBER is affixed thereto.

## THIS IS NOT A LICENSE TO CARRY A CONCEALED FIREARM.

PD-219 Rev. 07/08

# About the Firearms Control Regulations Act of 1975

The following is an excerpt from the "Firearms Control Regulations Act of 1975."

Title II — Firearms and Destructive Devices

### Section 208 — Additional Duties of Registrants

Each person and organization holding a registration certificate, in addition to any other requirements imposed by this act, or the Acts of Congress, shall:

(a) notify the Chief in writing of:
  (1) the loss, theft, or destruction of the registration certificate or of a registered firearm (including the circumstances, if known) immediately upon discovery of such loss, theft, or destruction;
  (2) a change in any of the information appearing on the registration certificate or required by Section 203 of this act;
  (3) the sale, transfer, or other disposition of the firearm not less than forty-eight (48) hours prior to delivery, pursuant to such sale, transfer, or other disposition, including —
    (A) identification of the registrant, the firearm, and the serial number of the registration certificate;
    (B) the name, residence, and business address and date of birth of the person to whom the firearm has been sold or transferred; and
    (C) whether the firearm was sold or how it was otherwise transferred or disposed of.
(b) return to the Chief, the registration certificate for any firearm which is lost, stolen, destroyed, or otherwise transferred or disposed of, at the time he or she notified the Chief of such loss, theft, destruction, sale, transfer, or other disposition.
(c) have in his or her possession, whenever in possession of a firearm, the registration certificate for such firearm, and exhibit the same upon the demand of a member of the Metropolitan Police Department, or other law enforcement officers.



METROPOLITAN POLICE DEPARTMENT
RECORDS DEPARTMENT
RECEIVED DATE
3/19/09

Title VII — General Provisions

Section 702 — Except for law enforcement personnel described in Section 201 (b)(1), each registrant shall keep any firearm in his/her possession unloaded and disassembled or bound by a trigger lock or other similar device, unless such firearm is kept at his or her place of business, or while being used for lawful recreational purposes within the District of Columbia.

## Learn More

For more information about the District's gun registration process, please call the Firearms Registration Hotline at **(202) 727-9490** or call the Firearms Registration Section at **(202) 727-4275** between 9 am and 5 pm Monday – Friday. Learn more at **www.mpdc.dc.gov/gunregistration**.

# METROPOLITAN POLICE DEPARTMENT | WASHINGTON, DC

## APPLICATION FOR FIREARMS REGISTRATION CERTIFICATE

$13 FEE REQUIRED WITH THIS APPLICATION. PLEASE PRINT ALL INFORMATION.

REGISTRATION NUMBER:
DATE REGISTERED:
DEALER'S LICENSE NO.: 4-55-00307-1E-01546

This application for a Firearms Registration Certificate must be hand-carried to the Metropolitan Police Department, Firearms Registration Section, 300 Indiana Avenue, NW, Washington, D.C. 20001 by the purchaser. The purchaser **MUST**:
1. Be fingerprinted by the Metropolitan Police Department. However, if the purchaser has been fingerprinted by this department within five (5) years prior to submitting this application, he or she need not be fingerprinted again if he or she offers other satisfactory proof of identity.
2. Submit with this application two full-face photographs of himself/herself, 1¾ x 1⅞ inches, taken within 30 days of filing this application.
3. Have vision better than or equal to that required to obtain a valid driver's license in the District of Columbia (a current driver's license will be prima facie evidence that the applicant's vision is sufficient).
4. Demonstrate satisfactory knowledge of the laws in the District of Columbia pertaining to firearms and the safe and responsible use of same.

**No transfer of a firearm between the seller and the purchaser may be made until a reply from the Chief of Police has been received by both parties involved.**

SELLER'S NAME: Michael Meador
STREET ADDRESS: 113 Hawick Rd
APT. NO:
CITY: Inwood, WV
ZIP CODE: 25428

PURCHASER/OWNER'S NAME: DICK HELLER
STREET ADDRESS: 263 Kentucky Ave S.E.
APT. NO:
CITY: DC
ZIP CODE: 20003-2317

DESCRIPTION OF FIREARM
[ ] NEW  [X] USED
MAKE OF WEAPON: Sig Sauer
MODEL: P226
SERIAL NUMBER: UU628170
MANUFACTURER'S ID NO.:
NO. OF SHOTS: 15
CALIBER: 9mm
NO. OF BARRELS/LENGTH: 1 / 4.4"
FINISH: Black
TYPE OF ACTION: Pistol/Semi Auto
IDENTIFYING MARKS: See Serial Number

DESCRIPTION OF PURCHASER/OWNER
DATE OF BIRTH: 12/10/1941
PLACE OF BIRTH: USA, San Diego Cal
OPERATOR'S PERMIT NUMBER:
RACE: C
SEX: M
OCCUPATION: SP. Police Officer
BUSINESS NAME: WATKINS
BUSINESS ADDRESS: 5325 E. Cap. 20019
HOME PHONE NUMBER: 202/544-0632
BUSINESS PHONE NUMBER: 202/581-2871

PURCHASER/OWNER'S ADDRESSES FOR THE PAST FIVE (5) YEARS, WITH DATES OF RESIDENCE:
263 KY. Ave SE DC 20003

PURCHASER/OWNER'S OCCUPATION, BUSINESS NAME AND ADDRESSES FOR THE PAST FIVE (5) YEARS, WITH DATES OF EMPLOYMENT:
Watkins Sec. AG, 5325 E. Capitol St SE, DC 20019 — Feb'07-Curr
Vance Sec. AG, 10,467 White Granite Dr Oakton, VA 22124 — Oct'02-Dec'07

HAVE YOU PREVIOUSLY BEEN DENIED IN THE DISTRICT OF COLUMBIA OR ELSEWHERE ANY PISTOL, RIFLE, OR SHOTGUN LICENSE OR REGISTRATION CERTIFICATE? [X] NO [ ] YES
IF YES, PLEASE EXPLAIN WHY AND BY WHOM

HAVE YOU EVER BEEN INVOLVED IN ANY MISHAP INVOLVING A PISTOL, RIFLE, OR SHOTGUN? [X] NO [ ] YES
IF YES, EXPLAIN CIRCUMSTANCES, INCLUDING DATES, PLACES, AND NAMES OF ANY PERSONS INJURED OR KILLED.

GIVE A BRIEF STATEMENT OF YOUR INTENDED USE OF THE FIREARM AND WHERE THE FIREARM WILL BE KEPT.
SELF-DEFENSE IN THE HOME.

I HEREBY CERTIFY THAT I AM NOT FORBIDDEN BY EXISTING LAWS AND REGULATIONS FROM PURCHASING OR POSSESSING A FIREARM AND THAT THE INFORMATION GIVEN BY ME ON THIS APPLICATION IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND DOES NOT KNOWINGLY CONTAIN ANY MATERIAL MISREPRESENTATION OF FACT.

SIGNATURE OF SELLER: [signed]  DATE: 3/5/09
SIGNATURE OF PURCHASER/OWNER: Dick Heller  DATE: 3/5/09

The Seller and the Purchaser MUST SIGN IN THE PRESENCE OF EACH OTHER.

## NOTICE

This application is VALID as a FIREARMS REGISTRATION CERTIFICATE only when stamped "APPROVED" by the Chief of Police and a REGISTRATION NUMBER is affixed thereto.

## THIS IS NOT A LICENSE TO CARRY A CONCEALED FIREARM.

PD-219 Rev. 07/08

  

**Gun Control and Firearms Registration**

300 Indiana Ave. N.W. Room 3077, Washington D.C., 20001   (202) 727-4275   FAX (202) 442-4247

March 19, 2009

Mr. Dick Heller
263 Kentucky Ave.
Washington, D.C. 20003

Dear Mr. Dick Heller

 This is to advise you that your Firearms Registration Application for a Sig Sauer, P226, 9mm caliber has been **disapproved** for the following reason(s):
  - **1. Unregisterable Firearm**
  - (15 round ammunition capacity is defined as a "large capacity ammunition feeding device" and exceeds 10 rounds as required by D.C. Code 7-2506.01(b) )

You have 15 days from the date this notice is received to appeal this decision. A copy of the regulations governing such appeals is attached for your information. Appeals should be sent to the Director, Identification and Records Division, Metropolitan Police Department, 300 Indiana Avenue, N.W., Washington, D.C. 20001.

If you do not file your appeal within the time allowed, you shall be deemed to have conceded the validity of the reason or reasons stated in this notice, and the **denial** shall become final.

In the event you do not submit further evidence, you must do one of the following within 7 days after the decision becomes final: (1) peaceably surrender to the police the firearm for which registration was revoked or disapproved; (2) lawfully remove such firearm from the District of Columbia for so long as you have an interest in such firearm; or, (3) otherwise lawfully dispose of your interest in such firearm.

☐ Your application has not been acted upon within the 60 day period because
_____
_____

You will be notified as soon as the missing information is received and the application review process is completed.

FOR APPEALS INSTRUCTIONS SEE REVERSE SIDE

FL-63 REV 7/08

Page 1 of 2

## REGULATIONS GOVERNING APPEALS

### Denial and Revocation Procedures

(a) Whenever the Firearms Registration Section has reason to believe that an applicant is not eligible to receive a certificate, or a holder has become ineligible to retain his certificate, the Supervisor shall issue a notice of proposed denial or revocation to the applicant or holder. The notice shall set forth the facts and law relied upon in determining that the application should be denied or revoked. The applicant or holder shall have 15 days from the date of receipt (excluding the date of receipt, Saturdays, Sundays and legal holidays), to submit further evidence in support of the application or his qualifications to retain his certificate. Such further evidence shall be submitted to the Director, and may include a request for a hearing. The reason why a hearing is necessary shall be stated in the request. If no further evidence is received by the Director within such time, the applicant or holder shall be deemed to have conceded the validity of the reason stated in the notice and the denial or revocation shall become final. A copy of the application or certificate, so marked, shall be returned to the applicant or holder.

(b) If the applicant or holder shall make a submission within the time specified in paragraph (a), the Director shall within 10 days of its receipt (excluding the date of receipt, Saturdays, Sundays and legal holidays), issue a notice of his final decision. The Director's notice of final decision shall become effective immediately unless a stay is granted either by the Director or the District of Columbia Court of Appeals.

(c) A request for a hearing shall be granted unless the request for a hearing tends to show that the only disputed matters concerns a question of policy. If a hearing is granted the Director shall notify the applicant or holder of the date, time, location, and the name of the person before whom the hearing will be held within the time limit established in paragraph (b). Such notification shall be made not less than 7 calendar days in advance of the date set for the hearing. On conclusion of the hearing and consideration of all relevant facts and circumstances presented in writing or orally, the Director shall render his decision affirming or reversing the denial of the application or revocation of the certificate. If the decision is that the denial or revocation should be affirmed, a copy of the Director's findings of fact and conclusions of law based on the evidence of record shall be sent to the applicant or holder within 10 days (excluding Saturdays, Sundays and legal holidays) of the conclusion of the hearing, together with a copy of the application or certificate marked "denied" or "revoked", as the case may be. If the decision is that the denial or revocation should be reversed, the Director shall issue a certificate to the applicant, or notify the holder of his decision within such time.

(d) All hearings conducted under this section shall be recorded. The Director may designate someone other than himself to conduct the hearing provided for under this section provided such person took no part in the investigation and decision-making process prior to the issuance of the proposed notice to deny or revoke and is senior in rank or position to the Supervisor issuing such proposed notice.

(e) Within 7 days (excluding Saturdays, Sundays and legal holidays), after an unfavorable decision becomes effective, an applicant or holder in possession of a firearm for which a certificate has been denied or revoked shall (A) surrender such weapon to the Firearms Registration Section; (B) lawfully remove such firearm from the District for so long as he has a legal interest in such firearm; or (C) lawfully dispose of such firearm. In the event option (B) or (C) is elected by the applicant or holder, he shall certify in writing, under oath, the action taken. A holder who has been revoked shall also surrender his certificate to the Firearms Registration Section within such time.

# METROPOLITAN POLICE DEPARTMENT | WASHINGTON, DC

## APPLICATION FOR FIREARMS REGISTRATION CERTIFICATE
$13 FEE REQUIRED WITH THIS APPLICATION. PLEASE PRINT ALL INFORMATION.

REGISTRATION NUMBER

DATE REGISTERED

This application for a Firearms Registration Certificate must be hand-carried to the Metropolitan Police Department, Firearms Registration Registration Section, 300 Indiana Avenue, NW, Washington, D.C. 20001 by the purchaser. The purchaser **MUST**:
1. Be fingerprinted by the Metropolitan Police Department. However, if the purchaser has been fingerprinted by this department within five (5) years prior to submitting this application, he or she need not be fingerprinted again if he or she offers other satisfactory proof of identity.
2. Submit with this application two full-face photographs of himself/herself, 1¾ x 1⅞ inches, taken within 30 days of filing this application.
3. Have vision better than or equal to that required to obtain a valid driver's license in the District of Columbia (a current driver's license will be prima facie evidence that the applicant's vision is sufficient).
4. Demonstrate satisfactory knowledge of the laws in the District of Columbia pertaining to firearms and the safe and responsible use of same.

DEALER'S LICENSE NO.

**No transfer of a firearm between the seller and the purchaser may be made until a reply from the Chief of Police has been received by both parties involved.**

SELLER'S NAME: Mich— M—
STREET ADDRESS: 113 H—— Rd    APT. NO
CITY: I——, WV    ZIP CODE: 254—

PURCHASER/OWNER'S NAME: Dick Heller
STREET ADDRESS: 263 Kentucky Ave SE    APT. NO
CITY: DC    ZIP CODE: 20003-

**DESCRIPTION OF FIREARM**
☐ NEW  ☐ USED
MAKE OF WEAPON: Sig Sauer
MODEL: P232
SERIAL NUMBER: UU62—
MANUFACTURER'S ID NO.
NO. OF SHOTS: 7
CALIBER: 7—
NO. OF BARRELS/LENGTH: 1/—
FINISH: Black
TYPE OF ACTION: P—
IDENTIFYING MARKS:

**DESCRIPTION OF PURCHASER/OWNER**
DATE OF BIRTH: 12/10/1941
PLACE OF BIRTH:
OPERATOR'S PERMIT NUMBER
RACE: C    SEX: M
OCCUPATION: SP. Police Officer
BUSINESS NAME: Watkins
BUSINESS ADDRESS: 5325 E. Cap. 20019
HOME PHONE NUMBER: 202/544-0622
BUSINESS PHONE NUMBER: 202/581-2371

PURCHASER/OWNER'S ADDRESSES FOR THE PAST FIVE (5) YEARS, WITH DATES OF RESIDENCE
263 KY Ave SE DC 2003-

PURCHASER/OWNER'S OCCUPATION, BUSINESS NAME AND ADDRESSES FOR THE PAST FIVE (5) YEARS, WITH DATES OF EMPLOYMENT
Watkins 520 —    Feb 97 – curr
Vance Guard 10467 White— DC Oakton VA 22124    Oct 02 – Dec 07

HAVE YOU PREVIOUSLY BEEN DENIED IN THE DISTRICT OF COLUMBIA OR ELSEWHERE ANY PISTOL, RIFLE, OR SHOTGUN LICENSE OR REGISTRATION CERTIFICATE? ☒ NO ☐ YES
IF YES, PLEASE EXPLAIN WHY AND BY WHOM

HAVE YOU EVER BEEN INVOLVED IN ANY MISHAP INVOLVING A PISTOL, RIFLE, OR SHOTGUN? ☒ NO ☐ YES
IF YES, EXPLAIN CIRCUMSTANCES, INCLUDING DATES, PLACES, AND NAMES OF ANY PERSONS INJURED OR KILLED.

**DISAPPROVED**

GIVE A BRIEF STATEMENT OF YOUR INTENDED USE OF THE FIRARM AND WHERE THE FIREARM WILL BE KEPT.
Self-defense in the home.

I HEREBY CERTIFY THAT I AM NOT FORBIDDEN BY EXISTING LAWS AND REGULATIONS FROM PURCHASING OR POSSESSING A FIREARM AND THAT THE INFORMATION GIVEN BY ME ON THIS APPLICATION IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND DOES NOT KNOWINGLY CONTAIN ANY MATERIAL MISREPRESENTATION OF FACT.

SIGNATURE OF SELLER    DATE: 7/—/09
SIGNATURE OF PURCHASER/OWNER: Dick Heller    DATE: 7/5/09

**The Seller and the Purchaser MUST SIGN IN THE PRESENCE OF EACH OTHER.**

## NOTICE
This application is VALID as a FIREARMS REGISTRATION CERTIFICATE only when stamped "APPROVED" by the Chief of Police and a REGISTRATION NUMBER is affixed thereto.

## THIS IS NOT A LICENSE TO CARRY A CONCEALED FIREARM.

PD-219 Rev. 07/08

# About the Firearms Control Regulations Act of 1975

The following is an excerpt from the "Firearms Control Regulations Act of 1975."

Title II — Firearms and Destructive Devices



METROPOLITAN POLICE DEPARTMENT
RECORDS DEPARTMENT
RECEIVED DATE
3/19/09

Section 208 — Additional Duties of Registrants

Each person and organization holding a registration certificate, in addition to any other requirements imposed by this act, or the Acts of Congress, shall:

(a) notify the Chief in writing of:
  (1) the loss, theft, or destruction of the registration certificate or of a registered firearm (including the circumstances, if known) immediately upon discovery of such loss, theft, or destruction;
  (2) a change in any of the information appearing on the registration certificate or required by Section 203 of this act;
  (3) the sale, transfer, or other disposition of the firearm not less than forty-eight (48) hours prior to delivery, pursuant to such sale, transfer, or other disposition, including —
    (A) identification of the registrant, the firearm, and the serial number of the registration certificate;
    (B) the name, residence, and business address and date of birth of the person to whom the firearm has been sold or transferred; and
    (C) whether the firearm was sold or how it was otherwise transferred or disposed of.

(b) return to the Chief, the registration certificate for any firearm which is lost, stolen, destroyed, or otherwise transferred or disposed of, at the time he or she notified the Chief of such loss, theft, destruction, sale, transfer, or other disposition.

(c) have in his or her possession, whenever in possession of a firearm, the registration certificate for such firearm, and exhibit the same upon the demand of a member of the Metropolitan Police Department, or other law enforcement officers.

Title VII — General Provisions

Section 702 — Except for law enforcement personnel described in Section 201 (b)(1), each registrant shall keep any firearm in his/her possession unloaded and disassembled or bound by a trigger lock or other similar device, unless such firearm is kept at his or her place of business, or while being used for lawful recreational purposes within the District of Columbia.

## Learn More

For more information about the District's gun registration process, please call the Firearms Registration Hotline at **(202) 727-9490** or call the Firearms Registration Section at **(202) 727-4275** between 9 am and 5 pm Monday – Friday. Learn more at **www.mpdc.dc.gov/gunregistration**.