IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | No. 1:08-cv-01289 |
| ) | Hon. Ricardo M. Urbina |
| THE DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants ) | |

## AFFIDAVIT OF MARK WESTROM

1) I am the president of ArmaLite, Inc, the manufacturer of the ArmaLite M15 rifle, the AR 180 rifle, and the AR 10 rifle.

2) The ArmaLite M15 rifle and AR-10 rifle are very similar in design and function to the Colt AR-15 rifle, although the AR-10 is a different caliber (7.62mm caliber versus 5.56mm/.223 caliber). The AR-180, although it looks different than the Colt AR-15, is also similar in design to, and is functionally identical to, the Colt AR-15, but produced with sheet metal and polymer components in lieu of forgings and castings.

3) The ArmaLite M15 and AR-180 rifles, the AR-10 rifle, and the Colt AR-15 rifle share several common characteristics. They are semiautomatic, meaning that they fire only once per trigger pull. They have the capacity to accept a detachable magazine and, while standard magazines hold 20 rounds, magazines are also available which hold 5 rounds and 30 rounds respectively. These rifles have a pistol grip typically 3¾ to 4 inches in length that protrudes at a rearward angle beneath the action of the rifle. The pistol grip, in conjunction with the straight-line stock, allows the rifle to be fired accurately from the shoulder with minimal muzzle-rise. Most AR-15 and AR-10 rifles have fixed stocks, but some have a telescoping stock which allows adjustment to the person's physique. Some have a flash suppressor, which may also act as a

muzzle compensator and reduce muzzle climb, while others have no muzzle attachment.

4) Since 1967, Armalite has manufactured approximately 10,000 AR 180 rifles (and licensed the manufacture of 10,000 more in the United Kingdom, which were subsequently imported). Since 1994, Armalite has manufactured approximately 100,000 M15 rifles or rifle receivers and 45,000 AR 10 rifles or rifle receivers.

5) The ArmaLite M15 rifle, the AR 180 rifle, and the AR 10 rifle have proven to be an amazingly flexible family of rifles that have experienced expanded use, and are commonly possessed, for law enforcement, sport (including target shooting, both informally and in formal competitions), and security, including personal protection in the home. Features allowing varied iron and optical sights further reflect their increased use in sport and hunting.

6) While originally available mostly in .223 caliber, such rifles are increasingly available in calibers ranging from .22 rimfire to .204 Ruger to .308.

7) During the past 15 years, because of their superb accuracy, the ArmaLite M15 rifle and the AR 10 rifle have almost totally replaced preceding models at the National Matches and other formal target shooting venues. NRA rules have recently been amended to allow the use of the AR-10 in competition, so they are not used in large numbers yet. The M15 and similar models are the main Service Rifle in formal competition these days. Their use in less formal target shooting is widespread.

8) The accuracy and light recoil of the ArmaLite M15 rifle, the AR 180 rifle, and the AR 10 rifle make them extremely useful for hunting small and medium-sized game and varmint hunting, especially while hunting coyote in the upper Midwestern and Western states.

9) ArmaLite has experienced a broad acceptance of these rifles for security and personal protection purposes both among police and private owners due to both operational and safety concerns. A carbine or rifle provides better accuracy than a handgun, and the small caliber

Case 1:08-cv-01289-JEB   Document 23-8   Filed 07/31/09   Page 3 of 3

cartridge of the M15 and AR-180 tends to break up rather than penetrate multiple walls and objects.

10) Ammunition feeding devices that have a capacity of more than 10 rounds of ammunition are typically detachable box magazines designed for semiautomatic rifles or semiautomatic pistols, or tubular magazines designed for .22 rimfire caliber rifles. Millions of such magazines have been manufactured in the United States and imported. Such magazines are widely available in the commercial market and are in common use throughout the United States. Magazines holding more than ten rounds are preferable for self protection, and are in common use for target shooting, competitions, and other sporting purposes.

Pursuant to the authority of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2009.

*Mark A. Westrom*
Mark Westrom

-3-