IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v.  ) | Case No. 1:08-cv-01289 |
| ) | Hon. Ricardo M. Urbina |
| THE DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |

**[PROPOSED] ORDER**

This matter came before the Court on Plaintiffs' motion for summary judgment. On review of the pleadings, facts, and the entire record herein, and pursuant to Rule 56, Fed. R. Civ. P., the Court finds that there are no genuine issues of material facts in dispute, and that Plaintiffs are entitled to judgment as a matter of law. It is hereby ORDERED, ADJUDGED, and DECREED that the Clerk shall enter judgment in favor of Plaintiffs Dick Anthony Heller, Absalom Jordan, William Carter, and Mark Snyder, and against Defendants The District of Columbia and Adrian M. Fenty, Mayor, District of Columbia.

Further, it is hereby DECLARED that the following provisions are in violation of the Second Amendment to the United States Constitution, are not authorized by D.C. Code § 1-303.43, and are void: D.C. Code §§ 7-2502.01(a), 7-2507.06, 7-2502.03(a)(10), 7-2502.03(a)(11), 7-2502.03(a)(13)(A), 7-2502.03(b), 7-2502.03(d), 7-2502.03(e), 7-2502.04, 7-2502.05(b), 7-2502.08(3), 7-2502.09(b), 7-2502.02(6), and 7-2506.01(b); and § 207a(a), (b), (d), and (f) of the Firearms Control Amendment Act of 2008.

Further, The District of Columbia, Adrian M. Fenty, and their officers, agents, and employees are hereby PERMANENTLY ENJOINED from administering and enforcing said provisions.

[ALTERNATIVE: Further, The District of Columbia, Adrian M. Fenty, and their officers, agents, and employees are hereby ORDERED to issue registration certificates pursuant to the applications of Plaintiffs to register firearms which the District defines as "assault weapons" and firearms with magazines which the District defines as "large capacity ammunition feeding devices."]

SO ORDERED this _____ day of _____, 2009.

_____
Hon. Ricardo M. Urbina
United States District Judge