IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DICK ANTHONY HELLER, et al., | ) | Case No. 08-CV-1289-RMU |
| | ) | |
| Plaintiffs, | ) | NOTICE OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiffs Tracey Hanson, Gillian St. Lawrence, Paul St. Lawrence, and Second Amendment Foundation, Inc. dismiss their action in this matter without prejudice, all parties to bear their own costs.

Dated: August 5, 2009

Respectfully submitted,

Alan Gura (D.C. Bar No. 453449)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

By: /s/Alan Gura/
Alan Gura

Attorney for Plaintiffs Tracey Hanson,
Gillian & Paul St. Lawrence, and SAF, Inc.

SO STIPULATED:

| | |
|---|---|
| Stephen P. Halbrook (D.C. Bar No. 379799) | Andrew J. Saindon (D.C. Bar No. 456987) |
| 3925 Chain Bridge Road, Suite 403 | 441 N. Fourth Street, Sixth Floor South |
| Fairfax, VA 22030 | Washington, DC 20001 |
| (703) 352-7276 | (202) 724-6643 |
| | |
| By: /s/Stephen P. Halbrook | By: /s/ Andrew J. Saindon |
| Attorney for Plaintiffs Heller, Jordan, Carter, Snyder | Attorney for Defendants |