IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE: 1:08-cv-01289 |
| ) | Hon. Ricardo M. Urbina |
| THE DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| ) | |
| Defendants ) | |

### DECLARATION OF DICK ANTHONY HELLER

I, Dick Anthony Heller, do hereby swear or affirm:

1. My name is Dick Anthony Heller, and I am a plaintiff in this action.

2. I participated in and completed the Civilian Marksmanship Program ("CMP") Clinic of March 28 and April 4, 2009, in Baltimore, Maryland. My Certificate of Achievement is attached.

3. The class had 29 participants of which 14 were teenagers or the "Junior" class, the youngest being age eleven.

4. The clinic subject matter covered safety, firing range procedures, basic shooting positions, rifle marksmanship skills, competition shooting skills, and hours of firearms training with each person firing 80 or more rounds from the 200 yard range position at competition targets.

5. The AR-15 rifle was used exclusively in this clinic in preparation for CMP Sanctioned Shooting Matches in the AR-15 category.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 9, 2009

_____
DICK ANTHONY HELLER

# CERTIFICATE OF ACHIEVEMENT

*Civilian Marksmanship Program Sanctioned Match and Clinic Program*

This certifies that



**RICHARD HELLER**

participated in a CMP Sanctioned Match or Clinic

MARCH 28

on *APRIL 4, 2009* at BALTIMORE, MARYLAND

Participants in CMP Sanctioned Clinics are instructed in firearms safety, range procedures and rifle target marksmanship skills and complete a range firing activity. Participants in CMP Sanctioned Matches practice their knowledge of firearms safety, range procedures and rifle target marksmanship while completing a competition course of fire.

_Maryland State Rifle & Pistol Association_
Signature, Official of Sponsoring Organization

Gary Anderson, Director, CMP