# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| DICK ANTHONY HELLER *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 08-1289 (RMU) |
| | : | | |
| v. | : | Re Document Nos.: | 23, 25 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

# ORDER

### DENYING THE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT;
### GRANTING THE DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 26th day of March, 2010, it is hereby

**ORDERED** that the plaintiffs' motion for summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that the defendants' cross-motion for summary judgment is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA<br>
United States District Judge