UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DICK ANTHONY HELLER, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 08-01289 (RMU) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Minute Order of November 4, 2011, the parties hereby note the following:

The parties aver that no party is petitioning for rehearing or *certiorari*, hence jurisdiction will return to the Court once the mandate issues.

The parties respectfully suggest that they will consult and file a joint case management report, by December 9, 2011, which will include their proposal as to how the Court and parties should proceed in order to resolve the issues in this case. If the parties are unable to agree, each side will submit its own report.


DATE: November 9, 2011                                          Respectfully submitted,


/s/ Richard E. Gardiner                                         IRVIN B. NATHAN
Richard E. Gardiner, D.C. Bar No. 386915       Attorney General for the District of Columbia
Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030                                                   ELLEN A. EFROS
(703) 352-7276                                                        Deputy Attorney General
regardiner@cox.net                                                Public Interest Division

-2-

| | |
|---|---|
| /s/ Stephen P. Halbrook | /s/ Grace Graham |
| Stephen P. Halbrook, D.C. Bar No. 379799 | GRACE GRAHAM, D.C. Bar No. 472878 |
| Suite 403 | Chief, Equity Section |
| 3925 Chain Bridge Road | 441 Fourth Street, NW, 6th Floor South |
| Fairfax, VA 22030 | Washington, DC 20001 |
| (703) 352-7276 | Telephone: (202) 442-9784 |
| protell@aol.com | Facsimile: (202) 741-8892 |
| | Email: grace.graham@dc.gov |
| *Counsel for Plaintiffs* | |
| | /s/ Andrew J. Saindon |
| | ANDREW J. SAINDON, D.C. Bar No. 456987 |
| | Assistant Attorney General |
| | Equity I Section |
| | 441 Fourth Street, N.W., 6th Floor South |
| | Washington, D.C. 20001 |
| | Telephone: (202) 724-6643 |
| | Facsimile: (202) 730-1470 |
| | andy.saindon@dc.gov |
| | *Counsel for Defendants* |