_____
Councilmember Phil Mendelson

## A BILL

_____

### IN THE COUNCIL OF THE DISTRICT OF COLUMBIA

_____

Councilmember Phil Mendelson introduced the following bill, which was referred to the Committee on _____.

To amend the firearms laws of the District of Columbia to define "firearm instructor" and allow a person to temporarily possess a firearm while participating in a firearms training and safety course; to clarify that the requirement to demonstrate knowledge of the District's firearms laws is a one-time requirement per applicant; to repeal the requirement for a vision test; to repeal the requirement that each pistol be submitted for ballistic identification as part of the registration process; to harmonize various provisions in the laws pertaining to firearms; and to make other technical corrections and clarifications.

BE IT ENACTED BY THE COUNCIL OF THE DISTRICT OF COLUMBIA, That this act may be cited as the "Firearms Amendment Act of 2011".

Sec. 2.   The Firearms Control Regulations Act of 1975, effective September 24, 1976 (D.C. Law 1-85; D.C. Official Code § 7-2502.01 et seq.), is amended as follows:

(a)   Section 101 (D.C. Official Code § 7-2501.01) is amended as follows:

    (1)   Paragraph (9A) is redesignated as (9B) and is amended to read as follows:

    "(9B)   "Intrafamily offense" shall have the same meaning as provided in § 16-1001.".

1

1    (2) A new paragraph (9A) is added to read as follows:

2    "(9A) "Firearm instructor" means an individual who is certified by the Chief to be

3 qualified to teach firearms training and safety courses.".

4    (b) Section 201 (D.C. Official Code § 7-2502.01(b)) is amended as follows:

5       (1) Subsection (a) is amended as follows:

6          (A) Paragraph (2) is amended by striking the word "or" at the end.

7          (B) Paragraph (3) is amended by striking the period at the end and

8 inserting a semicolon and the word "or" in its place.

9          (C) A new paragraph (4) is added to read as follows:

10            "(4) To a person who complies with, and meets the requirements of, this

11 act.".

12      (2) Subsection (b) is amended as follows:

13         (A) Paragraph (3) is amended by striking the word "or" at the end.

14         (B) Paragraph (4) is amended by striking the period at the end and

15 inserting a semicolon and the word "or" in its place.

16         (C) A new paragraph (5) is added to read as follows:

17            "(5) Any person who temporarily possesses a firearm while participating

18 in a firearms training and safety course conducted by a firearm instructor.".

19      (3) A new subsection (c) is added to read as follows:

20         "(c) For purposes of paragraph (b)(3) of this section, the term "recreational

21 firearm-related activity" includes a firearms training and safety course.".

22   (c) Section 203 (D.C. Official Code § 7-2502.03) is amended as follows:

23      (1) Subsection (a) is amended as follows:

  (A) Paragraph (2) is amended to read as follows:

   "(2) Has not been convicted of a crime of violence, a weapons offense (but not a misdemeanor violation under Section 702 or 706), or a felony in this or any other jurisdiction (including a crime punishable by imprisonment for a term exceeding one year);".

  (B) Paragraph (3) is amended to read as follows:

   "(3) Is not under indictment for a crime of violence or any weapons offense.".

  (C) Paragraph (4) is amended as follows:

   (1) Subparagraph (B) is amended to read as follows:

    "(B) A violation of § 22-404 regarding assaults and threats, or § 22-407, regarding threats to do bodily harm, or a violation of any similar provision of the law of another jurisdiction;".

   (2) Subparagraph (C) is amended to read as follows:

    "(C) Two or more violations of § 50-22012.05(b) or, in this or any other jurisdiction, any law restricting driving under the influence of alcohol or drugs;".

   (3) Subparagraph (D) is amended to read as follows:

    "(D) Intrafamily offense punishable as a misdemeanor, including any similar provision in the law of another jurisdiction; or".

   (4) A new subparagraph (E) is added to read as follows:

    "(E) Misdemeanor violation pursuant to Section 702 or 706.".

  (D) Paragraph (10) is amended to read as follows:

   "(10) Has not failed to demonstrate satisfactorily a knowledge of the laws of the District of Columbia pertaining to firearms and, in particular, the safe and responsible

1   use, handling, and storage of the same in accordance with training, tests, and standards
2   prescribed by the Chief; provided, that once this determination is made with respect to a given
3   applicant for a particular firearm, it need not be made again for the same applicant with respect
4   to a subsequent application for a firearm or for the renewal of a registration certificate pursuant
5   to Section 207a.".
6               (E)   Paragraph (11) is amended to read as follows:
7                   "(11)   Is not blind, as defined in § 7-1009;".
8               (F)   Paragraph (13) is amended as follows:
9                   (1)   Subparagraph (A) is amended to read as follows:
10                      "(13)(A)   Has completed a firearms training and safety course
11   conducted by a certified firearm instructor, that provides, at a minimum, a total of at least one
12   hour of firing training at a firing range and a total of at least 4 hours of classroom instruction.".
13                  (2)   Subparagraph (B) is amended by striking the phrase "certified
14   successful completion" and inserting the phrase "successful completion" in its place.
15                  (3)   A new subparagraph (C) is added to read as follows:
16                      "(C)   Evidence provided by the applicant that he or she has received
17   military training, or has received a license from another state for which training is required,
18   where the training is at least that specified in subparagraph (A), shall be accepted in lieu of the
19   requirement of subparagraph (A)."
20          (2)   Subsection (d) is repealed.
21       (d)   Section 204(b) (D.C. Official Code § 7-2502.04(b)) is amended to read as follows:
22          "The Chief shall take a digitalized, full-face photograph of each applicant, other than an
23   organization, to be included as part of the applicant's firearms registration application.   Such

1   photo shall be taken simultaneous with the filing of the application.".

2       (e)   Section 206(b) (D.C. Official Code § 7-2502.06(b)) is repealed.

3       (f)   The lead-in sentence of section 208 (D.C. Official Code § 7-2502.08) is amended to

4   read as follows:

5       "§ 7-2502.08. Duties of registrants. Penalties.".

6       (g)   Section 503(c)(1) (D.C. Official Code § 7-2505.03(c)(1)) is amended by striking the

7   phrase "2013 that" and inserting the phrase "2013, that" in its place.

8       (h)   Section 702 (D.C. Official Code § 7-2507.02) is amended as follows:

9           (1)   The lead-in sentence of section 702 is amended to read as follows:

10           "§ 7-2507.02. Responsibilities regarding storage of firearms. Penalties.".

11           (2) A new subsection (e) is added to read as follows:

12           "(e)   The provisions of section 706 shall not apply to this section.".

13   Sec. 3.   An Act To control the possession, sale, transfer and use of pistols and other

14   dangerous weapons in the District of Columbia, to provide penalties, to prescribe rules of

15   evidence, and for other purposes, approved July 8, 1932 (47 Stat. 650; D.C. Official Code § 22-

16   4501.01 *et seq*.), is amended as follows:

17       (a)   Section 1(2A) (D.C. Official Code § 22-4501(2A)) is amended as follows:

18           (1)   Strike the paragraph designation "(1)" and insert the subparagraph

19   designation "(A)" in its place.

20           (2)   Strike the paragraph designation "(2)" and insert the subparagraph

21   designation"(B)" in its place.

22           (3)   Strike the paragraph designation "(3)" and insert the subparagraph

23   designation"(C)" in its place.

1       (b)   Section 3(a)(6) (D.C. Official Code § 22-4503(a)(6)) is amended to read as follows:

2       "(6)   Has been convicted within the past five years of an intra-family offense punishable

3 as a misdemeanor, or any similar provision in the law of another jurisdiction.".

4       (c)   Section 4(a) (D.C. Official Code § 22-4504(a)) is amended by striking the phrase

5 "without a license issued pursuant to District of Columbia law," wherever it appears.

6       (b)   Section 5(a) (D.C. Official Code § 22-4505(a)) is amended by striking the word

7 "including" and replacing it with the phrase "including special police officers and campus police

8 officers who carry a firearm in accordance with D.C. Official Code § 5-129.02 and rules

9 promulgated pursuant to that section,".

10       Sec. 4.   Fiscal impact statement.

11       The Council adopts the fiscal impact statement in the committee report as the fiscal impact

12 statement required by section 602(c)(3) of the District of Columbia Home Rule Act, approved

13 December 24, 1973 (87 Stat. 813; D.C. Official Code § 1-206.02(c)(3)).

14       Sec. 5.   Effective date.

15       This act shall take effect following approval by the Mayor (or in the event of veto by the

16 Mayor, action by the Council to override the veto), a 60-day period of Congressional review as

17 provided in section 602(c)(2) of the District of Columbia Home Rule Act, approved December

18 24, 1973 (87 Stat. 813; D.C. Official Code ' 1-206.02(c)(2)), and publication in the District of

19 Columbia Register.