UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DICK ANTHONY HELLER, *et al.*,

Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

Defendants.

Civil Action No.08-01289 (RMU)

NOTICE OF FILING

The defendants respectfully note that the Council of the District of Columbia, Committee on the Judiciary, has scheduled a public hearing for January 30, 2012, on the recently introduced Firearms Amendment Act of 2011 (Bill No. 19-614) (the "Act"). In connection with this hearing, the Committee has invited public testimony on the Act, "and also generally testimony regarding the gun control laws of the District."

It is anticipated that notice of this hearing will be published in tomorrow's edition of the D.C. Register, 58 D.C. Reg. ___ (December 16, 2011). A copy of the Notice of Public Hearing is attached hereto.

DATE: December 15, 2011

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

/s/ Grace Graham
GRACE GRAHAM, D.C. Bar No. 472878
Chief, Equity Section

441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
Telephone: (202) 442-9784
Facsimile: (202) 741-8892
Email: grace.graham@dc.gov

/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
andy.saindon@dc.gov

/s/ Chad A. Naso
Chad A. Naso [1001694]
Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-7854 (o)
(202) 741-8951 (f)
chad.naso@dc.gov

*Counsel for Defendants*