# COUNCIL OF THE DISTRICT OF COLUMBIA
# COMMITTEE ON THE JUDICIARY
# NOTICE OF PUBLIC HEARING

1350 Pennsylvania Avenue, NW, Washington, DC 20004

---

**COUNCILMEMBER PHIL MENDELSON, CHAIRPERSON**
**COMMITTEE ON THE JUDICIARY**
**ANNOUNCES A PUBLIC HEARING**

on

**Bill 19-485, Gun Offender Pretrial Detention and Supervision Act of 2011**

and

**Bill 19-614, Firearms Amendment Act of 2011**

on

**Monday, January 30, 2012**
**11:00 a.m., Council Chamber, John A. Wilson Building**
**1350 Pennsylvania Avenue, NW**
**Washington, DC 20004**

Councilmember Phil Mendelson, Chairperson of the Committee on the Judiciary, announces a public hearing on Bill 19-485, the Gun Offender Pretrial Detention and Supervision Act of 2011, and Bill 19-614, the Firearms Amendment Act of 2011.  The public hearing will be held at 11:00 a.m. on Monday, January 30, 2012 in the Council Chamber of the John A. Wilson Building.

The stated purpose of Bill 19-485 is to amend Chapter 13 of Title 23 of the District of Columbia Official Code to require that a person charged with any firearm related offense shall wear a detection device pending trial, and to require pretrial detention for any individual who commits a firearm related offense while on release pending trial, imposition or execution of a sentence or an appeal, or while on probation, parole, or supervised release.  The stated purpose of Bill 19-614 is to amend the firearms laws of the District of Columbia to define "firearm instructor;" to allow a person to temporarily possess a firearm while participating in a firearms training and safety course; to clarify that the requirement to demonstrate knowledge of the District's firearms laws is a one-time requirement per applicant; to repeal the requirement for a vision test; to repeal the requirement that each pistol be submitted for ballistic identification as part of the registration process; to harmonize various provisions in the laws pertaining to firearms; and to make other technical corrections and clarifications.  The Committee invites testimony regarding each of these bills, and also generally testimony regarding the gun control laws of the District.

Those who wish to testify should contact Ms. Jessica Jacobs, Legislative Counsel, at (202) 724-8038, by fax at (202) 724-6664, or via e-mail at jjacobs@dccouncil.us, and provide their name, address, telephone number, organizational affiliation and title (if any) by close of business Thursday, January 26, 2012.  Persons wishing to testify are encouraged, but not required, to submit 15 copies of written testimony.  If submitted by the close of business on Thursday, January 26, 2012 the testimony will be distributed to Councilmembers before the hearing.  Witnesses should limit their testimony to five minutes; less time will be allowed if there are a large number of witnesses.

If you are unable to testify at the hearing, written statements are encouraged and will be made a part of the official record.  Copies of written statements should be submitted either to Ms. Jacobs, or to Ms. Nyasha Smith, Secretary to the Council, Room 5 of the Wilson Building, 1350 Pennsylvania Avenue, N.W. Washington, D.C. 20004.  The record will close at 5:00 p.m. on Monday, February 13, 2012.