# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DICK ANTHONY HELLER

        Plaintiff        Civil No.     08-1289 (JEB)

vs.

DISTRICT OF COLUMBIA, et al.       Category    L

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jul 31, 2012 from Judge Ricardo M. Urbina to Judge James E. Boasberg by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Ricardo M. Urbina   & Courtroom Deputy
Judge James E. Boasberg   & Courtroom Deputy
Liaison, Calendar and Case Management Committee