UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 08-01289 (JEB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] SCHEDULING ORDER

| | |
|---|---|
| Factual discovery opens | September 24, 2012 |
| Deadline to exchange expert reports | January 25, 2013 |
| Rebuttal expert reports due | 30 days following disclosure of Fed. R. Civ. P. 26(a)(2) expert report |
| Period to depose expert witnesses opens | February 25, 2013 |
| All discovery closes | March 25, 2013 |
| Deadline to file Motion(s) for Summary Judgment | May 9, 2013 |
| Opposition(s) due | June 10, 2013 |
| Replies due | June 28, 2013 |

SO ORDERED, this _____ day of _____, 2012

_____
Judge James E. Boasberg