UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | Civil Action No. 08-1289 (JEB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held September 19, 2012, and the Joint Rule 16.3 Report previously submitted by the parties, the Court ORDERS that the following schedule shall govern further proceedings:

1. The parties' Rule 26(a)(1) initial disclosures shall be dispensed with by joint agreement of the parties;

2. Discovery shall commence on September 24, 2012;

3. The parties' Rule 26(a)(2) expert disclosures shall be exchanged no later than January 24, 2013. Rebuttal expert disclosures, if any, shall be exchanged within 30 days after the other party's disclosure. Depositions of expert witnesses shall commence no earlier than February 25, 2013;

4. All discovery, including expert discovery, shall be completed by March 25, 2013;

5. A status hearing is scheduled for April 2, 2013, at 9:30 a.m. in Courtroom 19;

6. No discovery motions may be filed without leave of court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall

      jointly call chambers at (202) 354-3300, at which time the Court will either rule on the issue or determine the manner in which it will be handled; and

7. Parties may not extend any deadline by stipulation; instead, parties must seek extensions by motion.  Consent motions are generally looked upon with favor by the Court.

**SO ORDERED**.

                                                /s/ *James E. Boasberg*
                                                JAMES E. BOASBERG
                                                United States District Judge

Date:  September 19, 2012