UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 08-01289 (JEB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Defendant the District of Columbia's Consent Motion for Extension of Time and to Modify the Scheduling Order, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** the parties' Rule 26(a)(2) expert disclosures shall be exchanged no later than **February 25, 2013.** Rebuttal expert disclosures, if any, shall be exchanged within 30 days after the other party's disclosure.

**ORDERED** that depositions of expert witnesses shall commence no earlier than **April 8, 2013**.

**ORDERED** that all discovery, including expert discovery, shall be completed by **May 10, 2013.**

_____
JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel for Parties via ECF