UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DICK ANTHONY HELLER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 08-01289 (JEB) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S
CONSENT MOTION FOR AN EXTENSION OF TIME
AND TO MODIFY THE SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Defendant the District of Columbia (the "District") hereby moves this Honorable Court to modify its Scheduling Order, dated September 19, 2012, by extending each of the remaining discovery deadlines by approximately 30 days, as follows:

1. The parties' Rule 26(a)(2) expert disclosures shall be exchanged no later than **March 25, 2013.** Rebuttal expert disclosures, if any, shall be exchanged within 30 days after the other party's disclosure;

2. Depositions of expert witnesses shall commence no earlier than **May 8, 2013**; and

3. All discovery, including expert discovery, shall be completed by **June 10, 2013.**

The District's Memorandum of Points and Authorities in support of this request is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7(m), the undersigned counsel discussed the instant motion by electronic mail and telephone on February 20, 2013, with opposing counsel, who consent to the relief requested herein.

1

WHEREFORE, the District respectfully requests that this Honorable Court:

A. Grant the District's Consent Motion for an Extension of Time and to Modify the Scheduling Order, and

B. Grant the District such other and further relief as the nature of its cause may require.

Dated: February 20, 2013

IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

/s/ Melissa Baker
MELISSA BAKER, D.C. Bar No. 499368
Acting Chief, Equity Section
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
Telephone: (202) 442-9887
Facsimile: (202) 730-1499
Email: melissa.baker@dc.gov

/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
andy.saindon@dc.gov

/s/ Chad A. Naso
CHAD A. NASO [1001694]
Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-7854 (o)
(202) 741-8951 (f)
chad.naso@dc.gov

*Counsel for Defendants*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 08-01289 (JEB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION
FOR AN EXTENSION OF TIME AND TO MODIFY THE SCHEDULING ORDER**

Defendant the District of Columbia (the "District"), by and through undersigned counsel, respectfully submits this Memorandum of Points and Authorities in Support of its Motion for an Extension of Time and to Modify the Scheduling Order, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). A proposed Order is attached hereto.

In support of the instant motion, and for its good cause shown, the District states as follows:

1. Pursuant to a Minute Order, dated January 17, 2013, the Court ordered, *inter alia*, that (i) the parties' Rule 26(a)(2) expert disclosures shall be exchanged no later than February 25, 2013; (ii) depositions of expert witnesses shall commence no earlier than April 8, 2013; and (iii) all discovery, including expert discovery, shall be completed by May 10, 2013. Minute Order (Jan. 17, 2013).

2. On February 12, 2013, Plaintiffs' counsel informed counsel for the District of Plaintiffs' intention to seek leave of Court to file a Fourth Amended Complaint. Plaintiffs'

3

proposed Fourth Amended Complaint adds two additional Plaintiffs – each of whom purportedly is "blind" within the meaning of the District's firearms registration laws – as well as a new claim under the Americans with Disabilities Act. The District has informed Plaintiffs' counsel that it will oppose Plaintiffs' request for leave to file a Fourth Amended Complaint.

    3. As the parties' Rule 26(a)(2) expert disclosures currently are due to be exchanged **next Monday, February 25th**, the District submits that an extension of the discovery schedule is needed to allow time for the parties to brief the issue of whether Plaintiffs should be granted leave to file their proposed Fourth Amended Complaint.

    4. Accordingly, the District requests that the current discovery schedule be extended by a period of approximately 30 days, as follows:

        a. The parties' Rule 26(a)(2) expert disclosures shall be exchanged no later than **March 25, 2013.** Rebuttal expert disclosures, if any, shall be exchanged within 30 days after the other party's disclosure;

        b. Depositions of expert witnesses shall commence no earlier than **May 8, 2013**; and

        c. All discovery, including expert discovery, shall be completed by **June 10, 2013.**

    5. If the Court grants Plaintiffs' leave to file a Fourth Amended Complaint, the District submits that it may need additional time, beyond the extension request above, to amend its expert disclosures to address the issues raised in the Plaintiffs' proposed amended pleading and to depose the newly identified plaintiffs.[1]

    6. The District also notes that, under the current schedule, the parties are ordered to appear for a status conference on May 14, 2013. Minute Order (Jan. 17, 2013). The District

---

[1] The District anticipates that, once Plaintiffs file their motion for leave, the parties will work together to agree on a joint schedule to brief that motion. At that time, the District may seek a stay of discovery pending a ruling on Plaintiffs' motion.

does not take a position, and will leave it to the Court's discretion, as to whether this status conference should be vacated if the instant motion is granted.

7. The extension of time requested in the District's motion is not sought for any improper purpose, but to insure that there is an efficient and workable schedule in place in order to develop the record with all material information regarding Plaintiffs' claims.

8. The District submits that the above represents good cause for the requested enlargement of time under Fed. R. Civ. P. 6(b)(1).

9. There is no prejudice to the Plaintiffs in this brief extension of the discovery schedule. Indeed, counsel for the Plaintiffs have consented to the relief sought herein.

10. Based on the above, the District respectfully requests that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to amend the schedule such that each of the discovery deadlines are extended by approximately 30 days, as detailed herein.

DATE: February 20, 2013

IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

    /s/ Melissa Baker
MELISSA BAKER, D.C. Bar No. 499368
Acting Chief, Equity Section
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
Telephone: (202) 442-9887
Facsimile: (202) 730-1499
Email: melissa.baker@dc.gov

    /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity Section

441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
andy.saindon@dc.gov

      /s/ Chad A. Naso
CHAD A. NASO [1001694]
Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-7854 (o)
(202) 741-8951 (f)
chad.naso@dc.gov

*Counsel for Defendants*