UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DICK ANTHONY HELLER, *et al.*,  )
        )
    Plaintiffs,  )
        )  Civil Action No. 08-01289 (JEB)
  v.  )
        )
DISTRICT OF COLUMBIA, *et al.*,  )
        )
    Defendants.  )

## **ORDER**

Upon consideration of the Defendant the District of Columbia's Consent Motion for Extension of Time and to Modify the Scheduling Order, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** the parties' Rule 26(a)(2) expert disclosures shall be exchanged no later than **March 25, 2013.** Rebuttal expert disclosures, if any, shall be exchanged within 30 days after the other party's disclosure.

**ORDERED** that depositions of expert witnesses shall commence no earlier than **May 8, 2013**.

**ORDERED** that all discovery, including expert discovery, shall be completed by **June 10, 2013.**

_____
JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel for Parties via ECF