UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DICK ANTHONY HELLER,** *et al.***,**

    **Plaintiffs,**

        v.

**DISTRICT OF COLUMBIA,** *et al.***,**

    **Defendants.**

Civil Action No. 08-1289 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for Leave to File Fourth Amended Complaint is GRANTED IN PART and DENIED IN PART;

2. Plaintiffs may file a Fourth Amended Complaint that makes the changes that Defendants consented to in their Opposition by April 1, 2013; and

3. Plaintiffs' request for other amendments is DENIED.

**SO ORDERED.**

                                        */s/ James E. Boasberg*
                                        JAMES E. BOASBERG
                                        United States District Judge

Date: March 20, 2013