IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* | ) |
| Plaintiffs | ) |
| v. | ) No. 1:08-cv-01289 |
| THE DISTRICT OF COLUMBIA, *et al.* | ) |
| Defendants | ) |

**MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL**

COMES NOW Richard E. Gardiner, counsel for Plaintiffs, and moves the court for leave to withdraw as counsel as he has been elected a judge of the Nineteenth Judicial District of Virginia and will be sworn in on June 28, 2013.

Respectfully submitted,

Richard E. Gardiner

/s/Richard E. Gardiner
Richard E. Gardiner
D.C. Bar No. 386915
Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)
regardiner@cox.net