UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.*,<br><br>Defendants. | Civil Action No.  08-1289 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Plaintiffs' Motions to Strike the Expert Testimony of Cathy L. Lanier, Mark D. Jones, and Joseph J. Vince, Jr. are DENIED.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  July 8, 2013