UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-01289 (JEB) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

**JOINT MOTION FOR AN ORDER
DIRECTING PAYMENT OF EXPERT FEES FOR GARY D. KLECK**

Pursuant to Fed. R. Civ. P. 7(b) and 26(b)(4)(E)(i), the Parties hereby move this Honorable Court for an order directing the payment of fees to plaintiffs' rebuttal expert, Gary D. Kleck.

The Parties' Memorandum of Points and Authorities in support of this request is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

DATE: July 17, 2013                                        Respectfully submitted,

/s/ Stephen P. Halbrook                         IRVIN B. NATHAN
Stephen P. Halbrook, D.C. Bar No. 379799         Attorney General for the District of Columbia
Suite 403
3925 Chain Bridge Road                           ELLEN A. EFROS
Fairfax, VA 22030                                Deputy Attorney General
(703) 352-7276                                   Public Interest Division
protell@aol.com
                                                      /s/ Grace Graham
*Counsel for Plaintiffs*                         GRACE GRAHAM, D.C. Bar No. 472878
                                                 Chief, Equity Section
                                                 441 Fourth Street, NW, 6th Floor South
                                                 Washington, DC 20001
                                                 Telephone: (202) 442-9784
                                                 Facsimile: (202) 741-8892
                                                 Email: grace.graham@dc.gov

1

        /s/ Chad A. Naso
Chad A. Naso [1001694]
Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-7854 (o)
(202) 741-8951 (f)
chad.naso@dc.gov

        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
andy.saindon@dc.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 08-01289 (JEB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE JOINT MOTION FOR AN ORDER
<u>DIRECTING PAYMENT OF EXPERT FEES FOR GARY D. KLECK</u>**

The Parties, by and through undersigned counsel, respectfully submit this Memorandum of Points and Authorities in Support of their Joint Motion for an Order Directing Payment of Expert Fees for Gary D. Kleck, pursuant to Fed. R. Civ. P. 7(b) and 26(b)(4)(E)(i). A proposed Order is attached hereto.

In support of the instant motion, and for their good cause shown, the Parties state as follows:

1. On May 20, 2013, pursuant to Rule 26(a)(2) and the Scheduling Order, the Plaintiffs provided rebuttal expert reports from Gary D. Kleck.

2. On July 2, 2013, the District deposed Dr. Kleck, who submitted his invoice the following day, reflecting charges of $3,325.00 for his preparation and deposition testimony, which the District agrees is reasonable.

3. Although the District prepared a purchase order in advance for Dr. Kleck's time, the purchase order was insufficient to cover the full amount. Consequently, pursuant to D.C. Official

Code § 2-359.01(b) (2011 Repl.), a court order is required to compensate Dr. Kleck for the full amount of his preparation and testimony time.

    4.  Based on the above, the Parties respectfully request that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 26(b)(4)(E)(i), to direct the District to pay Dr. Kleck's reasonable fees in the amount of $3,325.00 within 30 days of the issuance of the order.

DATE: July 17, 2013                                  Respectfully submitted,

/s/ Stephen P. Halbrook                              IRVIN B. NATHAN
Stephen P. Halbrook, D.C. Bar No. 379799             Attorney General for the District of Columbia
Suite 403
3925 Chain Bridge Road                               ELLEN A. EFROS
Fairfax, VA 22030                                    Deputy Attorney General
(703) 352-7276                                       Public Interest Division
protell@aol.com

                                                          /s/ Grace Graham

*Counsel for Plaintiffs*                             GRACE GRAHAM, D.C. Bar No. 472878
                                                     Chief, Equity Section
                                                     441 Fourth Street, NW, 6th Floor South
                                                     Washington, DC 20001
                                                     Telephone: (202) 442-9784
                                                     Facsimile: (202) 741-8892
                                                     Email: grace.graham@dc.gov

                                                          /s/ Chad A. Naso
                                                     Chad A. Naso [1001694]
                                                     Assistant Attorney General
                                                     Office of the Attorney General, DC
                                                     441 Fourth Street, NW
                                                     Sixth Floor South
                                                     Washington, DC 20001
                                                     (202) 724-7854 (o)
                                                     (202) 741-8951 (f)
                                                     chad.naso@dc.gov

                                                          /s/ Andrew J. Saindon
                                                     ANDREW J. SAINDON, D.C. Bar No. 456987
                                                     Assistant Attorney General
                                                     Equity I Section
                                                     441 Fourth Street, N.W., 6th Floor South

3

Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
andy.saindon@dc.gov

*Counsel for Defendants*

3