UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*,  )<br>                                                       )<br>                    Plaintiffs,        )<br>                                                       )<br>     v.                                               )<br>                                                       )<br>DISTRICT OF COLUMBIA, *et al.*,  )<br>                                                       )<br>                    Defendants.     )<br>                                                       ) | Civil Action No. 08-01289 (JEB) |

## ORDER

Upon consideration of the Parties' Joint Motion for an Order Directing Payment of Expert Fees for Gary D. Kleck, pursuant to 26(b)(4)(E)(i), and in consideration of the entire record herein, it is hereby ORDERED that the Joint Motion be GRANTED, and it is

FURTHER ORDERED, that the District shall pay $3,325.00 to Plaintiffs' expert, Gary D. Kleck for his preparation and deposition-testimony time, within 30 days of the date of this Order.

SO ORDERED.

DATE: _____          _____
                                                                    JAMES E. BOASBERG
                                                                    United States District Judge