UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 08-01289 (JEB) |

## JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE

Pursuant to the Court's Minute Order dated October 11, 2013, the parties, by and through undersigned counsel, respectfully move this Honorable Court to establish a new briefing schedule for dispositive briefing, and state as follows:

1. Pursuant to a Minute Order dated August 19, 2013, the Court established a schedule for dispositive briefing, including, *inter alia*, that the District's Motion for Summary Judgment be filed on or before October 16, 2013.

2. On October 11, 2013, the Court granted the District's unopposed motion to stay the briefing schedule in light of a lapse in federal appropriations to the District caused by the federal government shutdown. Specifically, the Court ordered that "(1) All filing deadlines in this case are STAYED for the duration of the present lapse in federal appropriations; and (2) When the federal government restores funding to the District, the parties shall agree on a proposed briefing schedule and present it to the Court for approval."  Minute Order (Oct. 11, 2013).

3. Federal appropriations were restored to the District on or about October 17, 2013, and the Court lifted its stay on October 18, 2013.

4. In accordance with the Court's October 11th Order, the parties have conferred concerning a schedule for dispositive briefing and jointly propose the following:

a) The District shall file its Motion for Summary Judgment no later than November 5, 2013;

b) Plaintiffs shall oppose the District's Motion and file their Cross-Motion for Summary Judgment no later than December 10, 2013;

c) The District shall reply to the Plaintiffs' opposition and oppose Plaintiffs' Cross-Motion no later than January 8, 2014;

d) Plaintiffs shall reply to the District's opposition no later than January 24, 2014.

A Memorandum of Points and Authorities in support of the above request is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

WHEREFORE, the parties respectfully requests that this Honorable Court:

A. Establish a briefing schedule in the form set forth above; and

B. Grant any such other and further relief as the nature of its cause may require.

Dated:  October 30, 2013

| | |
|---|---|
| /s/Stephen P. Halbrook<br>Stephen P. Halbrook<br>D.C. Bar No. 379799<br>protell@aol.com<br><br>/s/ Dan Peterson<br>Dan Peterson<br>D.C. Bar No. 418360<br>Dan M. Peterson PLLC<br>3925 Chain Bridge Road, Suite 403<br>Fairfax, VA 22030<br><br>*Counsel for Plaintiffs* | IRVIN B. NATHAN<br>Attorney General for the District of Columbia<br><br>ELLEN A. EFROS<br>Deputy Attorney General<br>Public Interest Division<br><br>/s/ Grace Graham<br>GRACE GRAHAM, D.C. Bar No. 472878<br>Chief, Equity Section<br>441 Fourth Street, NW<br>Sixth Floor South<br>Washington, DC 20001<br>Telephone: (202) 442-9784<br>Facsimile: (202) 741-8892<br>Email: grace.graham@dc.gov<br><br>/s/ Andrew J. Saindon<br>ANDREW J.SAINDON, D.C. Bar No. 456987 |

        Assistant Attorney General
        Equity Section
        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20001
        Telephone: (202) 724-6643
        Facsimile: (202) 730-1470
        andy.saindon@dc.gov

            /s/ Chad A. Naso
        CHAD A. NASO [1001694]
        Assistant Attorney General
        Office of the Attorney General, DC
        441 Fourth Street, NW
        Sixth Floor South
        Washington, DC 20001
        (202) 724-7854 (o)
        (202) 741-8951 (f)
        chad.naso@dc.gov

        *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DICK ANTHONY HELLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 08-01289 (JEB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE**

Plaintiffs and Defendants, by and through undersigned counsel, respectfully submit the following Points and Authorities in Support of their Joint Motion to Establish a Briefing Schedule. A proposed Order is attached hereto.

5. Fed. R. Civ. P. 7(b).

6. Local Civil Rule 7(m).

7. The inherent powers of the Court.

8. The reasons set forth in the motion.

9. The record herein.

Dated:   October 30, 2013

  /s/Stephen P. Halbrook                IRVIN B. NATHAN
Stephen P. Halbrook                     Attorney General for the District of Columbia
D.C. Bar No. 379799
protell@aol.com                         ELLEN A. EFROS
                                        Deputy Attorney General
  /s/ Dan Peterson                      Public Interest Division
Dan Peterson
D.C. Bar No. 418360                           /s/ Grace Graham
Dan M. Peterson PLLC                    GRACE GRAHAM, D.C. Bar No. 472878

1

3925 Chain Bridge Road, Suite 403  
Fairfax, VA 22030

*Counsel for Plaintiffs*

Chief, Equity Section  
441 Fourth Street, NW  
Sixth Floor South  
Washington, DC 20001  
Telephone: (202) 442-9784  
Facsimile: (202) 741-8892  
Email: grace.graham@dc.gov

     /s/ Andrew J. Saindon  
ANDREW J.SAINDON, D.C. Bar No. 456987  
Assistant Attorney General  
Equity Section  
441 Fourth Street, N.W., 6th Floor South  
Washington, D.C. 20001  
Telephone: (202) 724-6643  
Facsimile: (202) 730-1470  
andy.saindon@dc.gov

     /s/ Chad A. Naso  
CHAD A. NASO [1001694]  
Assistant Attorney General  
Office of the Attorney General, DC  
441 Fourth Street, NW  
Sixth Floor South  
Washington, DC 20001  
(202) 724-7854 (o)  
(202) 741-8951 (f)  
chad.naso@dc.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*, ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 08-01289 (JEB) |
| v. ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the parties' Joint Motion to Establish a Briefing Schedule, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that the District shall file its Motion for Summary Judgment no later than November 5, 2013;

**ORDERED** that Plaintiffs shall oppose the District's Motion and file their Cross-Motion for Summary Judgment no later than December 10, 2013;

**ORDERED** that the District shall reply to the Plaintiffs' opposition and oppose Plaintiffs' Cross-Motion no later than January 8, 2014; and

**ORDERED** that Plaintiffs shall reply to the District's opposition no later than January 24, 2014.

_____
JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel for Parties via ECF