# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
DICK ANTHONY HELLER, et al.,  )
                              )
         Plaintiffs,          )
                              )   Civil Action No. 08-01289 (JEB)
     v.                       )
                              )
DISTRICT OF COLUMBIA, et al., )
                              )
         Defendants.          )
```

**PLAINTIFFS' RESPONSES TO DEFENDANTS'
FIRST REQUESTS FOR ADMISSIONS**

1. No Plaintiff has taken more than 20 hours to register a firearm in the District.

Deny.  As to all Plaintiffs, D.C. Code § 22-4508 states in pertinent part: "No seller shall within the District of Columbia deliver a firearm to the purchaser thereof until 10 days shall have elapsed from the time of the application for the purchase thereof . . . ."  As to Plaintiff Jordan, his S&W Model 59 may have taken over 20 hours to register given the fact that registration was initially denied, which necessitated communicating with the Office of the Chief of Police, and he had to submit another application and go through the process a second time.  As to Plaintiff Mustafa, it took more than 20 hours because he was initially denied registration and had to go through the appeal process and then re-initiate the registration process.

2. No Plaintiff has been subjected to "burglary, identity theft,

-1-

and armed intrusion" as a result of registering a firearm.

    Admit.

    3. No Plaintiff is "blind," as the term is defined in paragraph 28 of the Third Amended Complaint.

    Admit.

    4. The protection of police officers and the prevention of crime are each important and legitimate governmental interests.

    Admit.

    5. After remand here, the District amended its firearms law to, *inter alia*:

    a. Clarify that the requirement to demonstrate knowledge of the District's firearms laws is a one-time requirement, per applicant (amending D.C. Code § 7-2502.03(a)(10));

    Deny that requirement was "clarif[ied]," but admit that D.C. Code § 7-2502.03(a)(10) was so amended.

    b. Repeal the requirement for a vision test (*id.*, § 7-2502.03(a)(11));

    Deny, because the vision requirement was changed to a different standard.

c. Enlarge the list of methods by which applicants may demonstrate sufficient firearms training, including "a firearms training and safety class provided free of charge by the Chief [of the Metropolitan Police Department ("MPD")]" firearms training received in the U.S. military; or a license from another state for which at-least-equal firearms training is required (*id.*, §7-2502.03(a)(13));

Admit.

d. Repeal the requirement that each pistol be submitted for ballistic identification as part of the registration process (*id.*, § 7-2502.03(d));

Admit.

e. Eliminate the requirement that registrants produce photographs and instead requires the MPD to take a digitalized photograph and fingerprints at the time of registration (*id.*, § 7-2502.04(a) & (b));

Admit.

f. Clarify that renewal of registration may be completed online, by mail, or in-person (*id.*, § 7-2502.07a(c));

Deny that renewal of registration provision was "clarif[ied]," but admit that D.C. Code § 7-2502.07a(c) was so amended.

g. Eliminate the requirement that registrants undergo a criminal

background check every 6 years (*id.*, § 7-2502.07a(d)).

    Admit.

                                      Respectfully submitted,

                                      Dick Anthony Heller
                                      Absalom F. Jordan, Jr.
                                      William Carter
                                      Mark Snyder
                                      William Scott
                                      Asar Mustafa

                                      By counsel


                                      <u>/S/ Richard E. Gardiner</u>
                                      Richard E. Gardiner
                                      D.C. Bar No. 386915


                                      <u>/S/Stephen P. Halbrook</u>
                                      Stephen P. Halbrook
                                      D.C. Bar No. 379799

                                      Suite 403
                                      3925 Chain Bridge Road
                                      Fairfax, VA 22030
                                      (703) 352-7276
                                      (703) 359-0938 (fax)

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of the foregoing PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST REQUESTS FOR ADMISSIONS were sent, via email, to Andrew J. Saindon and Chad A. Naso, Assistants Attorney General, this 24th day of October, 2012.

                                      <u>/s/Richard E. Gardiner</u>
                                      Richard E. Gardiner