# EXHIBIT I

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**DICK ANTHONY HELLER**, *et al.*,            )
                                             )
                **Plaintiffs,**              )        **Civil Action No. 08-01289 (JEB)**
                                             )
**v.**                                       )
                                             )
**DISTRICT OF COLUMBIA**, *et al.*,          )
                                             )
                **Defendants.**              )
_____             )

## DECLARATION OF DANIEL W. WEBSTER

Pursuant to 28 U.S.C. § 1746, I, Daniel W. Webster, ScD, MPH, hereby declare under penalty of perjury that the following is true and correct:

1.      I am over the age of eighteen (18) years, competent to testify to the matters contained herein, and testify based on my personal knowledge and information.

2.      I have been retained by the District of Columbia to render expert opinions in this case.  I submitted an expert report on March 26, 2013, and was deposed by plaintiffs' counsel on July 31, 2013. I make this declaration on the basis of my training and professional expertise, my report in this matter, and my deposition testimony.  For my work in this case, I am being compensated at a rate of $250 per hour.

3.      I also provided a written statement and oral testimony concerning D.C. Bill 19-614 (the "Firearms Amendment Act of 2011"), to the Committee on the Judiciary of the Council of the District of Columbia on January 30, 2012, and my opinions in this case elaborated and expanded on those in that statement and testimony.

4.      I would testify as stated herein if called upon to do so.

## BACKGROUND & QUALIFICATIONS

5.      For the past ten years, I have served as Co-Director of the Johns Hopkins Center for Gun Policy and for the past year I have served as Director of this center. I have also been Deputy Director for Research for the Johns Hopkins Center for the Prevention of Youth Violence since 2005.

6.      I began my career in public safety research in 1985 as a Research Associate at the University of Michigan and have focused most of my research on gun-related injuries and violence during the past 23 years. I have a Masters of Public Health degree from the University of Michigan and a doctorate in Health Policy and Management from the Johns Hopkins School

of Public Health. This graduate training included many advanced courses in epidemiology, research methods, and statistical analysis.

7.      Immediately prior to joining the faculty at Johns Hopkins, I directed a program on violence research at the Washington (D.C.) Hospital Center.  I joined the faculty of the Johns Hopkins School of Public Health in 1992, and I am a tenured Professor of Health Policy and Management with a joint appointment in the School of Education's Division of Public Safety Leadership.  I teach graduate courses on violence prevention and research and evaluation methods at Johns Hopkins, direct a PhD program in Health and Public Policy, and serve on the steering committee of a pre- and post-doctoral training program in violence prevention research funded by the National Institutes of Health.

8.      I have directed numerous studies related to gun violence and its prevention. Since 1992, I have published 68 articles in scientific, peer-reviewed journals, the vast majority of these addressed some aspect of violence and/or firearm injuries and their prevention. I am the lead editor of a recent book entitled *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis* by Johns Hopkins University Press, and am the lead author for two chapters and co-author on three other chapters in this book.  My CV, detailing these publications, is attached as Exhibit 1 to this report.

**THE NEED FOR FIREARM PURCHASER LICENSING AND FIREARM REGISTRATION REQUIRING APPLICANTS TO APPEAR BEFORE LAW ENFORCEMENT AND BE FINGERPRINTED**

9.      The District of Columbia requires firearm owners to appear in person at the Metropolitan Police Department to register their firearms (D.C. Code Sec. 7-2502.04(c)) and be photographed and fingerprinted (D.C. Code Sec. 7-2502.04(a)-(b)). The primary purpose of such a system is to ensure that individuals who may intend to use firearms in crime or to transfer firearms to prohibited persons do not use forged identification documents to acquire firearms.

10.      In most states, there are few barriers to engaging in illegal straw purchases. A study conducted by the United States Government Accounting Office ("GAO") conducted tests on a random sample of gun stores and pawn shops listed in the yellow pages of local telephone directors in five states – Virginia, West Virginia, Montana, New Mexico, and Arizona – to determine the ease of using bogus identification cards (e.g., driver's licenses) to purchase firearms from licensed firearm dealers.[1] All five states conform to minimum requirements of the Brady Handgun Violence Prevention Act, relying on instant background checks, but do not require fingerprinting or waiting periods for firearms purchases.  In none of the attempts to purchase firearms with a fake ID card did a gun dealer or employee of the gun shop question the validity of the ID card or fail to make the transaction. Based on their investigation, the GAO concluded that in the five states, "the instant background check does not positively identify purchasers of firearms," and that it "cannot ensure that the prospective purchaser is not a felon."

---

[1] U.S. GEN. ACCOUNTING OFFICE, "Firearms Purchased from Federal Firearms Licensees Using Bogus Identification," GAO-01-427 (Mar. 2011), *available at* http://www.cbsnews.com/htdocs/pdf/ gao_firearms.pdf (last visited Sept. 19, 2013) (herein after "GAO 2011").

GAO 2011 at 2.

11.     Although the GAO study did not investigate this, the casual scrutiny given to firearm sales applications suggest that the system could also be vulnerable to other deceptive practices of criminals and straw purchasers. For example, prospective purchasers could more easily put inaccurate information on their application forms such as using a slightly different spelling of a name or misrepresentation of a date of birth in order to avoid a denial of the application. Systems requiring that firearm purchase applications be submitted by the applicant in person to law enforcement agencies should result in fewer false applications and, as a result, fewer guns in the hands of prohibited persons.

12.     Thus, in addition to serving as a deterrent for illegal straw purchases, permit-to-purchase ("PTP") licensing and registration firearms laws – such as those in place in the District – could mitigate the potential negative consequences of negligent sales practices by gun dealers with more careful practices in screening firearms purchasers.

13.     A relatively small portion of gun dealers sell the majority of guns recovered by police from criminals and crime scenes.[2]  The wide disparity between licensed dealers and the number of guns that they sell that are later linked to crime is not fully explained by differences in sales volume, customer demographics, or even local crime rates.[3] Undercover stings of licensed gun dealers conducted or instigated by the cities of Chicago, Detroit, and New York indicated that many were susceptible to facilitating illegal straw sales.[4] Federal investigations of gun trafficking indicate that straw purchasers and corrupt licensed dealers represent the most prominent channels for guns into the illegal market.[5] Federal firearms sales laws have several

---

[2] DEP'T OF TREASURY, BUREAU OF ALCOHOL, TOBACCO & FIREARMS ("ATF"), "Commerce in Firearms in the United States," at 2 (Feb. 2000), *available at*, http://www.mayorsagainstillegalguns.org/downloads /pdf/Commerce_in_Firearms_2000.pdf (last visited Sept. 19, 2013).

[3]G.J. WINTEMUTE, P.J. COOK, M.A. WRIGHT, "Risk factors among handgun retailers for frequent and disproportionate sales of guns used in violent and firearm related crimes," 11 INJURY PREVENTION 357-363 (2005), *available at* http://www.ncbi.nlm.nih.gov/pmc/articles/PMC1730299/pdf/v011p00357.pdf (last visited Sept. 19, 2013).

[4] WEBSTER DW, ZEOLI AM, BULZACCHELLI MT, VERNICK JS, "Effects of police stings of gun dealers on the supply of new guns to criminals," 12 INJURY PREVENTION 225-230 (2006); D.W. WEBSTER & J.S. VERNICK, "Spurring Responsible Firearms Sales Practices through Litigation: The Impact of New York City's Lawsuits Against Gun Dealers on Interstate Gun Trafficking," *in* REDUCING GUN VIOLENCE IN AMERICA: INFORMATION POLICY WITH EVIDENCE AND ANALYSIS (2013), *available at* http://jhupress.files.wordpress.com/2013/01/1421411113_updf.pdf (lasted visited Sept. 19, 2013).

[5] DEP'T OF TREASURY, ATF, *Following the Gun* (2000), *available at* http://www.mayorsagainstillegalguns.org/downloads/pdf/Following_the_Gun%202000.pdf (lasted visited Sept. 19, 2013).

weaknesses which make it difficult to curtail illegal straw purchases.[6] For example, there is no specific Federal statute making straw purchases illegal. When such cases are prosecuted, prosecutors usually must prove that the purchaser knowingly lied on the firearm sales application when certifying that the gun was not being purchased for someone else. Proving such intent at the point of retail sale can be very difficult.

**EVIDENCE THAT FIREARM PURCHASER LICENSING AND FIREARM REGISTRATION REQUIRING APPLICANTS TO APPEAR BEFORE LAW ENFORCEMENT AND BE FINGERPRINTED REDUCES THE DIVERSION OF GUNS TO CRIMINALS**

14.     Five states (Connecticut, Iowa, Massachusetts, New Jersey, and New York) and the District of Columbia require persons wishing to purchase handguns apply in person at a law enforcement agency and be photographed and fingerprinted. Missouri had such a system in place; however, the law was repealed on August 28, 2007. In a study which I led to assess the effects of the repeal of Missouri's PTP licensing law, we used annual state-level data on crime guns recovered by police in Missouri and traced by the ATF during the period 2002 – 2011 to examine changes in the number and proportion of guns with short sale-to-crime intervals – a commonly-used indicator of illegal gun diversion[7] – before and after the state repealed the law.

15.     Immediately following the repeal of Missouri's PTP licensing law, the share of guns recovered by Missouri police agencies that had an unusually short time interval from retail sale to crime, which is indicative of possible trafficking, more than doubled. Importantly, the sharp increase in short time-to-crime guns coincided with the length of time between the repeal of the law and a crime gun's recovery by police as depicted in Table 1 below.

| **Table 1.**  Percentage of Missouri crime guns with short time intervals between retail sale and recovery by police for years 2002 – 2011. | | | |
|---|---|---|---|
| Year | up to 3 months | 3-12 months | 1-2 years | First sold in Missouri |
| 2002 | 2.9% | 5.2% | 5.2% | 54.9% |
| 2003 | 3.2% | 5.3% | 6.1% | 55.9% |
| 2004 | 2.1% | 5.6% | 5.7% | 55.6% |
| 2005 | 3.3% | 5.1% | 6.6% | 55.0% |
| 2006 | 3.2% | 7.5% | 7.2% | 56.4% |
| 2007[*] | 4.5% | 7.9% | 7.1% | 57.5% |
| 2008 | 9.4% | 12.6% | 6.7% | 62.5% |
| 2009 | 8.1% | 15.0% | 12.7% | 65.9% |
| 2010 | 7.6% | 13.7% | 13.0% | 67.8% |

---

[6] A.A. BRAGA & P.L. GAGLIARDI, *Enforcing Federal Laws Against Firearms Traffickers*, *in* REDUCING GUN VIOLENCE IN AMERICA: INFORMATION POLICY WITH EVIDENCE AND ANALYSIS (2013), *available at* http://jhupress.files.wordpress.com/2013/01/1421411113_updf.pdf (lasted visited Sept. 19, 2013).

[7] ANTHONY A. BRAGA, *ET AL*., "Interpreting the Empirical Evidence on Illegal Gun Market Dynamics," 89 J. OF URBAN HEALTH 779-793 (2012)

| 2011 | 8.5% | 14.3% | 12.7% | 70.8% |

\* On August 28, 2007, Missouri repealed its PTP handgun licensing law requiring in-person applications to local law enforcement.

16.     Crime guns with a sale-to-crime interval of less than three months increased from a pre-repeal stable mean of 2.9 percent to 4.5 percent in 2007, when the repeal was in effect for only four months, and then increased further to a mean of 8.4 percent for 2008 through 2011. Crime guns with sale-to-crime intervals of 3-12 months increased sharply beginning in 2008 from a pre-repeal mean of 5.9 percent, to 13.9 percent for 2008–2011 when all such guns were purchased after the law's repeal. Following this same pattern of increases in the proportion of crime guns sold following the repeal of Missouri's PTP law, the percentage of crime guns recovered one to two years after retail sale increases beginning in 2009 from a mean of 6.4 percent to 12.8 percent during 2009-2011.

17.     The sharp increase in very short sale-to-crime intervals for guns in Missouri cannot be explained away as being part of a national trend toward shorter time-to-crime guns. In fact, it is in direct conflict with national trends; the average sale-to-crime interval for the U.S. increased from 10.2 years in 2006 to 11.2 years in 2011. Therefore, this empirical evidence suggests that in-person registration for firearm purchasers reduces the diversion of guns to criminals.

18.     States with stricter gun sales laws tend to attract guns originating in states with weaker gun laws, resulting in proportionately fewer crime guns being sold by in-state gun dealers in these stricter states.[8] This is likely due to a relative scarcity of guns to criminals in states with more comprehensive gun sales regulations, which drives up the price and attracts suppliers from states with weaker gun laws. As can be seen in the last column in Table 1, following the repeal of Missouri's PTP law (requiring handgun purchasers to obtain licenses from local sheriffs), the percentage of crime guns that had been sold by in-state gun dealers increases from 55.6 percent when the law was in place to 70.8 percent by 2011. This is a significant change for an indicator that tends to change very little over time in most states.

19.     I have recently completed a study of the effects of Missouri's repeal of its permit-to-purchase licensing system on homicide rates. The evidence from this study supports the hypothesis that the repeal of Missouri's PTP law not only led to an increase in the diversion of guns to criminals, but to consequently increased homicides committed with firearms. From 1999 through 2007, Missouri's age-adjusted homicide rate was relatively stable, fluctuating around a mean of 4.66 per 100,000 population per year. In 2008, the first full year after the permit-to-purchase licensing law was repealed, the age-adjusted firearm homicide rate in Missouri increased sharply to 6.23 per 100,000 population, a 34 percent increase. For the post-repeal

---

[8] PHILIP COOK & ANTHONY BRAGA, "Comprehensive Firearms Tracing: Strategic and Investigative Uses of New Data on Firearms Markets," 43 ARIZONA L. REV. 277-309 (2001); D.W. WEBSTER, J.S. VERNICK & L.M. HEPBURN, "Relationship between licensing, registration, and other gun sales laws and the source state of crime guns," 7 INJURY PREVENTION 184-189 (2001), *available at* http://www.ncbi.nlm.nih.gov/pmc/articles/PMC1730734/pdf/v007p00184.pdf (last visited Sept. 19, 2013) (herein after ("Webster, *et al.*, 2001").

period of 2008-2010, the mean annual age-adjusted firearm homicide rate was 5.82, 25 percent above the pre-repeal mean. This increase was out of synch with changes during that period in age-adjusted homicide rates nationally and in other states in the Midwest. Annual age-adjusted firearm homicide rates in the U.S. averaged 4.03 during 1999-2007 and 3.81 for 2008-2010, a 5% decrease. Firearm homicide rates in states in the Midwest other than Missouri averaged 3.52 during 1999-2007 and 3.33 for 2008-2010, also a 5% decrease.

20.     I assembled an annual, state-level dataset for the 43 states that had enough homicides so that the Centers for Disease Control and Prevention did not suppress annual data in its Web-based Injury Statistics Query and Reporting System, pursuant to its policies to protect the anonymity of the data. I then performed regression analyses which statistically controlled for baseline differences in age-adjusted firearm homicide rates across states and for yearly fluctuation in those rates nationally (state and year fixed effects) as well as for changes in unemployment rates, law enforcement officers per capita, incarceration rates, and burglary rates (as a general control for crime that should not be significantly impacted by PTP handgun licensing laws or regulation over private handgun sales). Standard errors for regression estimates were adjusted to account for the grouping of the data by state. With these statistical controls, the law's repeal was associated with an *increase* in annual age-adjusted firearm homicide rates of 1.32 per 100,000, a 29.4% increase over the pre-repeal period. This effect of the repeal was statistically significant, with less than a 1 in 1000 likelihood that the effect was due to chance fluctuation. Because the law's repeal was coincident with the passage of Missouri's "Stand Your Ground" law, I then controlled for the effects of these laws along with the other covariates mentioned above. This reduced the estimated increase in annual firearm homicide rates from 1.32 to 1.20 per 100,000 population, a 26.0% increase above what the model predicted the rate would have been had there been no PTP law repeal.

21.     I also examined whether the state's overall firearm homicide rate could have been skewed by a sharp increase in a single large jurisdiction and therefore could have been more likely attributable to local conditions unrelated to the PTP law. However, gun homicide rates increased sharply between the pre-repeal period 1999-2007 and the post-repeal period 2008-2010 in each of the three major metropolitan counties/jurisdictions – by 30% in Jackson County (11.2 to 14.7), by 47% in St. Louis County (5.0 to 7.4), and by 27% in St. Louis city (21.7 to 27.5) – and by 34% in all large metropolitan fringe counties (3.1 to 4.2). See Table 2 below for data.

| Table 2. Age-adjusted homicide rates by year for three major metropolitan jurisdictions in Missouri, 1999-2010. | | | | |
|---|---|---|---|---|
| Year | Jackson County | St. Louis County | St. Louis city | All large fringe metro counties |
| 1999 | 12.0 | 3.1 | 20.9 | 2.1 |
| 2000 | 12.1 | 5.1 | 21.0 | 3.5 |
| 2001 | 10.9 | 3.7 | 27.1 | 2.9 |
| 2002 | 8.9 | 5.1 | 21.2 | 3.3 |
| 2003 | 11.1 | 4.4 | 13.7 | 2.6 |
| 2004 | 8.8 | 5.3 | 20.4 | 3.2 |
| 2005 | 14.4 | 6.5 | 19.1 | 3.9 |
| 2006 | 14.4 | 6.0 | 25.0 | 3.3 |

| 2007 | 8.6 | 6.1 | 26.5 | 3.5 |
| 2008 | 16.3 | 7.1 | 29.6 | 4.2 |
| 2009 | 13.0 | 7.5 | 27.3 | 4.1 |
| 2010 | 14.7 | 7.6 | 25.7 | 4.3 |

22.     States that currently have permit-to-purchase licensing requiring prospective purchasers to apply directly with a law enforcement agency have some of the lowest age-adjusted firearm mortality rates per 100,000 population in the nation for the period 2006–2010 – Connecticut 5.1 (46th out of 50), Iowa 6.3 (44th), Massachusetts 3.5 (49th), New Jersey 5.2 (45th), and New York 5.0 (47th) – compared with the overall rate for the nation of 9.5 (Centers for Disease Control and Prevention, 2013).[9]

23.     In a prior study that I led which used crime gun trace data for 25 U.S. cities and compared the percentage of crime guns that were originally sold by a licensed retail gun seller inside the state versus outside the state, the percentage of crime guns was significantly lower in the cities located in states with PTP licensing and handgun registration (33.7%), the same firearm sales regulations used by the District of Columbia, than in states that had neither of those laws (84.2%). One of the cities with PTP licensing and handgun registration (Detroit, MI), had a higher percentage of its crime guns originating from within state (47.5%) than the average in the other cities (22.8%), keeping in mind that Michigan did *not* require purchase applicants to be fingerprinted and photographed by law enforcement agencies. Little of this gross discrepancy between cities in states with purchase licensing and registration made directly at law enforcement agencies could be explained by potential confounders (like out-of-state population living within close proximity, out-of-state population living in close proximity with weak gun laws, migration from other states, and percentage of guns recovered in drug crimes). Controlling for the prevalence of gun ownership in the state *did* reduce the effect of having PTP and registration, but the effect remained very strong and highly significant. Further, the proportion of crime guns coming from within the state was correlated with another indicator of criminal gun availability – the percentage of homicides committed with firearms (Webster, *et al.*, 2001).

24.     A subsequent study that I led, which used crime gun trace data from 53 U.S. cities for the years 2000-2002, examined the association between state gun sales regulations and the diversion of guns to criminals.[10] Discretionary PTP licensing was independently associated with lower levels of diversion of guns sold by in-state dealers.

25.     More recently, I led a study which examined cross-sectional associations between a number of state gun sales laws and the per capita rate at which states export guns to criminals across state lines across the 48 contiguous U.S. states. Three variations of PTP licensing laws

---

[9] NAT. CTR. FOR INJURY PREVENTION & CONTROL, FATAL INJURY REPORT & NONFATAL INJURY REPORTS, CENTERS FOR DISEASE CONTROL & PREVENTION, *Web-based Injury Statistics Query & Reporting System (WISQARS)* (accessed Feb. 1, 2013) (herein after "Nat Ctr. for Injury Prevention & Control, 2013").

[10] D.W. WEBSTER, J.S. VERNICK & M.T. BULZACCHELLI, *"*Effects of State-Level Firearm Seller Accountability Policies on Firearm Trafficking," 86 J. OF URBAN HEALTH 525-537 (2009).

were examined:  1) discretionary PTP laws which give law enforcement the discretion to refuse to issue permits as well as fingerprinting of applicants by law enforcement agencies; 2) PTP with fingerprinting which require applicants to appear at the law enforcement agency issuing the permits to be photographed and fingerprinted; and 3) non-discretionary PTP laws which require a permit to purchase a firearm but do not require applicants to go to agencies to be fingerprinted. Our analyses controlled for key confounders including the prevalence of gun ownership, out-of-state population migration, the number of people living near the border of states with strong gun laws, and whether a state bordered Mexico or Canada. Data on crime gun exports were obtained from the 2009 state-level crime gun trace data posted on the ATF's website. The three states that exported the fewest crime guns per capita were New York (2.7 per 100,000 population), New Jersey (2.8), and Massachusetts (3.7), which had handgun registries and permit-to-purchase licensing. Data from the regression analysis found statistically significant lower per capita export of crime guns across state borders for discretionary PTP laws (lowered rate of exporting crime guns by 76% compared with states that did not have these laws) and non-discretionary PTP laws requiring fingerprinting at a law enforcement agency (lowered crime gun export rates 45%). Handgun registry laws were too highly correlated with permit-to-purchase licensing to include in the statistical model. Several other gun sales laws and regulations were associated with reduced cross-state diversion of guns to criminals including regulation of private sales of handguns, junk gun bans, and laws requiring gun owners to report lost or stolen firearms.[11]

26.     Thus, the evidence was consistent with the hypothesis that cross-state diversion of guns to criminals would be *reduced* by PTP licensing systems, especially those requiring in-person applications to local law enforcement.

## RATIONALE AND EVIDENCE SUPPORTING LAWS TO REQUIRE FIREARM OWNERS TO PROMPTLY REPORT THEFT, LOSS, OR TRANSFER OF REGISTERED FIREARMS

27.     D.C. Code. Sec. 7-2502.08(a) requires registered firearm owners to notify the Chief of Police of the theft, loss, destruction, sale, transfer or other disposition of a firearm, once registered.  The most effective firearms regulations are designed to hold firearm sellers and owners accountable for their firearms, to prevent the diversion of those firearms to criminals or other prohibited users. Although federal firearms laws are relatively lax, federally licensed firearms dealers are required to keep records on all firearms that they receive and sell or transfer, and to report to the ATF any firearms that are lost or stolen. This is important because when a firearm is recovered from a criminal and/or crime scene, the ATF needs to be able to determine how that firearm got there. Having multiple firearms used in crimes where the licensed firearm dealer does not have records to document either sales, loss, or theft is a signal that the dealer may be involved in illegal gun trafficking. This same logic of accountability applies to private owners of guns. Law enforcement officers use crime gun trace data to identify the retail purchaser of a

---

[11] D.W. WEBSTER, *ET AL.*, "Preventing the Diversion of Guns to Criminals through Effective Firearm Sales Laws," *in* REDUCING GUN VIOLENCE IN AMERICA: INFORMATION POLICY WITH EVIDENCE AND ANALYSIS (2013), *available at* http://jhupress.files.wordpress.com/2013/01/1421411113_updf.pdf (lasted visited Sept. 19, 2013) (herein after "Webster, *et al.*, 2013").

gun used in crime and those purchasers often report that their firearm had been stolen, yet there is no police report of the firearm having been stolen.

28.     Data on guns recovered by police and traced by the U.S. Bureau of Alcohol, Tobacco and Firearms have indicated that about 85% of criminal possessors were not the retail purchaser of the firearm.[12]  Further, nearly 80 percent of the handguns used to commit crime by individuals incarcerated in state prisons in the U.S. were obtained from private sellers.[13] Criminals are likely to find private sellers preferable to licensed dealers because, in most states, there are no requirements for background checks or record keeping for transfers of firearms by private, non-licensed gun sellers. When private sellers face similar accountability requirements as licensed gun dealers, including requirements to report transfers, thefts, or loss of firearms, as in the District, criminals will face further barriers to acquiring guns.

29.     In a study that I led examining the association between various state firearms sales laws and the diversion of guns to criminals across state borders, after controlling for the effects of other gun sales laws (e.g., permit-to-purchase licensing, regulation of private sales of handguns, gun ownership, cross-state residential migration, and proximity to population in other states), having a law requiring private gun owners to promptly report theft or loss of firearms was associated with a 30 percent lower rate of exporting guns to criminals across state borders. Statistical tests indicate that there is a 2 in 100 chance that this negative association between having mandatory reporting of theft or loss of a firearm and lower rates of exporting guns to criminals in other states was due to chance (Webster et al., 2013). Thus the data from the study support the hypothesis that laws such as the District of Columbia's requiring private gun owners to promptly report to law enforcement when their firearms are lost or stolen help curtail the diversion of guns to criminals.

**IMPORTANCE OF RENEWING FIREARMS REGISTRATION EVERY THREE YEARS**

30.     D.C. Code Sec. 7-2502.07a(a)-(c) requires firearm owners to renew their firearms registration every three years.  This is another measure designed to increase accountability and prevent the illegal transfer of firearms to prohibited persons. Even where there are other policies designed to prevent the diversion of guns to criminals or other prohibited persons, such as permit-to-purchase licensing, regulation of private sales, and mandatory theft or loss reporting, individuals who transfer firearms to prohibited persons are only vulnerable to prosecution if the firearm is recovered. But firearms are not typically recovered from shooting scenes or from suspects in shootings. Requirements to re-register one's gun would serve as an additional deterrent to illegal transfers or negligent storage practices that might result in the theft of firearms. Re-registration also provides a time when police can reassess whether someone with a registered firearm has subsequently been convicted of an offense that would prohibit them from

---

[12] DEP'T OF TREASURY, ATF, *Crime Gun Trace Reports (2000): The Youth Crime Gun Interdiction Initiative*, "General Findings," at 29 (2002), *available at* http://www.atf.gov/files/publications/download/ ycgii/2000/ycgii-report-2000-general-findings.pdf (last visited Sept. 19, 2013).

[13] U.S. DEP'T OF JUSTICE, BUREAU OF JUSTICE STATISTICS, *Survey of Inmates in State Correctional Facilities (SISCF)* (2004).

possessing firearms so that the firearms can be recovered.  Such a system is analogous to the widely-accepted Federal requirement that licensed gun dealers be audited periodically to make sure that they can account for their firearms.

**THE PRUDENCE OF REQUIRING FIREARM OWNERS TO HAVE COMPLETED A FIREARMS SAFETY TRAINING COURSE AND BE KNOWLEDGABLE ABOUT THE DISTRICT'S FIREARMS LAWS, ESPECIALLY THOSE RELATED TO SAFE AND RESPONSIBLE USE, HANDLING, AND STORAGE OF FIREARMS**

31.     In 2010 in the United States, there were 606 deaths and an estimated 14,161 nonfatal incidents of unintentional or accidental shootings requiring treatment at hospital emergency departments for gunshot wounds (Nat. Ctr. for Injury Prevention & Control, 2013). Given the potential lethality of a firearm if it is mishandled or in the hands of someone with violent, impulsive, or self-destructive tendencies, it is widely accepted that firearm owners should be properly trained and understand firearms laws designed to reduce the likelihood of unsafe use of firearms. Safe storage of firearms is likely to be particularly important for protecting teens from killing themselves or others. Groups as diverse as the National Rifle Association[14] (2013) and the American Academy of Pediatrics[15] (2013) recommend that gun owners store their guns so that they are inaccessible to unauthorized persons, including children and teens.

32.     Grossman and colleagues (2005) found that safe storage of firearms was associated with lower risks for self-inflicted and unintentional shootings involving adolescents.[16] They used a case-control design in their study in which they collected data for cases from households where a youth less than 18 years of age was killed as a result of a suicide or unintentional shooting, and examined these deaths in 37 counties in the states of Washington, Oregon, and Missouri, in addition to nonfatal self-inflicted or unintentional shooting victims treated at trauma centers in Seattle, Spokane, and Tacoma, Washington and Kansas City, Missouri. Cases included 82 self-inflicted shootings (95% of which were fatal) and 24 unintentional shootings (50% of which were fatal). Controls were identified through random surveys of the counties where the cases were drawn, and consisted of households where at least one firearm was kept in or near the home, such as in a garage. Data from this study indicate that the risk of self-inflicted and unintentional firearm injuries was about 70 percent lower in gun-owning homes where firearms were stored locked up and unloaded, compared with homes where

---

[14] National Rifle Association. NRA Gun Safety Rules. http://training.nra.org/nra-gun-safety-rules.aspx. Accessed February 8, 2013.

[15] American Academy of Pediatrics.  Safety and Prevention: Gun Safety: Keeping Children Safe. http://www.healthychildren.org/English/safety-prevention/all-around/Pages/Gun-Safety-Keeping-Children-Safe.aspx. Accessed February 8, 2013.

[16] DAVID C. GROSSMAN, ET AL., "Gun storage practices and risk of youth suicide and unintentional firearm injuries," 293 J. OF THE AM. MED. ASS'N 707-714 (2005), *available at* http://depts.washington.edu/hiprc/pdf/LockboxJAMA.pdf (last visited Sept. 19, 2013).

guns were <u>not</u> stored locked up and unloaded. The relationship between gun storage practices and firearm deaths to adolescents was similar for suicide and unintentional shootings.

33.     Using data from statewide surveys of health and safety practices conducted by the Centers for Disease Control and Prevention, which included questions about firearm ownership and storage practices, Miller and colleagues (2005) conducted a state-level study to assess the relationship between firearm storage and rates of death from unintentional shootings.[17] Controlling for the prevalence of guns in the home as well as urbanization and poverty levels, states in which it was less common to store firearms unlocked and unloaded had significantly *lower* rates of unintentional firearm deaths. The researchers contrasted data between the six states with the highest percentage of individuals living in households with loaded firearms with the ten states where this practice was most common. Although the six states with the highest prevalence of exposure to loaded firearms within the home had less than half as many people and fewer people exposed to firearms than was the case with the 10 states with the lowest percentage in homes with a loaded firearm, there were more than *twice* as many unintentional shooting deaths to youth under age 18 years than in the ten states where living in a home with a loaded firearm was least common.

34.     Data from Kellermann et al.'s (1992) study of risk factors for suicide within the home suggest that safe gun storage practices reduce the risk of suicide within the home beyond the risks to adolescents.[18] The adjusted odds ratios contrasting risks compared with similar households with no firearms clearly show a progression of increasing risk with increasing ease of access – all guns locked up (aOR = 2.4), all guns stored unloaded (aOR = 3.3), any gun left unlocked (aOR = 5.6), and any gun kept loaded (aOR = 9.2) the condition under which guns would be most readily available for misuse. Thus the data from this study show that keeping firearms in the home locked up reduces the risk of suicide within the home.

## SUMMARY

35.     I have examined the District's firearms laws and regulations and find them to be reasonable and sensible.  The research and data discussed herein provides compelling evidence that PTP firearms licensing laws, like those in place in the District, are effective at preventing the diversion of firearms to criminals and other prohibited persons, as well as the trafficking of guns across state lines.  Similarly, laws requiring private gun owners to promptly report theft or loss of firearms to police and to re-register their firearms in regular intervals create accountability on the part of a gun owner and provide law enforcement with tools to combat illegal straw purchases. Finally, requiring gun owners to complete a firearms safety training course and demonstrate knowledge of firearms laws is a prudent and reasonable requirement in light of the data concerning the risk of suicide and accidental shootings from firearms that are mishandled and/or improperly stored.  Accordingly, it is my opinion that the District's firearms registration laws and regulations are reasonable and enhance public safety.

---

[17] M. MILLER, *ET AL.*, "Firearm storage practices and rates of unintentional firearms deaths in the United States," 37 ACCIDENT ANALYSIS & PREVENTION 661-667 (2005).

[18] A.L. KELLERMANN, ET AL., "Suicide in the home in relation to gun ownership," 327 NEW ENGLAND J. OF MED. 467-472 (1992).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


_____                    10-29-2013_____
Daniel W. Webster                                   DATE

# EXHIBIT 1

# CURRICULUM VITAE

## Daniel William Webster

## PERSONAL DATA

5413 Harwood Road
Bethesda, MD 20814
(301) 652-1042

Department. of Health Policy & Management
Johns Hopkins Bloomberg School of Public Health
624 N. Broadway, Room 593
Baltimore, MD 21205
(410) 955-0440 (office)
(301) 646-1739 (mobile)
fax (410) 614-9055
e-mail: dwebster@jhsph.edu

## EDUCATION AND TRAINING

Doctor of Science, 1991, The Johns Hopkins University, School of Hygiene and Public Health, Department of Health Policy and Management.

Masters of Public Health, 1985, The University of Michigan, School of Public Health, Department of Health Planning and Administration.

Bachelors of Arts, 1982, The University of Northern Colorado, Psychology.

## PROFESSIONAL EXPERIENCE

**Professor, 2010 – present; Associate Professor, 2001-2010; Assistant Professor 1995-2001; Instructor, 1992-1995.** Department of Health Policy and Management, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD.

> Selected Duties/Responsibilities:
> Teach courses on violence prevention and health policy evaluation methods; direct PhD program in Health and Public Policy; advise students; conduct research on violence and its prevention.

**Professor, 2010 – present,** Division of Public Safety Leadership, School of Education, Johns Hopkins University, Baltimore, MD.

**Deputy Director for Research, 2005 – present, Core Faculty, 2000 - present.** Center for the Prevention of Youth Violence. Johns Hopkins Bloomberg School of Public Health, Baltimore, MD.

> Selected Duties/Responsibilities:
> PI on studies including an evaluation of firearm and alcohol restrictions for youth, an evaluation of state firearm sales regulations and an evaluation of a community gun violence prevention program.

Daniel W. Webster, Sc.D., M.P.H.                                                                                    page 2

**Center Co-Director, 2001 – present.**  Johns Hopkins Center for Gun Policy and Research. Johns Hopkins Bloomberg School of Public Health, Baltimore, MD.

> Selected Duties/Responsibilities:
> Secure funding to advance the Center's mission; develop and direct the Center's research activities; and serve as principal investigator of evaluations of gun policies.

**Core Faculty, 1992 - present.**  Center for Injury Research and Policy, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD.

> Selected Duties/Responsibilities:
> Serve as co-investigator of study to determine risk factors for homicide and near homicide of women in abusive relationships with intimate partners; study the predictive validity of several risk assessment tools for intimate partner violence.

**Director of Violence Research, 1990-1992.**  Washington Hospital Center, Trauma, Surgical Critical Care, and Emergency Medicine Department, Washington, DC.

> Selected Duties/Responsibilities:
> Initiated the development of a violence research program; served as technical advisor and evaluator of a youth violence prevention program; directed epidemiologic studies of injuries resulting from interpersonal violence; studied correlates of youth weapon carrying.

**Graduate Research/Teaching Assistant, 1987-1990.**  The Johns Hopkins University, Injury Prevention Center and Department of Pediatrics, Baltimore, MD.

**Guest Researcher, 1988.**  National Institute on Aging; Epidemiology, Demography, and Biometry Program, Bethesda, MD.

**Injury Control Analyst, 1986 - 1987.**  Research, Development and Marketing Department, American National Red Cross, Washington, DC.

**Research Associate II, 1985 - 1986.**  Program for Urban Health Research, Department of Epidemiology, School of Public Health, The University of Michigan, Ann Arbor.

**Research Associate I, 1984-1985.**  Systems Analysis Division, The University of Michigan Transportation Research Institute, Ann Arbor.

**Research Assistant I, 1983-1984.**  Department of Health Behavior and Health Education, School of Public Health, The University of Michigan, Ann Arbor.

**Social Worker, 1983.**  Department for Social Services, Cabinet for Human Resources, Commonwealth of Kentucky, Warsaw, Kentucky.

Daniel W. Webster, Sc.D. M.P.H.                                                                page 3

## PROFESSIONAL ACTIVITIES

*Society Membership and Leadership*
American Public Health Association, Injury Control and Emergency Health Services Section, Policy Committee, Faculty for training seminar on Design & Evaluation of Violence Prevention Programs.

American Society of Criminology, Firearms Program Chair 2009.

*Participation on Advisory Panels and Task Forces*
Advisory Committee on Violent Media and Gun Violence to the Directorate of the Social, Behavioral and Economic Sciences Division of the National Science Foundation.

Institute of Medicine, Planning Committee for Workshop on Evidentiary Base for Violence Prevention across the Lifespan and Around the World, 2012-2013.

Invited participant to the Baltimore City GunStat project to provide technical assistance to law enforcement officials on gun law enforcement strategies, 2007 to present.

Expert reviewer, Child Death Review Capacity Building Project, Harborview (University of Washington) Injury Prevention and Research Center, 2006.

Advisory Council to the California Department of Justice for planning gun violence prevention campaign, 2005 - 2009.

Lethality Assessment Committee, advisory group for the Maryland Network Against Domestic Violence to develop a model lethality assessment protocol for police and providers of services to victims of intimate partner violence, 2003 to present.

Johns Hopkins Univ. President's Council on Urban Health, Violence Working Group, 1998-2000.

Baltimore City Task Force on Gunshot Wound Lethality, 1996-1997.

Family Violence Task Force, Medical and Chirurgical Faculty of Maryland, 1993-1994.

Committee on School Safety, Committee on School Environment, Baltimore City Pub. Schools 1989.

*Grant Review*
National Center for Injury Control and Prevention, Centers for Disease Control and Prevention, Youth Violence Prevention Through Community-Level Change, April 2004.

National Center for Injury Control and Prevention, Centers for Disease Control and Prevention, May 2001.  (Also selected for NCIPC-CDC review panel, June 1998)

National Institutes of Health, Clinical Sciences Special Emphasis Panel, Small Business Innovation Research Program, March 1999.

Daniel W. Webster, Sc.D., M.P.H.                                                    page 4

National Institute for Mental Health, Behavioral Science Track Award for Rapid Transition
B/START) Program, April 1998.

*Consultations*
Police Executive Research Forum, 2012 - .  Advise PERF and law enforcement officials in four cities
on strategies to combat gun violence as part of a USDOJ Bureau of Justice Assistance project.

Mayors Against Illegal Guns, 2006 to present.

California Dept. of Justice, Firearms Division, 2005-2006.  Provide advice about how the state should
use funds from its litigation against Wal-Mart to advance gun violence prevention.

The Robert Wood Johnson Foundation, 2005-2006.  Prepare advice and white papers on the
prevention of youth violence and the prevention of intimate partner violence.

National Association for the Advancement of Colored People, 1999-2000.  Assistance with gun
violence victimization survey of NAACP members for use in lawsuit against the gun industry.

Duke University and Georgetown University, 1998-1999.  Consultation on project to estimate the
economic costs associated with firearm injuries.

Consortium of Virginia Urban Municipalities on strategies to reduce violence, 1992.

Center to Prevent Handgun Violence, Washington, DC, 1991-1993.  Conducted survey of
pediatricians on materials being developed for education families about firearm injury prevention.

*Testimony*
Congressional Briefing on Gun Violence: Lessons from Research and Practice. United States House
of Representatives, February 22, 2012.

Maryland Senate.  SB 512, Regulated Firearms – Database – Applications for Dealer's License –
Record 2 Keeping and Reporting Requirements. February 23, 2012.

District of Columbia Council, Hearing on gun laws, January 30, 2012.

Maryland Senate and House of Delegates, SB 162 / HB 330, Bill to reduce maximum capacity of
detachable ammunition magazines, Feb. – March, 2011.

Maryland Senate and House of Delegates, SB 161 / HB 1043, Bill to provide state police with greater
authority to regulate licensed handgun dealers, Feb. – March, 2011.

Maryland Senate and House of Delegates, SB 239 / HB 241, Bill to create a minimum sentence of 18
months for all defendants convicted of illegal possession of a loaded firearm, Feb. – March, 2011.

Maryland Senate and House of Delegates, SB 240 / HB 252, Bill to allow longer sentences for felons
illegally possessing firearms and extend prohibitions to include long guns, Feb. – March, 2011.

Daniel W. Webster, Sc.D. M.P.H.                                                                                    page 5

*Testimony (cont.)*
U.S. House of Representatives, Forum on the Gun Show Loophole Act of 2009.  July 14, 2010.

Chicago City Council, Committee on Police and Fire Departments, Hearing on a new legislation to replace the city's handgun ban with comprehensive gun regulations.  June 29, 2010.

Maryland Senate and House, SB 645 and HB 820, Firearms Safety Act of 2010, March 2010.

District of Columbia Council, Committee on Public Safety and the Judiciary, Hearing on a bill to rewrite many provisions of its firearms laws.  October 1, 2008.

District of Columbia Council, Committee on Public Safety and the Judiciary, Hearing on the revision of the District's gun laws in response to the Supreme Court's ruling that the law was unconstitutional. July 2, 2008.

Maryland Senate, SB 642 Restrictions on pretrial release for offenses involving firearms. Mar. 2008.

Maryland Senate, SB586 Restrictions on Possession of Firearms - Conviction of Disqualifying Crime and Protective Order Respondent, March 2008.

Maryland Senate, SB585 Reporting Lost or Stolen Firearms, March 2008.

Baltimore City Council, Law to Establish a Registry for Gun Offenders, August 2007.

United States Congress, House Committee on Government Oversight and Reform, May 10, 2007.

Connecticut Senate, RB 5600, Act to Require Reporting of Theft or Loss of a Firearm. March 2004.

Maryland Senate, SB 83, Law Enforcement – Forfeited Property and Agency-Owned Handguns – Disposition; SB 528, Firearm Loss and Theft Reporting; SB 494 Assault Weapons Ban; Feb. 2003.

Maryland Senate, SB 224 Gun Accountability Act of 2002; SB 225 Gun Safety Act of 2002; SB 969 Minors Access to Firearms, March 12, 2002.

Maryland Senate, SB 448, Bodywire Evidence and Illegal Gun Sales, February 22, 2002.

Maryland Senate, SB 384, Minors' Access to Firearms - Felony.  March 13, 2001.

Maryland House of Delegates, HB 1131, Mandatory Licensing of Handgun Purchasers, March 2000.

California State Assembly, Committee on Public Safety, hearing on a right-to-carry handgun law, November 18, 1997.  (Written)

Baltimore City Grand Jury Commission on the Prevention of Gun Violence, March 25, 1993.

Daniel W. Webster, Sc.D. M.P.H.                                                                page 6

Maryland Senate, SB 326, Assault Pistols Act of 1993, March 17, 1993.

Maryland House of Delegates, HB 400, Responsible Alcohol Server Training Bill, Jan. 1989.

## EDITORIAL ACTIVITIES

*Scientific Journal Peer Review*
American Journal of Epidemiology
American Journal of Preventive Medicine
American Journal of Public Health
Annals of Emergency Medicine
Archives of Pediatric and Adolescent Medicine
Canadian Medical Association Journal
Guide to Clinical and Preventive Services
Health Education and Behavior (Special Issue Editorial Board Member)
Health Education Research
Injury Prevention (Editorial Board, 2005-2010)
JAMA (Journal of the American Medical Association)
Journal of Crime and Delinquency
Journal of Criminal Justice
Journal of General and Internal Medicine
Journal of Health Politics, Policy, and Law
Journal of Interpersonal Violence
Journal of Policy Analysis & Management
Journal of Quantitative Criminology
Journal of Trauma
Journal of Urban Health
Journal of Women's Health
New England Journal of Medicine
Pediatrics
Politics and Policy
Social Science & Medicine
Western Criminology Review

## HONORS AND AWARDS

Selected for Institute of Medicine Planning Committee for the  Evidentiary Base for Violence Prevention Across the Lifespan and Around the World Workshop.

Delta Omega Honorary Society in Public Health – Alpha Chapter, Johns Hopkins Bloomberg School of Public Health, Faculty induction, 2005.

Education Award from the Maryland Network Against Domestic Violence, 2004.

Delta Omega Honorary Society - Alpha Chapter Certificate of Merit, 1989.

Daniel Webster, Sc.D., M.P.H.                                                                      page 7

William Haddon Memorial Fellowship, The Johns Hopkins School of Public Health, 1988-1989.

Public Health Traineeship, The Johns Hopkins School of Public Health, 1987-1989.

## PUBLICATIONS

*Peer Reviewed Journal Articles*
McGinty EE, **Webster DW**, Barry CL. Dangerous People or Dangerous Guns? Effects of news media messages about mass shootings on attitudes toward persons with serious mental illness and public support for gun control policies. *American Journal of Psychiatry*, in press.

Whitehill JM, **Webster DW**, Frattaroli S, Parker EM.  Interrupting violence: How the CeaseFire program prevents imminent gun violence through conflict mediation. *Journal of Urban Health*, in press.

Frattaroli S, Wintemute GJ, **Webster DW.** Implementing A Public Health Approach to Gun Violence Prevention: The Importance of Physician Engagement.  *Annals of Internal Medicine*, in press.

Barry CL, McGinty EE, Vernick JS, **Webster DW**.  After Newtown – public opinion on gun policy and mental illness.  *New England Journal of Medicine* Jan. 28, 2013; DOI: 10.1056/NEJMp1300512.

Vittes KA, Vernick JS, **Webster DW**.  Common sense gun policy reforms for the United States. *BMJ 2012;345:e8672.*

Alexander GC, **Webster DW**, Kruszewski SP.  Rethinking opioid prescribing to protect patient safety and public health.  *JAMA* 2012;308:1865-6.

Whitehill JM, **Webster DW**, Vernick JS. Street conflict mediation to prevent youth violence: conflict characteristics and outcomes.  *Injury Prevention*, 2012 Sept 21. [Epub ahead of print]

Vittes KA, Vernick JS, **Webster DW**. Legal status and source of offenders' firearms in states with the least stringent criteria for gun ownership.  *Injury Prevention* 2012 June 23. [Epub ahead of print]

**Webster DW**, Whitehill JM, Vernick JS, Curriero FC. Effects of Baltimore's *Safe Streets* Program on gun violence: a replication of Chicago's *CeaseFire* program.  *Journal of Urban Health* 2012 June 14. [Epub ahead of print]

Vittes KA, **Webster DW**, Frattaroli S, Claire BE, Wintemute GJ. Removing guns from batterers: Findings from a survey of domestic violence restraining order recipients in California. *Violence Against Women*, in press.

**Webster DW**, Vernick JS, Bulzacchelli MT, Vittes KA.  Recent federal gun laws, gun dealer accountability and the diversion of guns to criminals in Milwaukee.  *J Urban Health* 2012;89:87-97.

Yang C, German D, **Webster DW**, Latkin C. Experiencing violence as a predictor of drug use relapse among former drug users in Baltimore, Maryland. *Journal of Urban Health* 2011;88:1044-51.

*Peer Reviewed Journal Articles* (cont.)

Vernick JS, Rutkow L, **Webster DW**, Teret SP. Changing the constitutional landscape for firearms: the Supreme Court's recent second amendment decisions.  *Amer. Journal of Public Health* 2011;101;2021-6.

Franklin FA II, Pan WK, **Webster DW**, LaVeist TA.  Alcohol outlets and violent crime in the nation's capital.  *Western Journal of Emergency Medicine* 2010;11:283-290.

Wintemute GJ, Hemenway D, **Webster DW**, Pierce G, Braga AA.  Gun shows and gun violence: fatally flawed study yields misleading results. *American Journal of Public Health* 2010;100:1856-60.

Wright MA, Wintemute GJ, **Webster DW**.  Factors affecting a recently-purchased handgun's risk for use in crime under circumstances that suggest gun trafficking.  *J Urban Health* 2010; 87:352-364.

Zeoli AM, **Webster DW**.  Effects of domestic violence policies, alcohol taxes and police staffing levels on intimate partner homicide in large U.S. cities.  *Injury Prevention* 2010;16:90-95.

**Webster DW**, Frattaroli S, Vernick JS, O'Sullivan C, Roehl J, Campbell JC. Women with protective orders report failure to remove firearms from their abusive partners: Results from an exploratory study.  *Journal of Women's Health* 2010;19:93-98.

**Webster DW**, Vernick JS.  Keeping Firearms from Drug and Alcohol Abusers.  *Injury Prevention* 2009;15:425-427.

**Webster DW**, Vernick JS, Bulzacchelli MT.  Effects of state-level firearm seller accountability policies on firearms trafficking.  *Journal of Urban Health* 2009;86:525-537.

Snider C, **Webster D**, O'Sullivan CS, Campbell JC.  Intimate partner violence: Development of a Brief Risk Assessment for the Emergency Department.  *Academic Emergency Medicine* 2009;16:1-8.

Rutkow L, Vernick JS, **Webster DW**, Lennig DJ.  Violence against women and the Supreme Court: recent challenges and opportunities for advocates and practitioners. *Violence Against Women* 2009;15:1248-1258.

Campbell JC, **Webster DW**, Glass N.  The Danger Assessment:  Validation of a Lethality Risk Assessment Instrument for Intimate Partner Femicide.  *J Interpersonal Violence* 2009;24:653-674.

Hu G, **Webster DW**, Baker SP.  Hidden homicide trends in the U.S., 1999-2004.  *J Urban Health* 2008;85:597-606.

Bulzacchelli MT, Vernick JS, Sorock GS, **Webster DW**, Lees PS. Circumstances of Fatal Lockout/Tagout- Related Injuries in Manufacturing. *Amer J Industrial Medicine* 2008;51:728-734.

Outwater A, Campbell JC, **Webster DW**, Mgaya E. Homicide death in Sub-Saharan Africa: A review 1970-2004.  *African Safety Promotion* 2008;5:31-44.

Daniel Webster, Sc.D., M.P.H.                                                                          page 9

<u>Peer Reviewed Journal Articles</u> (cont.)
Vernick JS, Hodge J , **Webster DW**.  The ethics of restrictive licensing for handguns:
Comparing the United States and Canadian approaches to handgun regulation.  *Journal of Law,
Medicine, and Ethics* 2007;35:668-678.

Bulzacchelli MT, Vernick JS, **Webster DW**, Lees PS. Effects of OSHA's Control of Hazardous
Energy (Lockout/Tagout) Standard on Rates of Machinery- Related Fatal Occupational Injury. *Injury
Prevention* 2007;13:334-338.

Vernick JS, **Webster DW.**  Policies to prevent firearms trafficking. *Injury Prevention* 2007;13:78-79.

Weiner J, Wiebe DJ, Richmond TS, Beam K, Berman AL, Branas CC, Cheney RA, Coyne-Beasley
T, Firman J, Fishbein M, Hargarten S, Hemenway D, Jeffcoat R, Kennedy D, Koper CS, Lemaire J,
Miller M, Roth JA, Schwab W, Spitzer R, Teret SP, Vernick JS, **Webster D**.  Reducing firearm
violence: a research agenda.  *Injury Prevention* 2007;13:80-84.

Vernick JS, **Webster DW**, Bulzacchelli MT.  Regulating firearms dealers in the United States: an
analysis of state law and opportunities for improvement.  *J Law Med and Ethics* 2006;34:765-775.

Vernick JS, Teret SP, Smith GA, **Webster DW**.  Counseling About Firearms: Proposed Legislation
is a Threat to Physicians and Their Patients.  *Pediatrics* 2006; 118:2168-72.

Manganello J, **Webster DW**, Campbell JC.  Intimate partner violence and health provider training
and screening in the news.  *Journal of Women's Health* 2006; 43:21-40.

**Webster DW,** Zeoli AM, Bulzacchelli MT, Vernick JS.  Effects of police stings of gun dealers on the
supply of new guns to criminals.  *Injury Prevention* 2006;12:225-230.

**Webster DW**, Vernick JS, Bulzacchelli MT.  Effects of a gun dealer's change in sales practices on
the supply of guns to criminals.  *Journal of Urban Health* 2006; 83:778-787.

Koziol-McLain J, **Webster DW**, MacFarlane J, Block CR, Glass N, Campbell JC. Risk factors for
femicide-suicide in abusive relationships: results from a multi-site case control study. *Violence &
Victims* 2006;21:3-21.

Vernick JS, Johnson SB, **Webster DW**.  Firearm suicide in Maryland: characteristics of older versus
younger suicide victims.  *Maryland Medicine*, 2005; 6(3):24-27.

Lewin NL, Vernick JS, Beilenson PL, Mair JS, Lindamood LM, Teret SP, **Webster DW**.  Using
local public health powers as a tool for gun violence prevention: the Baltimore youth ammunition
initiative. *American Journal of Public Health* 2005; 95:762-765.

**Webster DW**, Vernick JS, Zeoli AM, Manganello JA.  Effects of youth-focused firearm laws on
youth suicides. *JAMA* 2004; 292:594-601.

Daniel Webster, Sc.D., M.P.H.                                                                    page 10

Vernick JS, O'Brien M, Hepburn LM, Johnson SB, **Webster DW**, Hargarten SW.  Unintentional and undetermined firearm deaths: A preventable death analysis of three safety devices.  *Injury Prevention* 2003; 9:307-311.

Vernick JS, Pierce MW, **Webster DW**, Johnson SB, Frattaroli S.  Technologies to detect concealed weapons: Fourth Amendment limits on a new public health and law enforcement tool.  *Journal of Law, Medicine, and Ethics* 2003; 31:567-579.

Campbell JC, **Webster DW**, Koziol-McLain J, et al.  Risk factors for femicide within physically abusive intimate relationships: Results from a multi-site case control study.  *American Journal of Public Health* 2003; 93:1089-1097.

Campbell JC, **Webster DW**, Koziol-McLain J, et al.  Assessing risk factors for intimate partner homicide.  *NIJ Journal* 2003;250:14-19.

Roche KM, **Webster DW**, Alexander CS, Ensminger ME.  Neighborhood variations in the salience of parental support to boys' fighting.  *Adolescent and Family Health* 2003;3:55-63.

Solomon BS, Duggan AK, **Webster DW**, Serwint JR.  Pediatric resident firearm safety counseling during adolescent health maintenance visits. *Archives of Pediatric and Adolescent Medicine* 2002;156:769-775.

**Webster DW**, Vernick JS, Hepburn LM.  Effects of Maryland's law banning Saturday night special handguns on homicides.  *American Journal of Epidemiology* 2002;155:406-412.

**Webster DW**, Freed LH, Frattaroli S, Wilson MH.  How delinquent youth acquire guns: Initial versus most recent gun acquisitions. *Journal of Urban Health* 2002;79:60-69.

Frattaroli S, **Webster DW**, Teret SP.  Unintentional gun injuries, firearm design, and prevention: A perspective on urban health.  *Journal of Urban Health* 2002;79:49-59.

Sachs CJ, Kosiol-McLain J, Glass N, **Webster DW**, Campbell JC.  A population-based survey assessing support for mandatory domestic violence reporting by healthcare personnel.  *Women and Health* 2002;35:121-133.

**Webster DW**, Vernick JS, Hepburn LM.  The relationship between licensing, registration and other state gun sales laws and the source state of crime guns.  *Injury Prevention* 2001;7:184-189.

Sharps PW, Campbell JC, Campbell D, Gary F, **Webster DW.**  The role of alcohol use in intimate partner femicide.  *American Journal on Addictions*, 2001;10:122-135.

Freed LH, **Webster DW**, Longwell JJ, Carrese J, Wilson MH.  Deterrents to gun acquisition and carrying among incarcerated adolescent males.  *Arch Pediatric and Adoles Med* 2001;155:335-341.

**Webster DW**, Starnes M.  Reexamining the association between child access prevention gun laws and unintentional firearm deaths among children, *Pediatrics*, 2000;106:1466-1469.

Daniel Webster, Sc.D, M.P.H.                                                    page 11

*Peer Reviewed Journal Articles* (cont.)
Vernick JS, **Webster DW**, Hepburn LM.  Maryland's law banning Saturday night special handguns: Effects on crime guns.  *Injury Prevention* 1999; 5:259-263.

Howard KA, **Webster DW**, Vernick JS.  Beliefs about the risks of firearms in the home: Analysis of a national survey (U.S.A.).  *Injury Prevention* 1999;5:284-289.

Teret SP, **Webster DW**.  Reducing gun deaths in the United States: Personalized guns would help – and would be achievable.  *British Medical Journal* 1999:318:1160-1161.

Teret SP, **Webster DW**, Vernick JS, et al.  Public support for innovative gun policies: The results of two national surveys.  *New England Journal of Medicine* 1998;339:813-818.

**Webster DW**, Vernick JS, Ludwig J.  No proof that right-to-carry laws reduce violence, *American Journal of Public Health*, 1998;88:982-983.

**Webster DW**, Vernick JS, Ludwig J, Lester KJ.  Flawed gun policy research could endanger public safety.  *American Journal of Public Health* 1997;87:918-921.

Vernick JS, Teret SP, **Webster DW.**  Regulating firearm advertising promising home protection: The legal basis for a public health intervention.  *JAMA* 1997:277:1391-1397.

**Webster DW**, Wilson MEH.  Gun violence among youth and the pediatrician's role in primary prevention.  *Pediatrics* 1994;94:617-622.

**Webster DW.**  The unconvincing case for school-based conflict resolution programs for adolescents.  *Health Affairs* 1993;12(4):126-141.

**Webster DW**, Gainer PS, Champion HR.  Weapon carrying among inner-city junior high school students:  Defensive behavior vs aggressive delinquency.  *Amer J Public Health* 1993; 83:1604-1608.

Gainer PS, **Webster DW**, Champion HR.  A youth violence prevention program description and preliminary evaluation.  *Archives of Surgery* 1993;128:303-308.

**Webster DW**, Champion HR, Gainer PS, Sykes L.  Epidemiologic changes in gunshot wounds in Washington, DC, 1983-1990.  *Archives of Surgery* 1992;127:694-698.

Oschner MG, Hoffman AP, DiPasquale D, Cole FJ, **Webster DW**, Champion HR.  Associated aortic rupture-pelvic fracture: an alert for orthopedic and general surgeons. *J Trauma*, 1992;33:429-34.

**Webster DW**, Wilson MEH, Duggan AK, Pakula LC.  Parents' beliefs about preventing gun injuries to children.  *Pediatrics* 1992;89:908-914.

**Webster DW**, Wilson MEH, Duggan AK, Pakula LC.  Firearm injury prevention counseling:  a study of pediatricians' beliefs and practices.  *Pediatrics* 1992;89:902-907.

*Journal Articles Not Peer-Reviewed*
Harburg E, DiFrancesco W, **Webster DW**, Gleiberman L, Schork MA:  Familial transmission of alcohol use: II. Imitation of and aversion to parent drinking (1960) by adult offspring (1977); Tecumseh, Michigan.  *Journal of Studies on Alcohol* 1990;51:245-256.

**Webster DW**, Harburg E, Gleiberman L, Schork MA, DiFrancesco W:  Familial transmission of alcohol use:  I. Parent and adult offspring alcohol use over 17 years, Tecumseh, Michigan.  *Journal of Studies on Alcohol* 1989;50:557-566.

Wagenaar AC, **Webster DW**, Maybee RG:  Effects of child restraint laws on traffic fatalities in eleven states.  *Journal of Trauma* 1987;27:726-732.

Wagenaar AC, **Webster DW**:  Preventing injuries to children through compulsory automobile safety seat use.  *Pediatrics* 1986;78:662-672.

**Webster DW**, Chaulk CP, Teret SP, Wintemute GJ.  Reducing firearm injuries.  *Issues in Science & Technology* 1991; 7 (Spring): 73-79.

**Webster DW.**  Suicide in the subway:  case consultation:  suicide and mass transit: commentary.  Journal of Suicide and *Life-Threatening Behavior* 1991;21:209-212.

*Abstracts*
Mang KM, Grossman DC, Rivara FP, **Webster DW.**  Firearm injury prevention counseling by child health providers.  *American Journal of Diseases of Children* 1993;147:448.

*Books and Book Chapters*
**Webster DW**, Vernick JS, Eds. *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis*. Baltimore, MD: Johns Hopkins University Press, 2013.

**Webster DW**, Vernick JS, McGinty EE, Alcorn T. "Preventing the Diversion of Guns to Criminals through Effective Firearm Sales Laws." Pages 109-122 in *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis,* Daniel W. Webster and Jon S. Vernick, Eds. Baltimore, MD:  Johns Hopkins University Press, 2013.

**Webster DW**, Vernick JS. "Spurring Responsible Firearms Sales Practices through Litigation: The Impact of New York City's Lawsuits Against Gun Dealers on Interstate Gun Trafficking" pages 123-132 in *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis,* Daniel W. Webster and Jon S. Vernick, Eds.  Baltimore, MD:  Johns Hopkins University Press, 2013.

Vittes KA, **Webster DW**, Vernick JS.  "Reconsidering the Adequacy of Current Conditions on Legal Firearm Ownership," pages 65-76 in *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis,* Daniel W. Webster and Jon S. Vernick, Eds.  Baltimore, MD:  Johns Hopkins University Press, 2013.

Daniel Webster, Sc.D, M.P.H.                                                                    page 13

*Books and Book Chapters (cont.)*
McGinty EE, **Webster DW**, Vernick JS, Barry CL.  "Public Opinion on Proposals to Strengthen U.S. Gun Laws: Findings from a 2013 Survey," pages 239-257 in *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis,* Daniel W. Webster and Jon S. Vernick, Eds. Baltimore, MD:  Johns Hopkins University Press, 2013.

Vernick JS, **Webster DW**, Vittes KA.  *Law and Policy Approaches to Keeping Guns from High Risk People* (book chapter), in Culhane J. ed. *Reconsidering Law and Policy Debates: A Public Health Perspective*. New York: Cambridge University Press, 2011.

Vernick JS, **Webster DW.**  Amicus Brief to the U.S. Supreme Court regarding District of Columbia versus Heller for the petitioner. Written on behalf of the American Public Health Assoc., American College of Preventive Medicine, American Trauma Society, and the American Assoc. of Suicidology, January 2008.

**Webster DW**.  Child Access Prevention (CAP) Laws.  In Gregg Lee Carter (Ed.) Entry in *Encyclopedia of Guns in American Society*.  Santa Barbara, CA:  ABC-CLIO, 2003.

*Reports*
**Webster DW**, Vernick JS, Vittes KA, McGinty EE, Teret SP, Frattaroli S.  *The Case for Gun Policy Reforms in America.*  Johns Hopkins Center for Gun Policy and Research, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD, October 2012.

**Webster DW**. Whitehill JM, Vernick JS, Parker E.  *Evaluation of Baltimore's Safe Streets Program: Effects on Attitudes, Participants' Experiences, and Gun Violence*. Johns Hopkins Center for the Prevention of Youth Violence, January 2012.

**Webster DW**, Illangasekare SL.  Best Practices for the Prevention Youth Homicide and Serious Violence.  Johns Hopkins Urban Health Institute, October 2010.

**Webster DW**, Vernick JS, Mendel J.  Interim Evaluation of Baltimore's *Safe Streets* Program. Johns Hopkins Center for the Prevention of Youth Violence, Jan. 2009.

**Webster DW**, Mendel J.  Effects of Baltimore's *Operation Safe Kids* on Re-Arrest.  Johns Hopkins Center for the Prevention of Youth Violence, June 2008.

**Webster DW.**  Interventions to reduce deaths and injuries associated with youth violence. White paper commissioned by the Robert Wood Johnson Foundation.  May 2006.

**Webster DW.**  Preventing intimate partner violence.  White paper commissioned by the Robert Wood Johnson Foundation.  June 2006.

**Webster DW**, Vernick JS, Teret SP.  How Cities Can Reduce Illegal Guns and Gun Violence.  Johns Hopkins Center for Gun Policy and Research, April 2006. Updated January 2008.

*Reports (cont.)*

Campbell JC, **Webster DW**, O'Sullivan C, Roehl J, Mahoney P, White M, Guertin K.  Intimate Violence Risk Assessment Validation Study. Report submitted to the National Institute of Justice, September, 2004. 2000WTVX0011.

**Webster DW**, Kim A.  Evaluation of the Maryland Gun Violence Act of 1996**:** Effects on the Illicit Gun Market.  Prepared for the U.S. Bureau of Alcohol, Tobacco, and Firearms, September 2003.

**Webster DW**, Vernick JS, Kaljee L, Cameron DD, Frattaroli S, Johnson S.  Public attitudes About New Law Enforcement Technologies and Related to Strategies to Reduce Gun Violence.  Report by the Johns Hopkins Center for Gun Policy and Research to the National Institute of Justice, 2002.

**Webster DW**, Ludwig J.  Myths About Defensive Gun Use and Permissive Concealed Carry Handgun Laws.  Resource paper for *Making the Case on Public Health and Guns: A Curriculum for Advocates*, Berkeley, CA: Berkely Media Studies Group, 2000.

**Webster DW**, Howard KA, Frattaroli S.  A Case Study of Mediascope's Efforts Concerning Violence in the Media.  Report prepared for The California Wellness Foundation.  Johns Hopkins University, Department of Health Policy and Management, January 1996.

**Webster DW**, Ronzio CR, Frattaroli S, Howard KA, Batalden MK.  Evaluation Report for Year 1 of "The Campaign to Prevent Handgun Violence Against Kids."  Johns Hopkins University, Department of Health Policy and Management, July 1995.

**Webster DW.** Fieldtest of Center to Prevent Handgun Violence's Pediatrician Firearm Injury Prevention Counseling Materials.  October 1993.