# EXHIBIT L

  

**Gun Control and Firearms Registration**

300 Indiana Ave. N.W. Room 2169, Washington D.C., 20001   (202) 727-4275   FAX (202) 724-2410

Dear Firearms Registrant:

In accordance with the Firearms Registration Emergency Amendment Act of 2008 the Metropolitan Police Department has initiated an **Expiration Date** for all registrations approved as of June 21, 2010.

What this means for you the Registrant:

1. Your Registration # 201201556 will expire on: 4/19/2015
2. You will receive notification by mail prior to your registration expiration containing instructions for your renewal that will need to be completed prior to the expiration date.
3. As required by the "Requirements of the Registrant" section of the General Requirements and Study Guide it is your responsibility to notify the Firearms Registration office of any changes to your address. Your notification will be sent to the most resent address our office has on file for you.

Your signature on this form acknowledges its receipt and understanding that your registration will expire on the date shown unless the renewal process is completed.

_[signature]_   4/19/12
Signature    Date

TO: DC Gun Control Div.    3 Sept. 2012

FROM: Dick Heller

NOTICE: Please DELIST the Above Reg. # 201-201-556 for the Charter Co. Model- 53890, .38, Goldfingers Revolver.

DISPOSITION: Returned to Charter Factory.

_[signature] Dick Heller_

Heller 000011