# EXHIBIT M

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

--------------------------------x

DICK ANTHONY HELLER, et al.,    :

    Plaintiffs,             :

  vs.                           : Civil Action No.

DISTRICT OF COLUMBIA, et al.,   : 08-01289 (JEB)

    Defendants.             :

--------------------------------x

                                July 2, 2013

                                Washington, D.C.

Deposition via Skype of:

                       GARY KLECK, Ph.D.

a witness called for examination by counsel for Defendants in the above-entitled matter pursuant to notice, taken at Office of the Attorney General, 441 4th Street, N.W., Conference room 6N065, Washington, D.C. 20001, before Thomas W. Olender, Court Reporter and Notary Public in and for the District of Columbia.

### Page 26

1. on which Webster relies pertain to handguns or do
2. not distinguish between handguns and long guns.
3. And you said that, right?
4.    A  Page 3 somewhere?
5.   Q  Yes.
6.    A  Oh, okay.  And I see it, yes.
7.   Q  Okay.  Now, have you and your studies
8. distinguished between handguns and long guns?
9.    A  In some studies, yes.
10.   Q  Which ones?
11.    A  Well, I wrote a piece called, let's see,
12. "Handgun-Only Bans:  A Disaster in the Making,"
13. or something to that effect, and it was certainly
14. focused on the distinction between hand guns and
15. long guns.  And certainly, in passing, I have
16. many times made separate references to numbers of
17. homicides committed with handguns versus number
18. of homicides committed with long guns.
19. Certainly, you'll find references to that
20. throughout Point Blank and Targeting Guns.
21.   Q  Is it important to distinguish between
22. those two types of guns?

### Page 27

1.    A  It is if you're going to make an
2. assertion about extending restrictions to
3. covering long guns as distinct from only
4. handguns.
5.   Q  Dr. Kleck, which type of gun is more
6. lethal?
7.    A  Long guns, on average.
8.   Q  Why is that?
9.    A  Different reasons for different types of
10. long guns.  In connection with shotguns, they
11. fire large numbers of pellets, each one of which
12. creates its own wound cavity in the victim's
13. body, and so that's more likely to intersect
14. vital organs that could result in a death.
15.      In the case of rifles, the bullets
16. generally are longer, and when they tumble and
17. hit the victim's body sideways, they'll create a
18. larger wound cavity and therefore be more likely
19. to intersect a vital organ of the victim's body.
20. They also generally travel at a higher velocity
21. than most handgun rounds.
22.   Q  Do you think, Dr. Kleck, that handguns

### Page 28

1. and long guns should be regulated differently?
2.    A  It depends on the regulation you're
3. talking about.  Generally speaking, I think
4. background checks, for example, ought to cover
5. both handguns and long guns.  So my general
6. position would be I wouldn't say it applies
7. necessarily to every single kind of regulation,
8. but my general position would be, yes, they ought
9. to apply to the full array of firearms.
10.   Q  Can you think of a regulation type that
11. would be different between a long gun and a
12. handgun, in your opinion?
13.    A  That are or should be different?
14.   Q  That should be.  You said, generally,
15. they should be the same, but there might be
16. instances where they shouldn't be, and I'm trying
17. to think of what those might be.
18.    A  Well, could you repeat the question,
19. please?
20.   Q  Sure.  You said, generally, you think
21. long guns and handguns should be regulated the
22. same as far as general requirements like

### Page 29

1. background checks, and I took from that, that you
2. thought there might be some instances where they
3. should be regulated differently, and I am trying
4. to figure out what; if you can think of examples
5. in your opinion where they should be regulated
6. differently, what those would be.
7.    A  Offhand, I can't think of any.
8.   Q  Okay.  Now, Dr. Kleck, it's true, isn't
9. it, that gun ownership is higher in rural areas
10. than it is in cities?
11.    A  Yes.
12.   Q  Now, does that fact suggest to you that
13. guns in rural areas should be regulated
14. differently than guns in cities?
15.    A  No.
16.   Q  And why not?
17.    A  Because guns can be either used for good
18. purposes or bad purposes in both urban areas and
19. rural areas.
20.   Q  All right.  Dr. Kleck, you criticized Dr.
21. Webster's discussion of the District's
22. requirements that a firearm registrant appear in