IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| DICK ANTHONY HELLER, *et al.*, | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | No. 1:08-cv-01289 (JEB) | |
| | ) | | |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**PLAINTIFFS' CONSENT MOTION TO EXCEED**
**PAGE LIMITS SPECIFIED BY LOCAL RULE**

Plaintiffs Dick Anthony Heller, Absalom Jordan, William Carter, William Scott, and Asar Mustafa, by counsel, hereby move this Honorable Court for leave to file a Statement of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment in excess of the page limits specified in LCvR 7(e). Plaintiffs request that leave be granted to file a Statement of Points and Authorities not exceeding 65 pages. Counsel for Plaintiffs have consulted with counsel for Defendants, who state that they consent to this requested relief.

                                                    Respectfully submitted,

                                                    Dick Anthony Heller
                                                    Absalom F. Jordan, Jr.
                                                    William Carter
                                                    William Scott
                                                    Asar Mustafa

                                                    By Counsel

/s/ Stephen P. Halbrook
STEPHEN P. HALBROOK
D.C. Bar No. 379799
3925 Chain Bridge Road, Suite 403
Fairfax, VA  22030
Telephone: (703) 352-7276
Facsimile: (703) 359-0938
Email:  PROTELL@aol.com

/s/ Dan M. Peterson
DAN M. PETERSON
D.C. Bar No. 418360
Dan M. Peterson, PLLC
3925 Chain Bridge Road, Suite 403
Fairfax, VA  22030
Telephone: (703) 352-7276
Facsimile: (703) 359-0938
Email: dan@danpetersonlaw.com

Counsel for Plaintiffs