IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DICK ANTHONY HELLER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-01289 (JEB) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Plaintiffs' Consent Motion to Exceed Page Limits Specified by Local Rule, the Memorandum in Support thereof, and the consent of Defendants, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**, and it is further

**ORDERED** that Plaintiffs' Statement of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment, and in Opposition to Defendants' Motion for Summary Judgment, may be filed in excess of the page limits established by LCvR 7(e), but not to exceed sixty five (65) pages.

_____
JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel for Parties via ECF