## LIST OF EXHIBITS

1. Lt. Jon Shelton Deposition Excerpts
2. Defendants' Response to Plaintiffs' Interrogatories
3. Chief Cathy Lanier Deposition Excerpts
4. UNDER SEAL
5. Joe Vince Deposition Excerpts
6. Mark Jones Deposition Excerpts
7. Declaration of Prof. Gary Kleck
8. FBI Uniform Crime Reports Table 20
9. Shelton e-mail 4/10/2009
10. Hall e-mail 4/21/2009
11. Summary of Assassinations and Assassination Attempts
12. Canadian House of Commons Hearing Report
13. Daniel Webster Deposition Excerpts
14. Kane e-mail 5/19/2010
15. Hall e-mail 5/19/2010
16. Heller Declaration
17. Carter Declaration
18. District Firearm Registration Test
19. Jordan Declaration
20. Scott Declaration
21. Jordan Declaration 7/31/2009
22. Excerpts from 2012 Council Hearing Records
23. Letter from District's Counsel Regarding Interrogatories 12/19/2012