# Exhibit 3

9

1  generally.  You stated in your expert report that MPD

2  has, quote, successfully recovered more than 12,000

3  illegal firearms since 2007.  And I'm on page 3, I

4  believe.  First page.  I'm sorry.  Yes, the first

5  page.  When you say "illegal firearms," what does that

6  mean?

7      A    Firearms that are not properly registered or

8  registered illegally in the District of Columbia.

9      Q    Okay.  About how many registered firearms

10  were recovered by the District during that time

11  period, if you know?

12      A    I can't answer that question.

13      Q    We've got an exhibit that maybe can help.

14          (Lanier Deposition Exhibit Number 2 was

15  marked for identification.)

16  BY MR. PETERSON:

17      Q    Directing your attention to what has been

18  marked as Exhibit L-2.  I will represent to you so you

19  don't have to look at the whole thing that this is a

20  letter to counsel for the plaintiffs in this case,

21  dated December 5, 2012 from counsel for the District.

22          And turning your attention to page 2, there

10

1   is a chart there and, as you can see, that chart

2   extends from 2008 up through most of 2012, and

3   purports to list the registered firearms that are

4   associated with crime scenes.  And we have, for

5   private individuals, 35 handguns and two shotguns over

6   that period; is that correct?

7        A    I'm familiar with this number.  This is

8   registered firearms that are used in crimes, yes.

9        Q    Associated with --

10       A    Yes, about five a year, on average.

11       Q    Are all of them actually employed to commit a

12  crime or might they just be associated with a crime

13  scene in some other way?

14       A    The statistic reflects those that are used in

15  crimes.

16       Q    Okay.

17       A    The number would be different for those that

18  are recovered but not used in crimes.

19       Q    Okay.  Well, let's clear this up.  It's an

20  ambiguity apparently.  The paragraph right before the

21  chart there states that this is the numbers of

22  registered firearms associated with crime scenes.  And

11

1  then the table is used in crimes.  So that is a little

2  bit different, isn't it?

3     A    It is a little bit different.

4     Q    Okay.  But do you know, as a matter of fact,

5  whether these are actually used or just associated?

6     A    I would want to verify that before I confirm

7  that.  My belief is they are used in the crimes, but I

8  would want to verify that just to make sure because it

9  is a little...

10    Q    Very good.  And so about 37 registered guns

11  were recovered and the time frame is not exactly the

12  same, maybe a year different, between what was in your

13  report and what is here, but we have got about 37

14  registered guns recovered and about 12,000

15  unregistered guns during roughly the same time period;

16  is that right?

17    A    That is correct.

18    Q    Okay.  By the way, are suicides without

19  anything more considered to be a crime scene?

20    A    Initially they would be considered a crime

21  scene until a thorough investigation of the death is

22  complete, yes.

12

1     Q     Okay.  Now, in the District, do most people

2   who, if I can say so, regularly engage in criminal

3   activities register their guns?

4              MR. SAINDON:  Objection.  Vague.

5              THE WITNESS:  Can you ask the question again?

6   BY MR. PETERSON:

7     Q     Yeah.  Do most people who regularly engage in

8   criminal activities in the District register their

9   guns?

10    A     No.

11    Q     Drug dealers, people who engage in shootings

12   outside nightclubs, that sort of thing, gang members?

13    A     No.

14    Q     Would be it correct to call the proportion of

15   folks like that who commit those crimes and also

16   register their guns a very tiny percentage probably?

17    A     That would be correct.

18    Q     Okay.  On page 1 of your expert report you

19   mention your efforts in leading antiterrorism efforts

20   in the District, and I would like to ask you some

21   questions about that.  But let me first just kind of

22   clarify for the record what I mean by terrorism.  And

Capital Reporting Company
Lanier, Cathy  06-12-2013

13

1  you're more of an expert than I am, but what I'm

2  referring to is a situation that is planned and

3  carried out by several individuals, or even a single

4  individual if he's got an organized group behind him,

5  that is -- where terror is used as an instrument of

6  policy or revenge on behalf of a state, a group of

7  foreign ties or any type of ideological, political or

8  religious reason.

9         In other words, I'm trying to distinguish

10 that from the lone wolf who just goes out and starts

11 shooting things up for no reason.

12     A    Domestic terrorism or homegrown violent

13 extremism maybe.

14     Q    I will accept that.

15     A    Still fall within the definition of terrorism

16 technically, but yes.

17     Q    Okay.  In your experience, do people who are

18 plotting terrorist attacks register their guns?

19     A    The majority, no.

20     Q    Okay.  Can you recall any instance during the

21 time you have been chief of police in which a

22 terrorist plot was either committed in the District or

Capital Reporting Company
Lanier, Cathy  06-12-2013

14

1  a plot was broken up and the terrorist used or tried

2  to use firearms that were registered in the District?

3      A    I can't recall any off the top of my head.

4      Q    Okay.  Can you recall any such instance since

5  you have been with MPD?

6      A    No.

7      Q    To the best of your knowledge, have the D.C.

8  gun registration records ever been used to foil a

9  terrorist attack?

10     A    No.

11     Q    Okay.  And have those registration records,

12 to the best of your knowledge, ever been used to solve

13 an incident of terrorism after it occurred?

14     A    Not that I'm aware of.

15     Q    Okay.  You mentioned in your report the

16 bombing of the Murrah Federal Building in Oklahoma

17 City and the 1993 shootings outside of the CIA

18 headquarters in Langley.  Neither of those obviously

19 was within the District, correct?

20     A    Correct.

21     Q    Was the bombing of the Murrah Federal

22 Building carried out by the use of firearms?

15

1    A    No.

2    Q    That was a truck bomb, right?

3    A    Correct.

4    Q    So that bombing was indeed caused or

5    prevented or otherwise affected by other firearm

6    registration laws?

7    A    Correct.

8    Q    The CIA shootings in Langley that you

9    mentioned, was that shooting carried out with a

10   registered firearm?

11   A    No.

12   Q    Okay.  So that crime wasn't solved by using

13   registration data, correct?

14   A    Correct.

15   Q    But it was solved, right?

16   A    It was.

17   Q    Okay.  Now, people who abide by the

18   registration laws and go ahead and register their guns

19   are at least, to that extent, law-abiding, correct?

20   A    For the most part, yes.

21   Q    You testified previously that people who

22   commit crimes with firearms hardly ever have or use

23

1  records to NICS?

2      A    I can't answer that question.

3      Q    Okay.  You also mentioned in your report

4  three incidents going back to 1994, in which shots

5  were fired at or near the White House.  And you

6  mentioned particularly a man from 20 -- who, in 2011,

7  was firing shots at the White House.  Was he from the

8  District?

9      A    No.

10     Q    Okay.  Did he use a gun registered in the

11 District?

12     A    No.

13     Q    In fact, didn't he use an AK-47 style of

14 rifle which it is not legal to possess in the

15 District?

16     A    Correct.

17     Q    Did the registration laws in any way

18 facilitate his capture?

19     A    No.

20     Q    You mentioned a 2001 shooting.  Are you

21 referring to the incident in which a man from Ohio, I

22 believe, was waving around a handgun and apparently

24

1   discharged a shot near the White House?

2       A       Where are you referring to in my statement?

3       Q       Let me find it here.  Page 3, the second

4   paragraph from the bottom, the last sentence.

5       A       Yes.

6       Q       Okay.  At that time, for most people it

7   wasn't legal to possess a handgun in the District,

8   right?

9       A       That is correct.

10      Q       Do you recall whether that handgun was

11  registered in the District?

12      A       It was not.

13      Q       So registration records for the District

14  didn't serve any purpose in solving that crime; is

15  that right?

16      A       That is correct.

17      Q       Regarding the 1994 shooting at the White

18  House, if memory serves, that was carried out by a man

19  from Colorado; is that right?

20      A       I believe so.

21      Q       And he used an SKS rifle; is that right?

22      A       That is correct.

25

1    Q    Was that rifle registered in the District?

2    A    No.

3    Q    He wasn't a District resident, was he?  He

4 was from Colorado -- I think we already established

5 that.  So were District registration records used to

6 solve that crime?

7    A    No.

8    Q    And you also mentioned -- this is on page 4

9 towards the bottom -- John Hinckley in his attempt to

10 assassinate President Reagan.  At that time, was Mr.

11 Hinckley a D.C. resident?

12    A    No.

13    Q    And he used a handgun in that attempt,

14 correct?

15    A    Correct.

16    Q    Was it legal for him to possess a handgun at

17 that time, in 1981, in the District?

18    A    In the District, no.

19    Q    So that handgun wasn't registered it goes

20 without saying?

21    A    Correct.

22    Q    Did D.C. registration laws have anything to

Capital Reporting Company
Lanier, Cathy  06-12-2013

26

1  do with solving that case?

2      A      No.

3      Q      Hinckley was subdued at the scene, wasn't he?

4      A      That is correct.

5      Q      Now, is it likely that people who shoot at

6  the White House or try to assassinate the President

7  will register their weapons first?

8          MR. SAINDON:  Objection.  Vague.

9          THE WITNESS:  I would be speculating.

10 BY MR. PETERSON:

11     Q      Okay.  What would be your guess?

12     A      Experience is most people who are going to

13 crimes don't legally register a firearm, but...

14     Q      Okay.  In turning back to a theme that you

15 mentioned earlier, you state that the criminal

16 background check performed by MPD, which is based on

17 fingerprints, is more effective than that performed by

18 a gun dealer which is merely based on a social

19 security number?

20     A      Correct.

21     Q      And also name, right?

22     A      That is correct.

29

1    marked for identification.)

2    BY MR. PETERSON:

3        Q    I would ask you to take a second to take a

4    look at it.

5        A    Okay.

6        Q    And do you confirm or would you like to

7    revisit your prior statement that this website

8    actually contains the text for the study?

9        A    The summary of the study, yes.

10       Q    The summary of the study, okay.  Did you at

11   any point obtain the full text of the study and read

12   it?

13       A    I did see the full study.

14       Q    Okay.

15            (Lanier Deposition Exhibit Number 4 was

16   marked for identification.)

17   BY MR. PETERSON:

18       Q    So I will direct your attention then to what

19   has been marked as Exhibit L-4, but before we talk

20   about that, let me ask you just a couple of other

21   questions.

22            Understanding that various people can have a

30

1    hand in reviving or reviewing things, did you

2    personally write most of Exhibit 1 or did somebody

3    prepare it?

4        A    No, it was prepared by someone else.

5        Q    Who prepared it for you?

6        A    Someone on the legal team.

7        Q    Okay.  They take responsibility for its

8    contents, right?

9        A    Yes.

10       Q    Turning your attention to Exhibit L-4, it

11   says here on the first page -- and I'm under methods

12   up towards the top of the first page -- that negative

13   binomial regression models were used to perform this

14   analysis.  Can you explain to us what a negative

15   binomial regression model is and how it works?

16           MR. SAINDON:  Objection.  Foundation.

17           THE WITNESS:  No.

18   BY MR. PETERSON:

19       Q    And it also references various measures --

20   the IRR, the CI and that sort of thing -- under

21   results on the same page.  Do you know what those

22   measure and how they are calculated?

31

1          MR. SAINDON:  Objection.  Relevance.

2          THE WITNESS:  No.

3   BY MR. PETERSON:

4      Q    Okay.  And on page 2 -- it's also on page 1.

5   I guess maybe page 1 is the easier one to look at.

6   Under methods it talks about how they control for age,

7   race, unemployment, crime, income, inequality,

8   poverty, alcohol consumption, urbanization and divorce

9   rate.

10          Are those the proper factors to control for

11  in a study of this kind?

12     A    My experience, those are relevant facts to

13  control for, yes.

14     Q    Those are?

15     A    Yes.

16     Q    The justification offered by the authors is

17  those are commonly identified in the literature as

18  being associated with the state's homicide or suicide

19  rate.  That statement is on page 2.  Do you agree with

20  that statement?

21     A    Where on page 2 am I looking?

22     Q    Page 2.  And you say that they were -- hold

32

1   on a second.  I'm down the second column --

2      A    Outcome variables?

3      Q    Yes.

4      A    Yes, I do agree.

5      Q    Oh, no.  Sorry.  It's under statistical

6   analyses is where it is.  And again, it states that

7   multivariate analyses controlled for potentially

8   confounding factors commonly identified in the

9   literature as associated with the state's homicide or

10  suicide rate, and then it lists those factors.

11     A    That is correct.

12     Q    You agree with that?

13     A    Yes.

14     Q    Do you know whether these nine variables are,

15  in fact, associated with higher firearm homicide rates

16  or firearm suicide rates?

17     A    Again, from my experience, this appears

18  consistent with what my experience has been in the

19  past 23 years, that they are factors.

20     Q    Okay.  Do the authors ever state that there

21  were no other variables that should have been

22  controlled for?

Capital Reporting Company
Lanier, Cathy  06-12-2013

33

1            MR. SAINDON:  Objection.  Foundation.

2            THE WITNESS:  No.

3   BY MR. PETERSON:

4       Q    Are there other factors that should have been

5   controlled for, in your opinion?

6       A    Not that I'm aware of.

7       Q    Okay.  And they refer to these as potentially

8   confounding factors.  Can you tell us what a

9   confounding variable or what a confounding factor is?

10      A    No.

11      Q    If some other variable besides background

12  checks caused the difference in firearms homicide

13  rates or suicide rates, and the authors have not

14  identified that other factor, then the study wouldn't

15  tell us much, would it?

16           MR. SAINDON:  Objection.  Speculation.

17           THE WITNESS:  I don't think I agree with that

18  statement, no.

19  BY MR. PETERSON:

20      Q    Okay.  Maybe I will rephrase it.

21      A    The study only says it's one factor.

22      Q    Pardon me?

34

1    A    The study only states it as one factor.  The

2 background check is one factor.

3    Q    Okay.

4    A    Not that all factors have been considered.

5    Q    Right.  But if there was some other factor

6 that actually caused the difference and it just

7 happened to be associated with local background

8 checks, then it might be that other factor that is

9 causing the different outcome and not the background

10 checks; is that right?

11    A    Potentially, yes.

12    Q    Okay.  Now, they study the impact of local

13 background checks on firearm suicide and firearm

14 homicide; is that right?

15    A    Correct.

16    Q    Okay.  Is there any evidence in the study

17 that local background checks reduce the total number

18 of suicides or the total number of homicides?

19    A    No.

20    Q    Okay.  And assuming that if local checks

21 denied guns for suicidal or homicidal applicants,

22 could they substitute other means besides firearms?

35

1          MR. SAINDON:  Objection.  Speculation.

2          THE WITNESS:  Can you ask the question,

3    please?

4    BY MR. PETERSON:

5      Q    I guess it's -- what I'm trying to drive at

6    is there is more than one way to kill yourself, right?

7      A    Yes.

8      Q    You don't have to do it with a firearm?

9      A    That is correct.

10     Q    If a background check denied somebody who was

11   suicidal or homicidal a firearm, they might be able to

12   kill themselves or someone else by some other means?

13     A    That is correct.

14     Q    Is there anything in the authors' methods in

15   this study that establish that homicide or suicide

16   declined after local background checks were first

17   implemented?

18     A    No.

19     Q    In fact, on page 5 the authors more or less

20   admit that this is a deficiency in this study, don't

21   they, where they say -- I'm on the first column,

22   second full paragraph -- it would have been ideal to

36

1   conduct a longitudinal analysis in which the states

2   that experience changes in the level of their

3   background check were compared to themselves, pre- and

4   post-change.

5          So they indicate that perhaps a longitudinal

6   study would have been better, right?

7      A    They do point that out in the study, yes.

8      Q    Okay.  And without doing a longitudinal

9   analysis over time, they can't really show any

10  decrease over time; is that right?

11         MR. SAINDON:  Objection.  Foundation.

12         THE WITNESS:  That is correct.

13  BY MR. PETERSON:

14     Q    Basically, they used a cross-sectional design

15  in this study, kind of a snapshot in time of the time

16  period of 2002 through 2004; is that right?

17     A    That is the time period used, yes.

18     Q    Okay.  Is there any way to know, based on

19  this study, whether the lower rates of firearm

20  homicide and suicide observed in these states with

21  local background checks already existed before the

22  background checks were first implemented?

37

1    A    There is not.

2    Q    Okay.  Do we even know, based on this study,

3   when the local background checks were first

4   implemented?

5    A    No, not based on the study.

6    Q    Okay.  Did they control for other gun control

7   laws?

8    A    No.

9    Q    Okay.  And it could be, couldn't it, that if

10  a state has a local background check, that it might

11  also have, quote, tougher gun control laws overall

12  which could possibly result in the lower rates we see

13  here?

14         MR. SAINDON:  Objection.  Speculation.

15         THE WITNESS:  Potentially.

16  BY MR. PETERSON:

17   Q    Okay.  If you wanted to determine the effects

18  of just the local background checks, would it be

19  proper to statistically control for other major

20  categories of gun law?

21         MR. SAINDON:  Objection.  Foundation.

22         THE WITNESS:  I would say yes.

Capital Reporting Company
Lanier, Cathy  06-12-2013

38

1  BY MR. PETERSON:

2     Q    Okay.  Did the authors control for gun

3  ownership rights?

4     A    No.

5     Q    Isn't it possible, other things being equal,

6  that one might find higher firearms homicide or

7  suicide rates where 6 out of 10 households owned a gun

8  as opposed to 1 out 10 households owns a gun?

9     A    That is correct.

10    Q    That includes high-risk individuals or

11  groups?

12    A    That is correct.

13    Q    And I'm not saying that is true, by the way.

14  I'm just saying it's a variable that one ought to look

15  at possibly.

16    A    Correct.

17    Q    Okay.  It might also be a political fact that

18  states with high rates of gun ownership make it

19  politically harder to get stricter gun control?

20         MR. SAINDON:  Objection.  Relevance.

21         THE WITNESS:  I can't comment on that.

22  BY MR. PETERSON:

39

1      Q      Pardon?

2      A      I don't know that I can comment on that.  I

3  don't have an answer to that question.

4      Q      All right.  Fair enough.  Is the supposed

5  homicide-reducing effect of local background checks

6  purported to be found in this study statistically

7  significant, according to the measures they report?

8      A      I'm sorry.  Can you re-ask that question?

9      Q      Yeah.  Is the supposed homicide-reducing

10  effect of local background checks, which this study

11  purports to report, is it even statistically

12  significant, according to their measures?

13      A      I would say, yes, there is 19 and 20 percent

14  (sic) on homicide I believe so yes.

15      Q      I'm talking about the -- excuse me here just

16  a second.

17            The confidence measure under results on

18  page 1, the CI is .61 and 1.01.  And you're not a

19  statistician, I know, but --

20      A      Correct.

21      Q      But generally speaking, if it covers -- if it

22  goes over 1, it's not statistically significant.

40

1    A    Okay.

2         MR. SAINDON:  Is that a question, Counsel?

3         MR. PETERSON:  Well, I think she agreed with

4    the statement.

5    BY MR. PETERSON:

6    Q    Was the District of Columbia included in this

7    study?

8    A    No.

9    Q    Okay.  And we will get to the other studies

10   that are mentioned in your report in a little bit.

11   But you state in your report near the outset that your

12   opinions are based on your review of numerous studies

13   and books.  Are these studies and books that you

14   mentioned in addition to works that are cited in your

15   report or are you talking about the works that are

16   cited in your report?

17   A    Both.

18   Q    Okay.  So some would be in addition to what

19   you cite here, then.  What are the books that you

20   reviewed in connection with your opinions offered in

21   Exhibit 1?

22   A    There was a couple of other references in

43

1  requirement actually advance that interest?

2      A     Potentially, yes.

3      Q     Okay.  When you say "potentially," when did

4  the District first start implementing a three-year

5  renewal requirement?

6      A     Procedures have not yet been implemented.

7  They will be implemented in January 2014.

8      Q     Okay.  So there is no real evidence as to

9  whether or not this works; is that right?

10     A     Well, having periodic background checks after

11 the first background check would reveal if there was

12 any additional felony arrests, domestic violence and

13 things of that nature.  So I would say it would be

14 effective.

15     Q     Okay.  But I'm speaking here right now of

16 just the renewal form itself, the every three years

17 where you have to send that in.  The District can do

18 background checks without a renewal form coming in;

19 isn't that right?

20     A     Yes, but one wouldn't have -- depends if the

21 person still has possession of the firearm,

22 essentially.

44

1     Q     Right.  But I mean, if you wanted to know

2  whether John Doe remained eligible, you don't have to

3  wait for his three-year renewal to come in; is that

4  right?

5     A     Correct.

6     Q     And on the three-year renewal form the person

7  has to attest that he or she is still eligible; is

8  that correct?

9     A     Correct.

10    Q     That is for every firearm separately, right?

11    A     Correct.

12    Q     And does the three-year time period run from

13  the time of original registration of that firearm?  Is

14  that right?

15    A     We haven't finalized the procedures, but yes.

16    Q     Okay.  So if it were done that way, if a

17  person owned multiple firearms, there could be many

18  dates on which he or she had to complete a renewal

19  form; is that correct?

20    A     We haven't finalized procedures yet for

21  multiple firearms.  I can't answer that question.

22    Q     Okay.  But is the intent to do it by firearm?

45

1      A      I can't answer that question at this point.

2      Q      Okay.  But the law currently states that

3  there could be criminal penalties imposed if the

4  individual failed to renew every three years, right?

5      A      Civil and criminal, yes.

6      Q      And I think we -- I want to pick up this

7  thread again that MPD can run a background check on

8  any person at any time.  Is that a NICS check or what

9  type of a check is it?

10      A      It would be the same as the original

11  background check.

12      Q      Okay.  The -- you do an FBI background check,

13  right?

14      A      Correct.

15      Q      Is that what is known as an NCIC check?

16      A      That is correct.

17      Q      So they can do that at any time on any

18  person, right?

19      A      Correct.

20      Q      And that -- the NCIC check would reveal

21  felony convictions and other criminal convictions; is

22  that right?

46

1     A     That is correct.

2     Q     What about mental health?  Is that included

3  in any of those checks?

4     A     Mental health checks are done, yes.

5     Q     Locally or through NICS?

6     A     Maybe both, but I'm not sure.  I would have

7  to ask the person who runs it.

8     Q     Okay.  Who would we ask about that?

9     A     The oversight of the program is Lieutenant

10  Sheldon.

11          MR. PETERSON:  Okay.  And let's have another

12  exhibit marked here.

13          (Lanier Deposition Exhibit Number 5 was

14  marked for identification.)

15  BY MR. PETERSON:

16     Q     And I will just refer you to the fact that

17  this is a document, as you can see by the legend in

18  the lower right-hand corner, that was produced to us

19  by the District in discovery in this case.  And that

20  is a memo from Morgan Kane to you dated May 19, 2010,

21  correct?

22     A     Correct.

56

1     Q     -- in some detail.  Is that what you base

2  your opinion on primarily?

3     A     That, and the elimination of the ability

4  for -- or the addition of the use of biometrics to

5  verify identity.

6     Q     Okay.

7     A     My experiences of identity theft is pretty

8  prevalent, so...

9     Q     Okay.  And did you apply any methodologies to

10 data to arrive at your conclusions?

11    A     No.

12    Q     Do any of your opinions really state that

13 crime will be reduced by these laws or that officer

14 safety will be improved?

15    A     Do any of my opinions state that?

16    Q     Yeah, under the verifying eligibility

17 section.

18    A     No.

19    Q     Okay.  Turning to the next section of your

20 report that starts on page 5 that is entitled,

21 Ensuring the common body of knowledge.  And again, to

22 just identify the relevant code sections that we would

57

1  be talking about here, would that be the ones dealing

2  with completing an online course and a test regarding

3  firearms, safety and knowledge of the District's

4  firearms laws?

5      A    Yes.

6      Q    Okay.  Anything else that this section would

7  relate to?  Any other code sections?

8      A    No.

9      Q    Okay.  And you state on page 5 that even if a

10  firearm was only kept in the home, the government has

11  an interest in reducing accidental discharges,

12  ensuring that guns are safely stored and ensuring that

13  owners are aware of the laws governing firearms.

14          Do you know if any of these interests were

15  cited as important governmental interest by the D.C.

16  Circuit for purposes of this case?

17          MR. SAINDON:  Objection.  Relevance.

18          THE WITNESS:  I'm not aware.

19  BY MR. PETERSON:

20      Q    Okay.  Do you have any evidence or data that

21  shows that this course and this test actually reduces

22  accidental discharges?

58

1     A     I have no studies to support that, no.

2     Q     Okay.  Do you have any actual evidence that

3  having this test and course actually results in safe

4  storage practices by the people who complete it?

5     A     There have been no studies on that that I'm

6  aware of.

7     Q     Okay.  Does the District impose tests of

8  knowledge of the laws before other constitutional

9  rights can be exercised?

10          MR. SAINDON:  Objection.  Witness is not a

11  lawyer.

12          MR. PETERSON:  Okay.  I'm asking -- but if

13  she knows.

14  BY MR. PETERSON:

15     Q     Does the District require people to take a

16  course regarding liable and slander before they are

17  permitted to exercise free speech rights?

18     A     No.

19     Q     Or of course, warning people that bona fide

20  (sic) before they have the right to vote?

21     A     No.

22     Q     Turning to our next exhibit.

Capital Reporting Company
Lanier, Cathy  06-12-2013

59

1          (Lanier Deposition Exhibit Number 8 was

2    marked for identification.)

3    BY MR. PETERSON:

4       Q    Turning your attention to what has been

5    marked as Exhibit L-8.  I will represent to you,

6    again, this is a document that was produced to us by

7    the District during discovery in this case.  Is this

8    the firearms registration written examination that is

9    currently used?

10      A    It is.

11      Q    Okay.  I have a question about that, because

12   I keep seeing references to a 20-question test and the

13   District provided to us two copies of this document,

14   and both of them only had 15 questions.

15          MR. PETERSON:  Does anybody know whether this

16   is the complete test or just a partial test?

17          THE WITNESS:  This is the one that is

18   currently online.

19          MR. SAINDON:  The Chief has already thrown

20   Lieutenant Sheldon under the bus and said he will

21   probably know additional information.

22   BY MR. PETERSON:

60

1    Q    Assuming this is the official test, how many

2   questions on the test relate to safe storage?  Take

3   your time and go through and take a look at it.

4    A    Two.

5    Q    Two, okay.  Which ones are those?

6    A    Number 7, number 13.

7    Q    Okay.  7 doesn't really address storage, does

8   it?  But it does talk about firearm safety.

9    A    Safe handling.

10    Q    Safe handling, okay.  And the rest may have a

11   safety component.  In a certain sense, they really

12   address District laws, don't they?

13    A    Correct.

14    Q    Okay.  You mentioned in your report that

15   currently California, Connecticut, Hawaii,

16   Massachusetts and Michigan all have laws requiring

17   some sort of training or safety certification as part

18   of the registration progress.

19         So you mentioned five states that have a

20   requirement, but the fact that some states have a

21   particular law regarding registration doesn't

22   necessarily mean that the law works, does it?

62

1  demonstrate knowledge of the District's laws

2  pertaining to firearms.  In particular, the safe and

3  responsible use, handling and storage of the same is,

4  in my opinion, a reasonable and effective means of

5  reducing gun-related accidents.

6          Does the District keep statistics on

7  gun-related accidents?

8      A    We do not.

9      Q    Do you have any studies or actual evidence

10  that completion of the course reduces gun-related

11  accidents?

12     A    No.

13     Q    It's just a rationale that it might do so?

14     A    It is a requirement for law enforcement in

15  most every law enforcement profession that requires

16  the carrying of a handgun.  Safe handling is one of

17  the very first components of training, to reduce

18  accidental discharges by police who handle firearms

19  every day.

20          It is the first component of every training

21  block we do for new recruits and every year for

22  in-service requirement training to reinforce the safe

66

1    identification.  It's a requirement to have that with

2    you.

3        Q    Having a registration with you, photo ID?

4        A    Uh-huh.

5        Q    Would notification of lost, stolen firearms

6    be covered by this as well?

7        A    Yes.

8        Q    And you state on page 5 that the District

9    firearms registration requirements also serve to

10   provide law enforcement officers with critical

11   information needed to protect their safety and the

12   safety of the public.

13           I was a little surprised that you didn't

14   mention the use of registration information when

15   officers are called to investigate a crime scene or

16   dispatch the handling of domestic disturbance or

17   things of that nature.  Are the police crews equipped

18   with computers that can access the firearms registry

19   database?

20       A    They are not.

21       Q    Okay.  Can it be accessed remotely outside of

22   the MPD buildings at all?

Capital Reporting Company
Lanier, Cathy  06-12-2013

67

1    A    By phone call they can make contact with

2    firearms registration and determine if a firearm is

3    registered or not.

4    Q    Okay.  They can call an individual who can

5    look it up?

6    A    Correct.

7    Q    Okay.  If officers are dispatched out on a

8    call to a crime scene or to make an arrest or whatever

9    the case might be and the address that they are going

10   to is known, is the registration database routinely

11   queried to determine if there were registered firearms

12   at that location?

13   A    No.

14   Q    Same with individuals.  If they know the name

15   of the individual, do they typically query the

16   database or routinely query the database to find out

17   if that individual is a registered firearms owner?

18   A    Not routinely, no.

19   Q    If a query happened to be made in a

20   particular instance and it showed that there was no

21   registered firearm at the particular address, would

22   the officers be justified in letting down their guard,

75

1  BY MR. PETERSON:

2      Q    Okay.  And you state that an individual with

3  a legally registered firearm may pose less of a danger

4  to an officer than one with an illegal gun.  Do you

5  recall any instances in which an individual with a

6  registered firearm either shot or shot at a District

7  police officer?

8      A    No, I'm not aware of any.

9      Q    Okay.  And you do mention the year 2011, in

10  which, tragically, 71 officers were killed around the

11  country in the line of duty with firearms.  Were any

12  MPD officers among those 71?

13      A    No.

14      Q    Glad to hear it, by the way.

15      A    Me too.

16      Q    But MPD officers are attacked from time to

17  time by people with firearms, I assume; is that right?

18      A    Yes, we are.

19      Q    It's just the illegal non-registered firearms

20  that are used in those attacks, if I understood your

21  prior statement correctly?

22      A    That is correct.

78

1  public safety issue; is that right?

2     A    Public safety benefit is that firearm is no

3  longer on the street and potentially in the wrong

4  hands, in the hands of the criminal, the person who

5  committed a crime to take your firearm.

6     Q    Right.  But assuming it's already been

7  recovered by MPD, the fact that it gets back to the

8  owner helps the owner --

9     A    Correct.

10    Q    -- it doesn't save the public under those

11 circumstances?

12    A    No, recovering it from the person that took

13 it would be the public safety.

14    Q    Okay.  Now, anybody whose property is lost or

15 stolen can report that to MPD, correct?

16    A    Correct.

17    Q    And for them to make a report of stolen

18 property generally, or lost property even, they don't

19 need to be compelled by the law to do that, do they?

20    A    Correct.

21    Q    I'm sure you get a lot of voluntary reports

22 of burglaries or break-ins at residences where

79

1   property is stolen?

2       A     We do.

3       Q     Okay.  And just as with a registered firearm,

4   MPD will return the stolen property to the owner if

5   you happen to recover it, right?

6       A     Correct.

7       Q     When you receive a report that a firearm has

8   been lost or stolen and it happens to be registered,

9   does that registration information itself give MPD any

10  information that is helpful in solving the theft or

11  identifying the perpetrator of the theft?

12      A     No.

13      Q     And if there was no registration, the firearm

14  owner whose gun was stolen could report that and give

15  the police the serial number of the gun; is that

16  right?

17      A     Correct.

18      Q     Or at least the make, model and caliber,

19  physical description of the firearm?

20      A     Correct.

21      Q     And you state in your report that a lost

22  or -- a report of a lost or stolen gun, quote, at the

80

1  very least, can help protect the registrant from being

2  associated with a crime later committed with that

3  firearm.

4          But that can be done in the case of a

5  voluntary report rather than a mandatory report also,

6  right?

7     A    I'm sorry.  What is your question?

8     Q    If a person wanted to be protected from being

9  associated with a crime later committed with a

10  firearm, he could report that theft of the firearm

11  voluntarily as opposed to having a law that required

12  him to do that?

13     A    Yes.

14     Q    So for this segment of your report, again,

15  providing law enforcement with critical information, I

16  just want to ask you what we have here in the way of

17  data that you relied on.

18     A    Only what is cited in the report and my

19  experience in law enforcement.

20     Q    I mean, the data -- we have 71 officers

21  fatally shot, and I don't see any other numerical data

22  in here.  Is there any?

Capital Reporting Company
Lanier, Cathy  06-12-2013

87

1   firearms."  Is that the only study that you cite

2   there?

3       A    Okay.

4       Q    And that is on page 6.  Now, that study

5   focused on Virginia's one handgun a month law; is that

6   right?

7       A    Correct.

8       Q    We will mark this and get it distributed.

9            (Lanier Deposition Exhibit Number 9 was

10  marked for identification.)

11  BY MR. PETERSON:

12      Q    And have you at some point reviewed this

13  study?

14      A    I have.

15      Q    And it presents some analysis relating to

16  guns recovered and traced that were ultimately traced

17  to dealers in Virginia and several other southeastern

18  states, correct?

19      A    Correct.

20      Q    But Virginia doesn't have a system of

21  firearms registration, does it?

22      A    No.

Capital Reporting Company
Lanier, Cathy  06-12-2013

88

1      Q      So going back to your statement on page 6

2    where it says that laws restricting the registration

3    or purchase of multiple firearms over a given period

4    are effective.

5             This study relates only to purchases, not to

6    registration, right?

7      A      Correct.

8      Q      Did the Weil study contain any measures of

9    illegal interstate trafficking in firearms?

10     A      Measures in what way?

11     Q      Volume, number of guns --

12     A      No.

13     Q      -- and moving through interstate channels.

14            And in fact, it just showed where guns have

15    come from and it didn't show whether they were

16    illegally transferred across state lines or legally

17    transferred, right; just shows the state of origin?

18     A      Correct, showed state of origin.

19     Q      So in that sense, it can't really prove that

20    Virginia's law was, quote, effective at disturbing

21    illegal interstate trafficking of firearms, can it?

22     A      I'm not sure I understand your question

Capital Reporting Company
Lanier, Cathy  06-12-2013

89

1  again.

2      Q    Well, it's merely talking about the state of

3  origin rather than whether the guns were illegally

4  being transferred interstate?

5      A    Correct.

6      Q    Okay.  So we're not necessarily talking about

7  disrupting illegal interstate trafficking of firearms

8  with this study, correct?

9      A    Correct.

10     Q    Instead, that study was based on ATF trace

11  data, if I recall correctly; is that correct?

12     A    Correct.

13     Q    ATF trace data is only based on instances

14  where law enforcement, whether state or federal or

15  whatever, requested a trace, right?

16     A    That is correct.

17     Q    It also only includes successful traces,

18  right?

19     A    That is correct.

20     Q    So it's not representative of how firearms

21  generally might be moving across state lines?

22     A    It's the best measure.

Capital Reporting Company
Lanier, Cathy  06-12-2013

96

1    A    The footnotes of the report.

2    Q    Your base it on the footnote, the Weil study?

3    A    Yes.

4    Q    And did you apply any methodologies to these

5    data to arrive at your conclusions?

6    A    No.

7    Q    And do any of your opinions in this segment

8    show that crime will be reduced by these laws or that

9    officer safety will be improved?

10   A    There is no data in here for that, no.

11   Q    Okay.  In turning back to this subject of the

12   registry and whether officers might query that

13   registry before going out on a call for some reason,

14   you said they don't routinely do it, but they might do

15   it in some instances.  In what instances would that

16   database be queried, if you know?

17   A    I would defer to Lieutenant Sheldon for

18   answering that question.

19   Q    Okay.  Turning to the subject of handguns and

20   long guns which begins on page 6 of your report, we

21   already talked about several instances where someone

22   fired a long gun in the District in connection with

97

1   the earlier part of your report.

2          Here you state that -- and it's at the end of

3   the first paragraph -- that also in 2009 a man used a

4   .22 caliber rifle in a fatal shooting at the Holocaust

5   Museum.  And that is the James von Brunn case, right?

6       A    Correct.

7       Q    Was he a District resident?

8       A    No.

9       Q    Was his gun registered in the District?

10      A    No.

11      Q    Did the District's registration law help to

12   solve this crime?

13      A    No.

14      Q    In fact, Mr. von Brunn was a convicted felon,

15   wasn't he?

16      A    He was.

17      Q    And, thus, he was ineligible to possess

18   firearms under federal law, correct?

19      A    That is correct.

20      Q    On page 7 of your report you state that,

21   although they are less commonly used in the commission

22   of crimes in the District than handguns, they are

Capital Reporting Company
Lanier, Cathy  06-12-2013

98

1    used -- meaning long guns are used -- and in this

2    urban environment, their longer range can make them

3    even more dangerous than a handgun.  There are few, if

4    any, areas of the city that have the open space for

5    which long guns are typically used in more rural

6    areas, such as for hunting or recreational target

7    shooting.

8            Now, certainly, in the context of

9    registration laws, a registered long gun is no less

10   powerful or accurate than the same gun that is

11   unregistered, correct?

12       A    That is correct.

13       Q    Okay.  Is the rationale here that

14   registration will reduce the number of long guns in

15   the District and thereby prevent firing of long guns

16   for criminal purposes?

17       A    Registration of long guns has been required

18   since 1975, I believe.

19       Q    Correct.  But my point is, you stress here

20   how powerful they are and long distance and that sort

21   of thing.  What is the rationale for -- specifically

22   for registering long guns?

99

1     A     The registration has been in place since

2  1975.  I didn't write the regulation.  It is just

3  simply stating that the long guns are more lethal when

4  used in public.

5     Q     Is the rationale that registration will help

6  solve crimes after one is committed with a long gun?

7     A     Again, registration would be a deterrent to

8  those -- we would hope would be a deterrent to those

9  who want to use the firearms for illegal purposes.

10    Q     Okay.  But most of the examples you cite here

11  are people who were not deterred; is that correct?

12    A     That is correct.

13    Q     Can you give me an example where registration

14  and records were used to solve a crime, and by a crime

15  I mean a non-possessory offense committed with a long

16  gun?

17    A     No.

18    Q     Does the District keep data on the numbers or

19  percentages of crimes committed with long guns as

20  opposed to handguns?

21    A     I don't believe so.

22    Q     Okay.  In discovery there was some mention of

103

1     A     I believe so, yes.

2     Q     Okay.

3           (Lanier Deposition Exhibit Number 12 was

4     marked for identification.)

5     BY MR. PETERSON:

6     Q     And again, I will represent to you that this

7     is the FBI Uniform Crime Report table 20 for the year

8     2010.  And that has similar data regarding homicides

9     for the District, doesn't it?

10    A     Yes.

11    Q     And again, total murders in the District of

12    Columbia for 2010 are 131.  And how many of those

13    committed are with rifles or shotguns?

14    A     Zero for both.

15          (Lanier Deposition Exhibit Number 13 was

16    marked for identification.)

17    BY MR. PETERSON:

18    Q     And once again, I will represent to you that

19    this is Uniform Crime Report published by the FBI for

20    2011, table 20.  And turning, again, to the District

21    of Columbia information, we have total murders of 108.

22    Total firearms used to commit those, 77.  And how many

104

1  rifles and shotguns were used?

2      A     This is showing zero rifles, one shotgun.  I

3  would like to point out, one thing is that there is in

4  each of these a good quantity of unknown --

5      Q     Right.

6      A     -- firearms so...

7      Q     Okay.

8      A     So 39 in this case.

9      Q     Okay.  I wonder why it's so high.  Do you

10  have any idea?

11      A     I don't.  And as I'm looking at these

12  numbers, I'm questioning 2010, just based on my

13  recollection of homicides in 2010, that I know pretty

14  well so...

15      Q     But this information is provided to the FBI

16  by the District itself, right?

17      A     I'm not sure who provides this or where this

18  report comes from, but...

19      Q     I mean, normally, just out of curiosity

20  wouldn't you be able to tell for rifles and handguns,

21  for instance, just by any recovered bullets?

22      A     If there is evidence recovered.  Sometimes

105

1  there is not.

2      Q    Right.  But typically you would know whether

3  it's a handgun caliber or shotgun caliber?

4      A    If there is evidence left on the scene, if

5  there is evidence recovered, you can.  There is not

6  always evidence recovered.

7      Q    Right.  .22 you might not know.  That would

8  be the -- okay.  Let's go back to Exhibit 13 for just

9  a minute.

10         Under knifes and cutting instruments, we have

11  21 homicides committed with them.  And other weapons,

12  9.  And hands, fists, feet, et cetera, we even have

13  one.

14         So there is a fair number here that are

15  committed without using firearms at all; is that

16  right?

17      A    That is correct.

18      Q    Particularly knives it looks like is a fairly

19  popular one.  Okay.  And can you point me to any

20  studies or data that indicate that registration of

21  long guns specifically as opposed to handguns aids in

22  crime control or promotes officer safety?

106

1      A      No.

2      Q      And so for this segment of your report on

3   long guns, just turning back to your report, on what

4   data are you basing your expert opinion?

5      A      Only what is cited in my report and my

6   experience of 23 years in law enforcement.

7      Q      Okay.  And there is really no, like,

8   numerical data cited here, just several instances of

9   shootings with long guns; is that right?

10     A      Correct.

11     Q      And did you apply any methodologies to these

12  data to arrive at your conclusions?

13     A      No.

14     Q      And do any of your opinions -- and you can

15  check if you would like -- purport to show that crime

16  will be reduced by these laws or that officer safety

17  will be improved?

18     A      No.

19            MR. PETERSON:  Want to take a break now?

20            (Brief recess.)

21            THE WITNESS:  Can I verify?

22            MR. SAINDON:  She wants to amplify a previous

Capital Reporting Company
Lanier, Cathy  06-12-2013

107

1   response.

2   BY MR. PETERSON:

3       Q      All right.

4       A      The 2010 numbers in the Exhibit 13 -- 12 --

5   Exhibit 12, 2010 -- yes.  I mean, when I looked at

6   this number and the number of homicides involving

7   rifles and shotguns listed here as zero, I know that

8   is an inaccurate number.  We had several people

9   murdered with a rifle that year in March, and I

10  can't -- I don't know why it wasn't captured under

11  rifles here, whether it's somehow captured in the high

12  number of unknown.  I can only say I know for a fact

13  there were several people murdered with a rifle in

14  that year.

15      Q      What incident was that?

16      A      South Capitol Street.

17      Q      Was this the one involving the AK-47 --

18      A      Yes.

19      Q      In your opinion, does MPD make policy

20  regarding firearms registration laws?

21             MR. SAINDON:  Objection.  She's not a lawyer.

22             MR. PETERSON:  I'm just asking her opinion.