# Exhibit 8

**U.S. Department of Justice**    Federal Bureau of Investigation    *Criminal Justice Information Services Division*

FEEDBACK   CONTACT US   DATA QUALITY GUIDELINES   UCR HOME

*CIUS* Home    Offenses Known to Law Enforcement    Violent Crime    Property Crime    Clearances    Persons Arrested    Police Employee Data    About *CIUS*

Return to Previous Page

# Table 20

**Murder**

by State, Types of Weapons, 2009

Data Declaration    Download Excel

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|---|---|---|---|---|---|---|---|---|---|
| **Alabama** | 318 | 229 | 196 | 1 | 32 | 0 | 29 | 40 | 20 |
| **Alaska** | 22 | 13 | 1 | 0 | 0 | 12 | 4 | 3 | 2 |
| **Arizona** | 328 | 197 | 164 | 10 | 10 | 13 | 61 | 53 | 17 |
| **Arkansas** | 171 | 107 | 54 | 5 | 5 | 43 | 21 | 38 | 5 |
| **California** | 1,972 | 1,360 | 1,022 | 45 | 49 | 244 | 291 | 214 | 107 |
| **Colorado** | 167 | 94 | 55 | 6 | 6 | 27 | 23 | 30 | 20 |

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|---|---|---|---|---|---|---|---|---|---|
| Connecticut | 107 | 70 | 51 | 0 | 2 | 17 | 17 | 14 | 6 |
| Delaware | 41 | 31 | 20 | 2 | 0 | 9 | 6 | 1 | 3 |
| District of Columbia | 144 | 113 | 80 | 1 | 1 | 31 | 17 | 9 | 5 |
| Georgia | 543 | 378 | 323 | 17 | 19 | 19 | 56 | 97 | 12 |
| Hawaii | 21 | 8 | 4 | 2 | 1 | 1 | 3 | 4 | 6 |
| Idaho | 22 | 5 | 3 | 0 | 0 | 2 | 3 | 9 | 5 |
| Illinois[3] | 479 | 386 | 360 | 5 | 8 | 13 | 39 | 48 | 6 |
| Indiana | 293 | 209 | 136 | 8 | 14 | 51 | 34 | 40 | 10 |
| Iowa | 34 | 11 | 3 | 1 | 3 | 4 | 8 | 6 | 9 |
| Kansas | 118 | 85 | 38 | 9 | 0 | 38 | 14 | 11 | 8 |
| Kentucky | 170 | 112 | 90 | 5 | 6 | 11 | 22 | 27 | 9 |
| Louisiana | 486 | 402 | 330 | 20 | 11 | 41 | 32 | 37 | 15 |
| Maine | 26 | 11 | 4 | 0 | 0 | 7 | 6 | 6 | 3 |
| Maryland | 438 | 305 | 297 | 2 | 6 | 0 | 58 | 57 | 18 |
| Massachusetts | 169 | 93 | 47 | 2 | 1 | 43 | 40 | 29 | 7 |
| Michigan | 625 | 437 | 239 | 25 | 19 | 154 | 47 | 112 | 29 |
| Minnesota | 72 | 38 | 35 | 1 | 1 | 1 | 14 | 8 | 12 |
| Mississippi | 151 | 105 | 83 | 9 | 6 | 7 | 22 | 15 | 9 |
| Missouri | 381 | 276 | 170 | 8 | 11 | 87 | 40 | 50 | 15 |

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|---|---|---|---|---|---|---|---|---|---|
| Montana | 28 | 19 | 9 | 2 | 5 | 3 | 4 | 2 | 3 |
| Nebraska | 40 | 23 | 22 | 1 | 0 | 0 | 8 | 4 | 5 |
| Nevada | 156 | 91 | 66 | 1 | 3 | 21 | 25 | 27 | 13 |
| New Hampshire | 10 | 4 | 1 | 0 | 0 | 3 | 3 | 2 | 1 |
| New Jersey | 319 | 220 | 189 | 3 | 6 | 22 | 44 | 36 | 19 |
| New Mexico | 144 | 78 | 54 | 2 | 3 | 19 | 24 | 29 | 13 |
| New York | 779 | 481 | 117 | 8 | 13 | 343 | 166 | 109 | 23 |
| North Carolina | 480 | 335 | 243 | 17 | 20 | 55 | 49 | 64 | 32 |
| North Dakota | 9 | 3 | 1 | 1 | 1 | 0 | 0 | 3 | 3 |
| Ohio | 502 | 311 | 193 | 2 | 9 | 107 | 52 | 95 | 44 |
| Oklahoma | 225 | 125 | 104 | 10 | 4 | 7 | 45 | 25 | 30 |
| Oregon | 83 | 41 | 9 | 2 | 10 | 20 | 21 | 19 | 2 |
| Pennsylvania | 658 | 468 | 373 | 13 | 11 | 71 | 66 | 100 | 24 |
| Rhode Island | 31 | 18 | 0 | 0 | 0 | 18 | 6 | 5 | 2 |
| South Carolina | 286 | 197 | 115 | 4 | 12 | 66 | 28 | 41 | 20 |
| South Dakota | 11 | 4 | 0 | 1 | 2 | 1 | 5 | 1 | 1 |
| Tennessee | 461 | 295 | 200 | 13 | 22 | 60 | 45 | 92 | 29 |
| Texas | 1,325 | 862 | 661 | 55 | 58 | 88 | 197 | 153 | 113 |
| Utah | 37 | 25 | 15 | 0 | 5 | 5 | 8 | 2 | 2 |

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|---|---|---|---|---|---|---|---|---|---|
| **Vermont** | 7 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 2 |
| **Virginia** | 347 | 229 | 108 | 8 | 7 | 106 | 41 | 55 | 22 |
| **Washington** | 169 | 101 | 75 | 16 | 4 | 6 | 35 | 14 | 19 |
| **West Virginia** | 76 | 38 | 20 | 2 | 3 | 13 | 19 | 13 | 6 |
| **Wisconsin** | 144 | 95 | 65 | 3 | 9 | 18 | 22 | 13 | 14 |
| **Wyoming** | 11 | 8 | 7 | 0 | 0 | 1 | 1 | 1 | 1 |

[1] Total number of murders for which supplemental homicide data were received.

[2] Pushed is included in hands, fists, feet, etc.

[3] Limited supplemental homicide data were received.

Back to Top

**Data Declaration**

Provides the methodology used in constructing this table and other pertinent information about this table.

*Crime in the United States, 2009*　　　　　　　　　　　　　　　　U.S. Department of Justice — Federal Bureau of Investigation
**September 2010**



# Table 20

## Murder
by State, Types of Weapons, 2010

Data Declaration   Download Excel

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|---|---|---|---|---|---|---|---|---|---|
| Alabama | 199 | 135 | 112 | 0 | 23 | 0 | 23 | 24 | 17 |
| Alaska | 31 | 19 | 3 | 5 | 1 | 10 | 4 | 4 | 4 |
| Arizona | 352 | 232 | 152 | 14 | 10 | 56 | 51 | 62 | 7 |
| Arkansas | 130 | 93 | 49 | 7 | 4 | 33 | 12 | 21 | 4 |
| California | 1,811 | 1,257 | 953 | 59 | 44 | 201 | 250 | 201 | 103 |
| Colorado | 117 | 65 | 34 | 0 | 4 | 27 | 20 | 21 | 11 |
| Connecticut | 131 | 97 | 72 | 0 | 1 | 24 | 20 | 8 | 6 |
| Delaware | 48 | 38 | 25 | 0 | 2 | 11 | 8 | 0 | 2 |
| District of Columbia | 131 | 99 | 32 | 0 | 0 | 67 | 20 | 7 | 5 |
| Georgia | 527 | 376 | 315 | 19 | 21 | 21 | 64 | 85 | 2 |
| Hawaii | 24 | 7 | 6 | 0 | 0 | 1 | 6 | 5 | 6 |
| Idaho | 21 | 12 | 12 | 0 | 0 | 0 | 4 | 2 | 3 |
| Illinois[3] | 453 | 364 | 355 | 3 | 1 | 5 | 30 | 43 | 16 |
| Indiana | 198 | 142 | 83 | 11 | 7 | 41 | 19 | 25 | 12 |
| Iowa | 38 | 21 | 9 | 1 | 4 | 7 | 4 | 9 | 4 |
| Kansas | 100 | 63 | 30 | 4 | 1 | 28 | 13 | 18 | 6 |
| Kentucky | 180 | 116 | 76 | 6 | 16 | 18 | 19 | 25 | 20 |
| Louisiana | 437 | 351 | 263 | 19 | 11 | 58 | 42 | 31 | 13 |
| Maine | 24 | 11 | 4 | 2 | 1 | 4 | 6 | 1 | 6 |
| Maryland | 424 | 293 | 272 | 3 | 12 | 6 | 59 | 53 | 19 |
| Massachusetts | 209 | 118 | 52 | 0 | 1 | 65 | 50 | 31 | 10 |
| Michigan | 558 | 413 | 239 | 25 | 14 | 135 | 43 | 71 | 31 |
| Minnesota | 91 | 53 | 43 | 2 | 8 | 0 | 14 | 16 | 8 |
| Mississippi | 165 | 120 | 98 | 3 | 12 | 7 | 21 | 19 | 5 |
| Missouri | 419 | 321 | 189 | 26 | 4 | 102 | 35 | 49 | 14 |
| Montana | 21 | 12 | 6 | 2 | 4 | 0 | 3 | 5 | 1 |
| Nebraska | 51 | 32 | 29 | 1 | 2 | 0 | 8 | 5 | 6 |

| State | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Nevada | 158 | 84 | 57 | 5 | 6 | 16 | 22 | 34 | 18 |
| New Hampshire | 13 | 5 | 2 | 0 | 2 | 1 | 5 | 3 | 0 |
| New Jersey | 363 | 246 | 216 | 7 | 2 | 21 | 50 | 39 | 28 |
| New Mexico | 118 | 67 | 36 | 6 | 2 | 23 | 29 | 15 | 7 |
| New York | 860 | 517 | 135 | 6 | 12 | 364 | 173 | 148 | 22 |
| North Carolina | 445 | 286 | 188 | 21 | 25 | 52 | 56 | 72 | 31 |
| North Dakota | 9 | 4 | 3 | 0 | 1 | 0 | 0 | 4 | 1 |
| Ohio | 460 | 310 | 176 | 7 | 2 | 125 | 40 | 93 | 17 |
| Oklahoma | 188 | 111 | 86 | 8 | 7 | 10 | 24 | 32 | 21 |
| Oregon | 78 | 36 | 20 | 1 | 2 | 13 | 16 | 17 | 9 |
| Pennsylvania | 646 | 457 | 367 | 8 | 11 | 71 | 67 | 94 | 28 |
| Rhode Island | 29 | 16 | 2 | 1 | 1 | 12 | 5 | 6 | 2 |
| South Carolina | 280 | 207 | 136 | 8 | 7 | 56 | 22 | 34 | 17 |
| South Dakota | 14 | 8 | 3 | 0 | 1 | 4 | 2 | 4 | 0 |
| Tennessee | 356 | 219 | 146 | 12 | 11 | 50 | 35 | 83 | 19 |
| Texas | 1,246 | 805 | 581 | 34 | 48 | 142 | 202 | 130 | 109 |
| Utah | 52 | 22 | 16 | 0 | 1 | 5 | 7 | 12 | 11 |
| Vermont | 7 | 2 | 1 | 1 | 0 | 0 | 1 | 2 | 2 |
| Virginia | 369 | 250 | 137 | 9 | 12 | 92 | 47 | 50 | 22 |
| Washington | 151 | 93 | 73 | 4 | 2 | 14 | 24 | 22 | 12 |
| West Virginia | 55 | 27 | 16 | 0 | 4 | 7 | 11 | 9 | 8 |
| Wisconsin | 151 | 97 | 63 | 5 | 6 | 23 | 13 | 22 | 19 |
| Wyoming | 8 | 5 | 0 | 2 | 0 | 3 | 1 | 1 | 1 |
| Virgin Islands | 50 | 41 | 36 | 1 | 0 | 4 | 4 | 5 | 0 |

[1] Total number of murders for which supplemental homicide data were received.

[2] Pushed is included in hands, fists, feet, etc.

[3] Limited supplemental homicide data were received.

*Data Declaration*

Provides the methodology used in constructing this table and other pertinent information about this table.

Contact Us | About Us | Most Wanted | News | Stats & Services | Scams & Safety | Jobs | Fun & Games | Mobile | Español
Resources for: Law Enforcement | Intel Partners | Researchers/Students | Communities | Parents | Victims | Businesses
Follow Us On: Facebook | You Tube | Twitter | iTunes | All Sites

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

http://www.fbi.gov/about-us/cjis/ucr/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/tables/10tbl20.xls    2 / 2





Criminal Justice Information Services Division                                              Feedback | Contact Us | Data Quality Guidelines | UCR Home

**CIUS Home    Offenses Known to Law Enforcement    Violent Crime    Property Crime    Clearances    Persons Arrested    Police Employee Data    About CIUS**

## Table 20

### Murder
by State, Types of Weapons, 2011

Data Declaration    Download Excel

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Alaska | 29 | 16 | 5 | 0 | 3 | 8 | 6 | 5 | 2 |
| Arizona | 339 | 222 | 165 | 14 | 9 | 34 | 49 | 59 | 9 |
| Arkansas | 153 | 110 | 52 | 4 | 6 | 48 | 22 | 17 | 4 |

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|---|---|---|---|---|---|---|---|---|---|
| California | 1,790 | 1,220 | 866 | 45 | 50 | 259 | 261 | 208 | 101 |
| Colorado | 147 | 73 | 39 | 3 | 5 | 26 | 22 | 31 | 21 |
| Connecticut | 128 | 94 | 54 | 1 | 1 | 38 | 18 | 10 | 6 |
| Delaware | 41 | 28 | 18 | 0 | 3 | 7 | 8 | 2 | 3 |
| District of Columbia | 108 | 77 | 37 | 0 | 1 | 39 | 21 | 9 | 1 |
| Georgia | 522 | 370 | 326 | 16 | 16 | 12 | 61 | 83 | 8 |
| Hawaii | 7 | 1 | 0 | 1 | 0 | 0 | 2 | 1 | 3 |
| Idaho | 32 | 17 | 15 | 1 | 0 | 1 | 4 | 8 | 3 |
| Illinois[3] | 452 | 377 | 364 | 1 | 5 | 7 | 29 | 29 | 17 |
| Indiana | 284 | 183 | 115 | 9 | 12 | 47 | 36 | 43 | 22 |
| Iowa | 44 | 19 | 7 | 0 | 2 | 10 | 10 | 10 | 5 |
| Kansas | 110 | 73 | 31 | 3 | 5 | 34 | 11 | 16 | 10 |
| Kentucky | 150 | 100 | 77 | 6 | 5 | 12 | 13 | 24 | 13 |
| Louisiana | 485 | 402 | 372 | 10 | 8 | 12 | 28 | 29 | 26 |
| Maine | 25 | 12 | 3 | 1 | 1 | 7 | 4 | 7 | 2 |
| Maryland | 398 | 272 | 262 | 2 | 5 | 3 | 75 | 34 | 17 |
| Massachusetts | 183 | 122 | 52 | 0 | 1 | 69 | 30 | 22 | 9 |
| Michigan | 613 | 450 | 267 | 29 | 15 | 139 | 43 | 89 | 31 |
| Minnesota | 70 | 43 | 36 | 3 | 3 | 1 | 12 | 12 | 3 |
| Mississippi | 187 | 138 | 121 | 6 | 4 | 7 | 26 | 14 | 9 |
| Missouri | 364 | 276 | 158 | 13 | 9 | 96 | 28 | 42 | 18 |
| Montana | 18 | 7 | 2 | 3 | 1 | 1 | 4 | 5 | 2 |

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|---|---|---|---|---|---|---|---|---|---|
| Nebraska | 65 | 42 | 35 | 2 | 1 | 4 | 7 | 9 | 7 |
| Nevada | 129 | 75 | 46 | 2 | 1 | 26 | 20 | 25 | 9 |
| New Hampshire | 16 | 6 | 1 | 2 | 1 | 2 | 4 | 6 | 0 |
| New Jersey | 379 | 269 | 238 | 1 | 5 | 25 | 51 | 41 | 18 |
| New Mexico | 121 | 60 | 45 | 2 | 2 | 11 | 21 | 32 | 8 |
| New York | 774 | 445 | 394 | 5 | 16 | 30 | 160 | 143 | 26 |
| North Carolina | 489 | 335 | 235 | 26 | 19 | 55 | 60 | 57 | 37 |
| North Dakota | 12 | 6 | 3 | 0 | 0 | 3 | 4 | 0 | 2 |
| Ohio | 488 | 344 | 187 | 8 | 13 | 136 | 44 | 80 | 20 |
| Oklahoma | 204 | 131 | 99 | 8 | 9 | 15 | 26 | 21 | 26 |
| Oregon | 77 | 40 | 13 | 1 | 2 | 24 | 22 | 10 | 5 |
| Pennsylvania | 636 | 470 | 379 | 8 | 19 | 64 | 73 | 66 | 27 |
| Rhode Island | 14 | 5 | 1 | 0 | 0 | 4 | 5 | 4 | 0 |
| South Carolina | 319 | 223 | 126 | 10 | 12 | 75 | 38 | 40 | 18 |
| South Dakota | 15 | 5 | 3 | 1 | 0 | 1 | 4 | 3 | 3 |
| Tennessee | 373 | 244 | 172 | 7 | 13 | 52 | 51 | 62 | 16 |
| Texas | 1,089 | 699 | 497 | 37 | 48 | 117 | 175 | 134 | 81 |
| Utah | 51 | 26 | 15 | 4 | 1 | 6 | 5 | 9 | 11 |
| Vermont | 8 | 4 | 2 | 0 | 0 | 2 | 2 | 2 | 0 |
| Virginia | 303 | 208 | 110 | 10 | 15 | 73 | 33 | 41 | 21 |
| Washington | 161 | 79 | 58 | 1 | 3 | 17 | 29 | 36 | 17 |
| West Virginia | 74 | 43 | 23 | 10 | 3 | 7 | 11 | 13 | 7 |

| State | Total murders[1] | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc.[2] |
|---|---|---|---|---|---|---|---|---|---|
| Wisconsin | 135 | 80 | 60 | 7 | 3 | 10 | 21 | 13 | 21 |
| Wyoming | 15 | 11 | 7 | 0 | 0 | 4 | 0 | 1 | 3 |
| Virgin Islands | 38 | 31 | 27 | 0 | 0 | 4 | 5 | 2 | 0 |

[1] Total number of murders for which supplemental homicide data were received.

[2] Pushed is included in hands, fists, feet, etc.

[3] Limited supplemental homicide data were received.

### Data Declaration

Provides the methodology used in constructing this table and other pertinent information about this table.

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close