# Exhibit 9

| | |
|---|---|
| **From:** | Shelton, Jon (MPD) [jon.shelton@dc.gov] |
| **Sent:** | Friday, April 10, 2009 11:20 AM |
| **To:** | Hall, Colin (MPD) |
| **Subject:** | RE: 11 states list for registration |

Copy, swamped up here so need a few minutes.

Jon


**From:** Hall, Colin (MPD)
**Sent:** Thursday, April 09, 2009 3:31 PM
**To:** Shelton, Jon (MPD)
**Cc:** Hibbard, Gregory (MPD)
**Subject:** 11 states list for registration

Jon,

Can you fax me the list of 11 states that have registration like ours for Hibbard's project. He has already checked several states (PA, MA, CA and MD) and so far none do what you asked. He just needs the rest of the list to finish up.

*Colin Hall*
*Sergeant Gun Control Unit*
*Police Business Services Division*
*Corporate Support Bureau*
*Phone 202-727-9889*



HELLER DC 003881