# Exhibit 10

**From:** Hall, Colin (MPD) [colin.hall@dc.gov]
**Sent:** Tuesday, April 21, 2009 12:39 PM
**To:** Shelton, Jon (MPD)
**Subject:** Dispatching firearms registration on calls

Hibbard checked all of the states you requested him to and none dispatch firearms registration information to officers in the field when responding to calls.

*Colin Hall*
*Sergeant Gun Control Unit*
*Police Business Services Division*
*Corporate Support Bureau*
*Phone 202-727-9889*



EXHIBIT S10
AD 7/29/13

HELLER DC 003553