# Exhibit 11

U.S. political assassinations and attempts:

| Victim or intended victim | Assassin or attempted assassin | Year | Type of weapon |
|---|---|---|---|
| Andrew Jackson | Richard Lawrence | 1835 | Single shot handguns |
| Abraham Lincoln | John Wilkes Booth | 1865 | Single shot handgun |
| James Garfield | Charles J. Guiteau | 1881 | Revolver |
| William McKinley | Leon Czolgosz | 1901 | Handgun |
| Theodore Roosevelt | John F. Schrank | 1912 | Revolver |
| Franklin Roosevelt and mayor of Chicago (Anton Cermak) | Giuseppe Zangara | 1933 | Revolver |
| Huey Long | Dr. Carl Weiss | 1935 | Handgun |
| Harry Truman | Oscar Collazo López & Griselio Torresola | 1950 | Handguns |
| John Kennedy | Lee Harvey Oswald | 1963 | Rifle |
| George Lincoln Rockwell | John Patler | 1967 | Handgun |
| Martin Luther King, Jr. | James Earl Ray | 1968 | Rifle |
| Robert Kennedy | Sirhan Sirhan | 1968 | Handgun |
| Malcolm X | Talmadge Hayer, others | 1965 | Shotgun, handguns |
| George Wallace | Arthur Bremer | 1972 | Handgun |
| Gerald Ford | Lynette "Squeaky" Fromme | 1975 | Handgun |
| Gerald Ford | Sara Jane Moore | 1975 | Handgun |
| Orlando Letelier | Michael Townley, others | 1976 | Bomb |
| Ronald Reagan | John Hinckley, Jr. | 1981 | Handgun |

| George H. W. Bush | Saddam Hussein | 1993 | Car Bomb |
| William Clinton | Frank Eugene Corder | 1994 | Plane |
| William Clinton | Osama Bin Laden | 1996 | Bomb |
| George W. Bush | Robert Pickett | 2001 | Handgun |
| George W. Bush | Vladimir Arutyunian | 2005 | Grenade |
| Barack H. Obama | Everett Dutschke | 2013 | Ricin letter |
| Barack H. Obama | Shannon Richardson | 2013 | Ricin letter |