Exhibit 13

Capital Reporting Company
Webster, Sc.D., Daniel  07-31-2013

23

1      A      That's right.

2      Q      Okay.   Now, this operation took place

3  before 9/11, correct?

4      A      It did.

5      Q      And would you agree that the physical

6  integrity of driver's licenses against forgery has

7  improved in many states since 9/11?

8      A      I don't know about many states, but I

9  know in some states, yes.

10     Q      Okay.   In Virginia, for instance -- I'm

11  going to just show you something.   I'm going to get

12  out my own identification --

13     A      Okay.

14     Q      -- and show it to you.   I'm a Virginia

15  resident.

16     A      Okay.

17     Q      And we're also going to mark an exhibit

18  and put it into evidence.

19             MS. PETERSON:   This will be Webster 4.

20             (Exhibit W4 marked for identification.)

21  BY MS. PETERSON:

22     Q      I just ask you to take a look at this.   I

24

1   redacted my state identifying numbers, the bar

2   codes, various other features like that that might

3   compromise privacy.  But I just ask you to look at

4   this driver's license.  I'm going to hand it to

5   you.

6           It's a solid piece of plastic, right?

7       A   Uh-huh.

8       Q   I mean it's not a piece of paper; it's

9   laminated?

10      A   Honestly, I can't tell.

11      Q   Okay.  I mean does it look like a piece

12  of paper in there, or does it look like a solid

13  piece of plastic?

14      A   I'll just say again:  Honestly, I can't

15  tell.

16      Q   Okay.  All right.  But certainly it has a

17  number of what I would call antiforgery features on

18  here; underneath this little oval, for instance,

19  it's got my name in kind of a swirly fashion, like

20  you see on computer security things?

21      A   Yes.

22      Q   And there's a variety of very fine and

25

1   feathery markings, like over here on the right-hand

2   side.  I don't know if you can see or not.

3        A    Uh-huh.

4        Q    Other things that are perhaps difficult

5   to reproduce.

6             They're trying to make them hard to

7   forge, aren't they?

8        A    Yeah.

9        Q    Yeah.  Okay.  And my favorite actually on

10  here -- hold this up -- there's a clear oval there

11  that's got a --

12       A    Uh-huh.

13       Q    -- holographic picture of myself.  If you

14  could hold it up to the light, you can see me sort

15  of suspended in air.

16       A    It's very hard to make out.

17       Q    If you hold it against a darker place,

18  you'll probably see it better.

19       A    All right.  You know, I see an image

20  there, but --

21       Q    Yeah, right.  Well, it's my smiling face

22  looking back at you.

Capital Reporting Company
Webster, Sc.D., Daniel  07-31-2013

26

1              So anyway, my point on all of this is

2    that since 2000 or before, when driver's licenses,

3    many of them were typically paper, you could

4    laminate them, that sort of thing, we've come some

5    distance since that time, haven't we probably, in

6    terms of identification?

7         A    Yes.

8         Q    Okay.  You're a Maryland resident, right?

9         A    I am.

10        Q    Okay.  Does Maryland have similar

11   antiforgery features?

12        A    Yeah.

13        Q    Okay.  Does that one have all the

14   rainbows?  Where it says MVA, you look at it, and

15   you get shimmering rainbows --

16        A    Uh-huh.

17        Q    -- coming back at you?

18        A    Yeah.

19        Q    Okay.  A little bit harder to do that

20   with a -- just with a printer, isn't it?

21        A    I've never tried.

22        Q    Okay.

Capital Reporting Company
Webster, Sc.D., Daniel  07-31-2013

27

```
 1      A     Don't know.

 2      Q     Well, typically with a laser printer you

 3  can't make holograms and things, correct?

 4      A     I suspect not, yeah.

 5      Q     Yeah, right.  Okay.  So I guess, you

 6  know, the only point I'm making is that this

 7  study -- and I'm not saying that -- I'm not

 8  commenting at all on the convincing nature of the

 9  forged IDs at that point in time.  Certainly they

10  had fooled people.

11           But it's probably a little more difficult

12  to forge a driver's license these days, wouldn't

13  you say?

14      A     I suspect it is.

15      Q     Okay.  Fair enough.  Now, being around

16  firearm circles and being familiar with this case,

17  I'm sure you're probably aware right now that

18  Mr. Charles Sykes is the only FFL in the District?

19      A     I have heard that, yes.

20      Q     Okay.  And are you aware of any instances

21  in which forged IDs have been used to obtain or try

22  to obtain a firearm from Mr. Sykes?
```

28

```
1      A     I'm not aware of any.

2      Q     Okay.  Are you aware of any instances in

3   which an individual presented a forged

4   identification document to the Metropolitan Police

5   Department to try to register his gun in the

6   District?

7      A     Yeah, I mean in -- in either case, I

8   wouldn't necessarily be in a position that no one

9   has my number to call me up when that happens.  And

10  if it does happen and they don't catch it,

11  obviously there's no way to record it, so --

12     Q     Sure.

13     A     Yeah.

14     Q     Would you feel comfortable relying upon

15  the statements of MPD officials who were in charge

16  of -- of issuing the registration in D.C. as to

17  whether or not that's a problem?

18     A     What specifically is a problem?  You mean

19  the use of --

20     Q     Use of forged identification documents.

21     A     Oh, I -- I'm confidant that in their

22  statement -- I mean that -- I'm not sure, frankly,
```

39

1    of page 3, you state that, For example, prospective

2    purchasers could more easily put inaccurate

3    information on their application forms, such as

4    using a slightly different spelling of a name or

5    misrepresentation of a date of birth, in order to

6    avoid denial of the application.

7            Now, assuming the dealer checks the

8    identification carefully, that wouldn't work if

9    there is a discrepancy, right?

10   A    If they checked carefully and are -- are

11   willing and motivated to deny the purchase or --

12   yes.

13   Q    Okay.

14   A    Or -- or correct the form, I guess.  I

15   don't know, yeah.

16   Q    And do you know of any instances where a

17   gun has been obtained by using these slight

18   misrepresentations, such as an altered date of

19   birth or a misspelled name?

20   A    I don't.  But there hasn't been an

21   investigation to examine that question.

22   Q    Okay.

40

1    A    So it's not as though someone has looked

2  and found that all of these are accurate --

3  accurately reflect what the true identifying

4  information is.  But I don't know of any -- any

5  study that's verified either way, that there's a

6  lot of errors or there -- it's all perfect.

7    Q    Okay.  You're just supposing that it

8  could take place?

9    A    Yes.  And again, this is based upon my --

10  my expert opinion and research as it relates to gun

11  dealer practices, at least a subset.  Obviously,

12  I'm not casting -- you know, painting with a

13  broadbrush here.  But I'm saying that there are

14  enough dealers who are either negligent or frankly

15  crooked that -- that this could very easily happen.

16    Q    Okay.  But you don't have any data as to

17  the number of instances in which it has happened or

18  whether it has even happened at all?

19    A    Again, I don't, because it's not been

20  something that -- really the AFT would have to be

21  the ones I guess who would undertake that.

22    Q    Okay.  Are you yourself a firearms owner?

82

1       Q     Okay.  Fair enough.

2             The study by Dr. Wintemute and others

3    that we discussed, that one does rely on trace

4    data, correct?

5       A     Yes, I believe it does.  Let me just

6    check myself here.

7             (Witness looked at document).  Yes.

8       Q     Okay.  And jumping ahead a little bit,

9    just so I don't forget, you've done two studies or

10   preliminary studies regarding Missouri.  And we

11   haven't discussed those yet.

12            But the one that relates to time-to-crime

13   rather than the homicide rates, that is also

14   reliant on trace data, correct?

15      A     That's correct.

16      Q     Okay.  Now, it's true, isn't it, that

17   trace data statistics from AFT include only

18   firearms that are recovered by law enforcement?

19      A     That's correct.

20      Q     Okay.  In other words, if a gun's in the

21   hand of a criminal -- or the hands of a criminal,

22   and the criminal isn't caught or the guns are not

83

1   recovered in some way, then the gun won't be

2   traced, right?

3       A    Yes.

4       Q    Okay.  And of the guns that are recovered

5   by law enforcement, not all of them are submitted

6   for tracing, true?

7       A    Yes.

8       Q    Okay.  And law enforcement basically

9   selects the ones to submit for tracing, right?

10      A    Well, there are many agencies, law

11  enforcement agencies, who have policies that every

12  gun that is recovered, at least any gun that is

13  connected to a crime, a criminal suspect, or

14  something of that nature, that they -- their policy

15  is to submit that information to the AFT for

16  tracing.

17      Q    Right.  But not all law enforcement

18  agencies have that policy, correct?

19      A    That's correct.

20      Q    Okay.  And isn't it also true that AFT

21  tracing data includes only guns that are

22  successfully traced?

84

1     A     Yeah, it -- it sort of depends on what

2  data are willing reported.  So in some cases they

3  will report information on recovered guns.  And

4  then there's a subset of recovered guns that they

5  will have traced to the first retail sale.

6     Q     Right.  Right.  And it's true in general,

7  isn't it, that it's easier to trace a gun if it's

8  recently come from the manufacturer and recently

9  been sold by a dealer?

10    A     Yes, generally.  That used to be more the

11  case historically.  AFT had sort of a category they

12  called too-old-to-trace guns.  But in more resent

13  years, my understanding is that they do try their

14  best to trace every single gun regardless of it's

15  age.

16    Q     But their not successful of that in many

17  instances?

18    A     Not in every instance.

19    Q     Right.

20    A     Because certain dealers go out of

21  business, for example.  And that makes it hard if

22  someone bought a gun from an out-of-business

106

1   District of Columbia, we had the Supreme Court

2   decision in Heller which allowed handguns to be

3   purchased and owned and kept by private citizens,

4   where before they had been banned.  And I don't

5   know if you've looked a the data, but the homicide

6   rates have been going down ever since the Heller

7   decision.

8          And I doubt that you individually would

9   attribute that decrease in homicides to increased

10  handgun ownership on behalf of D.C. citizens,

11  right?

12     A   That's correct.  Yes.

13     Q   Okay.  So I think we're agreed on the

14  general principle here, at any rate.

15          And I don't know if I asked you this

16  question before -- forgive me -- but this says

17  Study doesn't purport to show an actual increase --

18  this study on time-to-crime -- an actual increase

19  in crime after repeal in Missouri, does it?

20     A   That's correct.

21     Q   Okay.  Now, the District of Columbia,

22  whose laws we are actually examining here, has a

107

1    considerable gun trafficking problem, wouldn't you

2    say?

3        A    Uh-huh.  Yes.

4        Q    And it doesn't relate to trafficking out,

5    as some of these studies that you've referenced,

6    that referred to --

7        A    Right, guns imported --

8        Q    -- as some other the studies that you

9    have referenced relate to trafficking out?

10       A    Correct.

11       Q    The District's problem is trafficking in?

12       A    That's correct.

13       Q    Okay.  Do you see fingerprinting

14   requirements, the requirement to show up in person,

15   the requirement to have the applicant be

16   photographed, put any kind of substantial dent in

17   trafficking of illegal guns into the District, in

18   your opinion?

19            MR. NASO:  Objection.  Vague.

20            THE WITNESS:  Did the District of

21   Columbia is what -- are we -- are you asking a

22   question about the District of Columbia's law in

108

1  question?

2  BY MS. PETERSON:

3       Q     Right.  The particular things:  Requiring

4  the applicant to be photographed, requiring the

5  applicant to show up in person, and the

6  fingerprinting requirements, I'm wondering if it's

7  your opinion that those measures have reduced in

8  some substantial measure the trafficking of illegal

9  guns into the District?

10      A     No.

11      Q     Okay.  In fact I have one more exhibit to

12 mark here.

13      A     The point of the regulation is to prevent

14 diversion within the District of Columbia.  And of

15 course we're in a new era here, where, you know,

16 now you have one FFL, but --

17 BY MS. PETERSON:

18      Q     Okay.  I will talk a little bit about

19 within the District in a moment.

20      A     Sure.

21           MS. PETERSON:  So I'm marking W13.

22           (Exhibit W13 marked for identification.)

136

1      Q    All right.

2      A    I mean as -- as you well know, the

3  District banned such sales up until relatively

4  recently.

5      Q    Right.  Right.  As far as reporting of a

6  theft or loss, isn't it pretty common in most areas

7  of the country that citizens will voluntarily

8  report thefts and losses of their property without

9  it being made a crime not to report?

10      A    Sure.

11           MR. NASO:  Object to the form.

12           THE WITNESS:  Sure.  People report stolen

13  guns.  If that's -- if that's what you're asking:

14  Do people report stolen guns?  The answer is of

15  course, yes.

16  BY MS. PETERSON:

17      Q    Right.  Okay.  And --

18      A    They also don't report stolen guns.

19      Q    Well, sometimes, I suppose.

20      A    Yeah.

21      Q    Is this really enforceable, in the sense

22  that if a registered gun owner didn't report a

Capital Reporting Company
Webster, Sc.D., Daniel  07-31-2013

138

1    in the next section on the importance of renewing

2    firearms registration every three years and the

3    importance of that in your view, pages 11 and 12.

4    Let me find the right sentence here.

5            You say that -- at the bottom of page

6    11 -- that Requirements to reregister one's gun

7    would serve as an additional deterrent to illegal

8    transfers or negligent storage practices that might

9    result in the theft of firearms.

10           And do you have any evidence, data, or

11   other information relating to how many registered

12   D.C. guns are illegally transferred within the

13   District?

14      A    No.

15      Q    Okay.  And again, we are saying that

16   that's a crime to do so in the District, right,

17   without going through an FFL?

18      A    Yes.

19      Q    Okay.  Do you know of any other states

20   that require reregistration of every single firearm

21   separately every few years?

22      A    I think Hawaii might be the only state

139

1   that does that.

2      Q    Okay.  And do we have any -- or do you

3   have any data as to how effective that has been in

4   Hawaii in --

5      A    I don't.

6      Q    Okay.  You state that the,

7   Reregistration -- and I'm at the top of page 12 --

8   quote, provides a time when police can reassess

9   whether someone with a registered firearm has

10  subsequently been convicted of an offense that

11  would prohibit them from possessing firearms so

12  that the firearms can be recovered.

13         Do you know whether the District of

14  Columbia has the ability to run criminal background

15  checks on registered firearms owners apart from any

16  reregistration requirement?

17     A    I suspect they probably do.

18     Q    And do you know whether the firearms

19  registration section periodically receives

20  information from the court system on things like

21  criminal convictions, civil protective orders, and

22  other disqualifiers, and compares those on an

140

1   ongoing basis to the list of registered firearms

2   owners?

3        A    I do not know that information.

4        Q    Okay.  Do you have any actual evidence

5   that reregistration reduces crime or protects

6   police officers?

7        A    Do I have data?  No.

8        Q    I think we are on the final section of

9   your report, which has to do with a firearms safety

10  training course and being knowledgeable about the

11  District's firearms laws, especially those related

12  to the safe responsible use, handling, and storage

13  of firearms.

14           And on pages 13 and 14 of your report you

15  discuss the importance of safe storage practices

16  and certain laws and practices related to safe

17  storage, right?

18       A    Yes.

19       Q    And this discussion overall relates to

20  how guns are stored within the home, correct?

21       A    That's correct.

22       Q    And you're aware, I'm sure, that the

142

1   document, entitled Firearms Registration

2   Examination, was furnished to us by the District's

3   attorneys in connection with discovery in this

4   case, and has been represented as the test that is

5   actually used to test applicants for registration.

6           And my question to you is how many

7   questions on this test relate to the safe storage

8   of firearms within the home?

9       A    You know, I don't see any, which is a

10  disappointment.

11      Q    Okay.  Well, I'm going to point you to

12  one.

13      A    Okay.  Where is it?

14      Q    I'm going to help you out.

15      A    Thank you.

16      Q    Number 13.

17      A    Oh, okay.  Yes.

18      Q    Which states that, The District of

19  Columbia recommends that each registrant keep any

20  firearm in his or her possession:  Unloaded; either

21  disassembled or secured by a trigger lock, gun

22  safe, locked box, or other --

Capital Reporting Company
Webster, Sc.D., Daniel  07-31-2013

143

1      A     Right.

2      Q     -- secure device; or both A or B.

3      A     Right.

4      Q     That's the only one I could find.

5      A     Yes.

6      Q     So this is just a recommendation, right?

7      A     Yes.

8      Q     Okay.  So people are free to follow it or

9   not to follow it, correct?

10     A     Yes.  I mean if when it concerns access

11  to under-age youth, I believe they have a law -- am

12  I right? -- requiring --

13     Q     It appears that there's a fairly narrow

14  provision, I think, regarding liability if --

15     A     Under age?

16     Q     -- children -- certain children are

17  injured, or something like that.

18     A     Yeah.

19     Q     But this here only talks about the

20  recommendation that it be kept --

21     A     Yes.  Yes.

22     Q     -- and so forth, right?

144

1      A     I'm sorry.

2      Q     I was saying that this test only has a

3   question about the recommendation by the District

4   that firearms be kept unloaded and locked or

5   otherwise secured?

6      A     And I was just agreeing with what was

7   said, as far as what's here.

8      Q     And I think maybe my question was that

9   that was only a recommendation that people can

10  follow or not follow?

11     A     That's correct.

12     Q     Now, do you think that if somebody felt

13  that they needed to have a loaded gun in the home

14  to protect against home invasion or attack in a

15  dangerous neighborhood, that this recommendation by

16  the District would persuade them to abandon having

17  a gun at the ready to defend their life or their

18  loved ones?

19          MR. NASO:  Objection to form.

20          THE WITNESS:  I don't know.

21  BY MS. PETERSON:

22     Q     Okay.  Do you think that this one mention

Capital Reporting Company
Webster, Sc.D., Daniel  07-31-2013

145

1  of a recommendation in an examination is enough to

2  cause a substantial change in behavior by

3  registrants?

4      A    Seem unlikely.

5      Q    Do you have any evidence that registered

6  guns are frequently involved in unintentional

7  shooting deaths of teens and children in the

8  District?

9      A    I don't think that data is tracked, at

10  least not to my knowledge.

11      Q    All right.  And if there's no data, I

12  guess then there's probably no studies to indicate

13  that a mere mention on the test would reduce such

14  deaths, right?

15      A    That's correct.

16      Q    And if they took this particular question

17  off the test, do you think that unintentional

18  shootings with registered firearms would rise by a

19  measurable amount?

20          MR. NASO:  Objection to form.

21          THE WITNESS:  I don't know.  This is --

22  this is a mechanism to reinforce safe gun storage