# Exhibit 14

**From:** Kane, Morgan (MPD) [morgan.kane@dc.gov]
**Sent:** Wednesday, May 19, 2010 10:35 AM
**To:** Lanier, Cathy (MPD)
**Subject:** Fw: guns registered since Heller

**From:** Breul, Nicholas (MPD)
**To:** Crump, Gwendolyn (MPD); Lanier, Cathy (MPD); Kane, Morgan (MPD); Keller, Patrick (MPD); Ennis, Ralph (MPD)
**Sent:** Wed May 19 09:59:15 2010
**Subject:** RE: guns registered since Heller

Also, there have been no arrests of any off the registered firearms owners for any gun related crimes or violations. Further, the gun registry Unit monthly; checks the registered owners for any CPO/TPO violations or Domestic violence related charges.

**From:** Crump, Gwendolyn (MPD)
**Sent:** Wednesday, May 19, 2010 9:57 AM
**To:** Lanier, Cathy (MPD); Kane, Morgan (MPD); Keller, Patrick (MPD); Ennis, Ralph (MPD); Breul, Nicholas (MPD)
**Subject:** guns registered since Heller

Here is the latest number of guns registered since Heller

**From:** Hall, Colin (MPD)
**Sent:** Tuesday, May 18, 2010 9:47 AM
**To:** Crump, Gwendolyn (MPD); Keller, Patrick (MPD); Shelton, Jon (MPD)
**Cc:** Breul, Nicholas (MPD)
**Subject:** RE: COP

Gwyn,

Since heller there have been **1148 firearms registered**. Below is a further breakdown of those firearms.

**Total Firearms Registration Statistics from the Heller Supreme Court Decision to the present:**
(Please note tracking begins after D.C. Code Handgun amendment 7/17/08)
2921 firearms applications disseminated to the public
 897 handgun applications submitted
 804 handguns registered
 177 revolvers registered
 627 semi-automatic handguns registered
  57 handgun applications denied
 392 rifle/shotgun applications submitted
 342 rifles/shotguns registered
  76 semi-automatic rifles/shotguns registered
 266 non semi-automatic rifles/shotguns registered
  13 rifles/shotguns applications denied

*Colin Hall*
*Sergeant*
*Gun Control/Firearms Registration Unit*
*Metropolitan Police Department*
*202-727-9889-Desk*
*202-727-4275-main office*



HELLER DC 001137

**From:** Crump, Gwendolyn (MPD)
**Sent:** Monday, May 17, 2010 6:31 PM
**To:** Hall, Colin (MPD); Keller, Patrick (MPD); Shelton, Jon (MPD)
**Cc:** Breul, Nicholas (MPD)
**Subject:** RE: COP

Can I get update gun totals for the COP?

```
Gwendolyn Crump, Director
Office of Communications
METROPOLITAN POLICE DEPARTMENT
300 Indiana Avenue, NW, Room 5130
Washington, DC 20001
(202) 727-4383 Public Information Office
(202) 553-8741 cell
```

Have you heard the knock at your door?
U.S. Census workers are here to assist you with filling out the **2010 Census Form**.
www.census.dc.gov