# Exhibit 15

| | |
|---|---|
| **From:** | Hall, Colin (MPD) [colin.hall@dc.gov] |
| **Sent:** | Wednesday, May 19, 2010 10:19 AM |
| **To:** | Breul, Nicholas (MPD) |

Lt.

I just wanted to add, that as I told you we constantly check for CPO's issued to our gun registrants and we have found several and revoked the registrations.

**Colin Hall**
**Sergeant**
**Gun Control/Firearms Registration Unit**
**Metropolitan Police Department**
**202-727-9889-Desk**
**202-727-4275-main office**

Have you heard the knock at your door?
U.S. Census workers are here to assist you with filling out the **2010 Census Form**.
www.census.dc.gov


EXHIBIT L-6

HELLER DC 001548