# Exhibit 18

  

*Gun Control and Firearms Registration*

300 Indiana Avenue NW Room 3077, Washington, DC 20001 (202) 727-4275 FAX (202) 442-4247

# FIREARMS REGISTRATION WRITTEN EXAMINATION

APPLICANT'S NAME: _____ AGE: _____

FOR EXAMINER ONLY: SCORE: _____ DATE: _____ EXAMINER: _____

INSTRUCTIONS: Please place an **X** in the ☐ next to the correct answer. You must answer at least 70% of the questions correctly in order to pass the exam.

1. When a resident of the District of Columbia transports a firearm from one location to another by vehicle it must be:
   - ☐ (A) Unloaded, and neither the firearm nor any ammunition shall be readily accessible from the passenger compartment of the transporting vehicle; or if there is no separate compartment, the firearm or ammunition shall be contained in a locked container other than the glove compartment or console, with the firearm unloaded.
   - ☐ (B) Loaded, wrapped in a package in open view.
   - ☐ (C) Loaded and in open view.

2. A registration certificate may be revoked if the registrant fails to notify the Chief of Police in writing of any change in his or her:
   - ☐ (A) Address.
   - ☐ (B) Occupation.
   - ☐ (C) Telephone number.

3. Firearms may be lawfully discharged on public space in the District of Columbia:
   - ☐ (A) Into the air on New Year's Eve.
   - ☐ (B) At registered turkey hunts on Thanksgiving.
   - ☐ (C) After obtaining a special written permit from the Chief of Police authorizing the weapon to be discharged on public space.

4. If an owner of a registered firearm passes away, the estate executor or administrator:
   - ☐ (A) Has no responsibility for the firearm.
   - ☐ (B) Can dispose of the firearm however he or she wishes.
   - ☐ (C) Must notify MPD within 30 days of his or her appointment, and, until the lawful disposition of the firearm, is legally responsible for complying with firearms laws in the District.

5. Persons with a legally registered firearm may possess ammunition of any caliber except restricted pistol bullets (also known as "cop killer bullets").
   - ☐ (A) True
   - ☐ (B) False

6. When in possession of a registered firearm, the registrant must:
   - ☐ (A) Have it in his or her possession with the firearm and exhibit the registration upon request of a law enforcement officer.
   - ☐ (B) Keep the registration locked in a safe separate from the firearm and mail it to MPD upon request of a law enforcement officer.

EXHIBIT W-16
BH
7/31/13

UN-354 Rev. 05/12

HELLER DC 000068

7. When handling any firearm, you should always:
   - ☐ (A) Treat it as if it is loaded.
   - ☐ (B) Point it in a safe direction.
   - ☐ (C) Both A and B

8. The owner of a lawfully registered firearm may sell it to any pawn shop in the District.
   - ☐ (A) True
   - ☐ (B) False

9. When a registered firearm is lost, stolen, or destroyed, the registrant must report it and return the registration certificate to MPD:
   - ☐ (A) Immediately upon discovery of such loss, theft or destruction.
   - ☐ (B) Within 30 days of the discovery.
   - ☐ (C) Within one year of the discovery.

10. Private individuals may sell or transfer legal firearms in the District of Columbia to:
    - ☐ (A) Relatives.
    - ☐ (B) Licensed dealers only.
    - ☐ (C) Any person.

11. A person who has had their Firearms Registration Certificate revoked may dispose of their firearm by:
    - ☐ (A) Giving or selling the firearm to a friend.
    - ☐ (B) Putting the firearm carefully into the trash.
    - ☐ (C) Selling the firearm to a licensed dealer; turning the firearm over to the police; or lawfully removing the firearm from the District of Columbia.

12. A District resident with a valid firearms registration can lawfully carry that firearm:
    - ☐ (A) Within the location for which it is registered, either the registrant's home or business.
    - ☐ (B) While it is being used for lawful recreational purposes.
    - ☐ (C) While it is being transported for a lawful purpose as expressly authorized by District or federal statute and in accordance with the requirements of that statute.
    - ☐ (D) All of the above

13. The District of Columbia recommends that each registrant keep any firearm in his or her possession:
    - ☐ (A) Unloaded.
    - ☐ (B) Either disassembled or secured by a trigger lock, gun safe, locked box, or other secure device.
    - ☐ (C) Both A and B.

14. To purchase ammunition in the District of Columbia you must have the following in your possession:
    - ☐ (A) A U.S. Passport.
    - ☐ (B) A valid firearm registration certificate.
    - ☐ (C) A valid driver's license.

15. In the District of Columbia, a person may voluntarily and without arrest or prosecution surrender unwanted firearms, ammunition, and destructive devices to:
    - ☐ (A) Any police station in the District of Columbia.
    - ☐ (B) Any library in the District of Columbia.
    - ☐ (C) Any U.S. Post Office.