# Exhibit 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DICK ANTHONY HELLER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-01289 (JEB) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **DECLARATION OF ABSALOM JORDAN**

I, Absalom Jordan, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. My name is Absalom Jordan. I am over eighteen years of age, am fully competent to make this Declaration, and have personal knowledge of the matters stated herein.

2. I am one of the plaintiffs in the above-captioned case.

3. I am a resident of the District of Columbia and a citizen of the United States, and am eligible under the laws of the United States and of the District of Columbia to receive and possess firearms.

4. There is no parking for persons attempting to register a firearm at the MPD Headquarters so it means that I either have to park and walk several blocks with the firearms in public or have someone take me to the headquarters and pick me up. I have experienced long waits outside of the headquarters waiting for my ride with the firearms in cases in view. At my age, 72, it is difficult to carry the firearms from a parking space blocks away from the headquarters and there is the threat of someone taking the firearms from me.

5. In 2008 and 2009, I registered several handguns, shotguns, and rifles in the District. These were previously owned by me and stored outside the District.

1

6. The steps and estimated time taken to register each firearm were as follows:

   a. I obtained the new registration forms from the MPD Headquarters. Travel time to obtain the forms was approximately 30 minutes, and the time to pick up the application inside was about 15 minutes.

   b. I filled out the registration forms at home, which took about 20 minutes for each form.

   c. I had to locate a notary public to notarize the required form, which took approximately 45 minutes to 1 hour. To actually get the form notarized, including travel and waiting time, took about 45 minutes.

   d. The time to obtain a passport size photograph (when needed) was approximately 30 minutes.

   e. I then either arranged for transportation to the MPD Headquarters or drove to the headquarters, which took about 30 minutes to 1 hour.

   f. If I drove, I walked from the parking space to the headquarters. Locating a parking space and parking would take around 20 to 30 minutes, and walking to headquarters another 25 minutes.

   g. There was typically a wait at the gun registration entrance for an officer to assist me. For each registration, I submitted the application forms, waited for the ballistics testing of the pistol, and went to the cashier to pay for the registration. I then returned to the gun control office and waited for the processing to be completed. I was then informed that the firearm was either registered or denied registration. Completion of these steps generally took about 1 hour to 1 hour 40 minutes.

   h. Being escorted to the front entrance by an officer took around 5 minutes.

   i. I then either waited for my transportation or walked back to the vehicle I was using.  Waiting for transportation took approximately 30 minutes to 1 hour; walking to the parking space took about 25 minutes.  I then traveled to my home, the time for which was similar to that described above to get to the MPD Headquarters.

  7. Total time to complete the registration process was therefore on the order of 6 to 9 hours per firearm.

  8. These times would be even greater if had I been required, like most residents, to complete a training course and pass a test on firearms safety.  Because I received firearms training in the military I was exempt from those requirements.  The times to register handguns would have also been greater had I not previously owned these firearms and stored them outside the District, because I would have had to travel out of the District to view and select firearms to purchase, and then transfer them through licensed dealers into the District.

  9. Registration was of no benefit to me when firearms were stolen from me some years ago in the District.  I notified the District of the theft.  MPD never notified me that any firearm had been recovered and, if it was recovered, MPD did not return it to me.

  10. I am a person who is in poverty.  I reside in Section 8 subsidized housing and am on the Medicaid health plan.  My annual income is approximately $16,800.  Because I am a low-income, retired individual, the costs of travel to and from MPD headquarters, parking, registration fees, fingerprint fees, and other costs are a substantial financial burden on me, especially since most of these costs have to be incurred for each firearm separately.  If the regulation proposed in November 2013 relating to re-registration goes into effect, the fees and costs associated with in-person re-registration and fingerprinting every three years for each firearm will impose an even greater, continuing burden on me and on others with very limited

financial resources. This burden will be especially heavy for individuals who own multiple firearms.

I declare under penalties of perjury that the foregoing is true and correct.

Executed on December 4, 2013

_____
Absalom Jordan