# Exhibit 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DICK ANTHONY HELLER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-01289 (JEB) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **DECLARATION OF WILLIAM SCOTT**

I, William Scott, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. My name is William Scott. I am over eighteen years of age, am fully competent to make this Declaration, and have personal knowledge of the matters stated herein.

2. I am one of the plaintiffs in the above-captioned case.

3. I am a resident of the District of Columbia and a citizen of the United States, and am eligible under the laws of the United States and of the District of Columbia to receive and possess firearms.

4. In the 1970s, I legally registered a pump shotgun, a .22 cal. Winchester bolt action rifle, and an Astra .22 semi-automatic handgun. In 1990, I legally registered a Remington Model 11-87 shotgun.

5. In July of 2012, I registered a .38 cal Charter Arms Undercover revolver. I had to make two trips to MPD to get my Charter Arms revolver registered. Each time I drove and had to look to find parking. On the first day, July 16, 2012, I had to take a course that lasted perhaps 15 minutes, and take an exam. I filled out an application, and paid the registration fee. I also

1

was fingerprinted and paid for that on the 16th. I had to stop by the office of Mr. Sykes, the dealer, to have him complete some paperwork and to pay his fee. I also had to have my photograph taken. On the second day, I had to get the application approved, and to visit Mr. Sykes the dealer to pick up the firearm. They escorted me out of the building with the gun in a locked case and I went to my car to drive home. Each visit took several hours counting travel time.

6. For registrations in the 1970s and in 1990, each registration probably took several hours. In 1990 for the Remington shotgun they couldn't fingerprint me when I was there, and I had to wait a couple of days and come back for that.

7. Because of DC's registration laws, the time to obtain a firearm is also lengthened because one must wait ten days between the time of purchase and the time of registration. This adds to the time spent and burdens of registration.

8. The .22 caliber Astra mentioned above was stolen as the result of a break-in at my residence. Although the handgun was registered, I was never notified by MPD that it had been recovered, and it was not returned to me.

9. I live in subsidized public housing, and my income is $13,368 per year. Because I am a low-income, retired individual, the costs of travel to and from MPD headquarters, parking, registration fees, fingerprint fees, and other costs are a substantial financial burden on me, especially since most of these costs have to be incurred for each firearm separately. If the regulation proposed in November 2013 relating to re-registration goes into effect, the fees and costs associated with in-person re-registration and fingerprinting every three years for each

firearm will impose an even greater, continuing burden on me and on others with very limited financial resources.

I declare under penalties of perjury that the foregoing is true and correct.

Executed on  11-30 , 2013

_William Scott_
William Scott