# EXHIBIT N

Capital Reporting Company
Shelton, Lieutenant Jon  07-29-2013

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
----------------------------------:
DICK ANTHONY HELLER, et al.,      :
                                  :
              Plaintiffs,         :
       vs.                        :   Case No.
                                  :
DISTRICT OF COLUMBIA, et al.,     :   08-01289 (JEB)
                                  :
              Defendants.         :
----------------------------------:
```

                                Washington, D.C.

                                Monday, July 29, 2013

Deposition of:

                    LIEUTENANT JON SHELTON

called for oral examination by counsel for

Plaintiffs, pursuant to notice, at the Office of the

Attorney General, 441 4th Street, Northwest,

Washington, D.C., before Amber L. Dill, of Capital

Reporting Company, a Notary Public in and for the

District of Columbia, beginning at 1:00 p.m., when

were present on behalf of the respective parties:

70

1  A   For just privacy reasons.
2  Q   Oh, okay.  Well, let me ask you, as a police
3  officer, if an officer is responding to a call where
4  there might be a domestic disturbance or a crime in
5  progress or things of that nature, and someone told
6  him, we've checked the database and we don't find any
7  guns present, would he be justified in walking in
8  there with his guard down, feeling that he could
9  confidently say that there would be no guns there?
10      MR. SAINDON:  Calls for an opinion.
11      You can answer.
12      THE WITNESS:  I don't think any of us ever
13  go into a call for domestic violence with our hands
14  down.  It's one of the most dangerous situations that
15  you can ever go into.  That's where most officers are
16  injured.
17      My position was it was possible -- possible
18  abuse of having too many people have access to our
19  database.
20  BY MR. PETERSON:
21  Q   Okay.
22  A   I wanted it well restricted, well within our

71

1  grips and not, you know, out where it could be -- be
2  possibly abused.
3  Q   Okay.  Is it correct that police officers
4  are trained to treat situations where there might be a
5  crime in progress or domestic dispute or some other
6  situation possibly involving violence as always having
7  a potential to have a dangerous weapon present?
8      MR. SAINDON:  Objection.  Relevance.
9      THE WITNESS:  I would say of course.
10 BY MR. PETERSON:
11 Q   Right.  Okay.
12 A   Yes.
13 Q   Thank you.  I think we already marked
14 Exhibit S8.  This is the December 5th letter from the
15 District's attorneys to counsel for the plaintiff.  If
16 you could get that in front of you, please.
17     And on page 2 of that document -- and it's
18 the one, two, three, fourth paragraph down -- and it's
19 the one that begins, "Regarding your complaint as to
20 the District's response to interrogatory number 21."
21     Do you see that paragraph?
22 A   Yes, I do.

72

1  Q   Then there's a statement that says that,
2  "According to Lieutenant Shelton, there have been less
3  than a dozen instances since he's been at SOMB where
4  certain police agencies, like MPD-Narcotics or the
5  U.S. Park Police, have contacted the firearms
6  registration section prior to executing a search
7  warrant in an effort to determine if there were any
8  registered firearms associated with a particular
9  address."
10     Is that a true statement, first of all?
11 A   Yes.
12 Q   Okay.  And how long have you been at SOMB?
13 I'm not sure of that.
14 A   Twelve years.
15 Q   Twelve years.  Okay.  And it states that
16 there's been less than a dozen.  Can you recall some
17 specific instances for us when this has taken place?
18 A   Yeah.  Yes, I can.
19 Q   Okay.  Why don't you give us a couple of
20 those.
21 A   Examples?
22 Q   Yeah.

73

1  A   Like I have here, MPD-Narcotics division may
2  be getting ready to execute a search warrant and have
3  contacted us to run the -- you know, after they've
4  gotten the warrant.  Before they hit the door, they've
5  contacted us to see if there was any possible firearms
6  that were legally registered there, just to see, you
7  know --
8  Q   Okay.
9  A   -- what they may be up against.
10 Q   Okay.
11 A   I've also received calls from the United
12 States Park Police and have been incognizant in
13 calling them back to ensure who I was talking to.
14 Q   Okay.
15 A   Okay.  And for the same purposes.
16 Q   All right.
17 A   Park Police do execute search warrants in
18 the District of Columbia.
19 Q   Sure.  And, I mean -- but do you remember
20 specific instances or just that you've talked with
21 them about this?
22 A   Just that I've talked to them.