UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DICK ANTHONY HELLER,** *et al.*,

  **Plaintiffs,**

  v.

**DISTRICT OF COLUMBIA,** *et al.*,

  **Defendants.**

Civil Action No. 08-1289 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' Motion for Summary Judgment is GRANTED;

2. Plaintiffs' Cross-Motion for Summary Judgment is DENIED;

3. Plaintiffs' challenges to the District of Columbia's firearm laws are DISMISSED WITH PREJUDICE, except for their challenge to the vision requirement for gun registration, which, having been decided on jurisdictional grounds, is DISMISSED WITHOUT PREJUDICE; and

4. Judgment is ENTERED in favor of Defendants.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  May 15, 2014

1